Docusign Envelope ID: EA27D434-A78D-43BC-BB4F-16CE27631D4A

United States Courts
Southern District of Texas
**FILED**

**AUG 27 2024**

Nathan Ochsner, Clerk of Court

United States Bankruptcy Court for the:

__Southern__    District of __Texas__
                (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | *Check one:*<br>☐ Chapter 7<br>☒ Chapter 11 |

### Part 2: Identify the Debtor

| | |
|---|---|
| 2. **Debtor's name** | Refreshing USA, LLC |
| 3. **Other names you know the debtor has used in the last 8 years**<br>Include any assumed names, trade names, or *doing business as* names. | |
| 4. **Debtor's federal Employer Identification Number (EIN)** | ☒ Unknown<br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |

5. **Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 2732 Grand Ave Ste 122 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Everett    WA    98201 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Snohomish | Multiple locations in Texas |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

24-01863-FPC11    Doc 1    Filed 08/27/24    Entered 08/27/24 16:13:29    Pg 1 of 7

Debtor    Refreshing USA, LLC          Case number (if known)_____
       <sub>Name</sub>

| 6. | **Debtor's website** (URL) | _____ |
|----|----|----|

| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|----|----|----|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No

☒ Yes. Debtor   Creative Technologies, LLC    Relationship _____

    District Southern    Date filed 08/27/2024   Case number, if known _____
                           MM / DD / YYYY

    Debtor Water Station Management LLC    Relationship _____

    District Southern    Date filed 08/27/2024   Case number, if known _____
                           MM / DD / YYYY

**Part 3:**   **Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor    <u>Refreshing USA, LLC</u>      Case number *(if known)* _____
       <sub>Name</sub>

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Donald E. and Bonnie L. Gray Revocable Living Trust | Business Loan: Principle and Interest Accrued | $ 854,300.00 |
| | Tyler Heilman | Wages | $ 21,432.00 |
| | Annamaria Briggs | Wages | $ 3,417.00 |
| | | Total of petitioners' claims | $ 879,149.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**          **Attorneys**

**Name and mailing address of petitioner**

Donald E. and Bonnie L. Gray Revocable Living Trust
<u>Name</u>

23233 N. Pima Rd., Ste. 113-367
<u>Number   Street</u>

Scottsdale      AZ      85255
<u>City</u>      <u>State</u>      <u>ZIP Code</u>

**Name and mailing address of petitioner's representative, if any**

Don Gray
<u>Name</u>

23233 N. Pima Rd., Ste. 113-367
<u>Number   Street</u>

Scottsdale      AZ      85255
<u>City</u>      <u>State</u>      <u>ZIP Code</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>08/27/2024</u>
        MM / DD / YYYY
   ┌─ Signed by:

✗ *Don Gray*
   └─ B70871BB9F3C402...
Signature of petitioner or representative, including representative's title

Ericka F. Johnson
<u>Printed name</u>

Bayard, P.A.
<u>Firm name, if any</u>

600 North King Street, Suite 400
<u>Number   Street</u>

Wilmington      DE      19801
<u>City</u>      <u>State</u>      <u>ZIP Code</u>

Contact phone   302-429-4275    Email <u>ejohnson@bayardlaw.com</u>

Bar number      5024

State      Delaware

✗ *Ericka Johnson*
Signature of attorney

Date signed    <u>08/27/2024</u>
            MM / DD / YYYY



**24-01863-FPC11    Doc 1    Filed 08/27/24    Entered 08/27/24 16:13:29    Pg 3 of 7**

Debtor     Refreshing USA, LLC         Case number *(if known)*_____
                 Name

---

**Name and mailing address of petitioner**

Tyler Heilman
Name

2603 Burley Drive
Number    Street

Everett         WA      98208
City           State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/27/2024
           MM / DD / YYYY

Signed by:

_[signature]_
EFECE0C04EFE416...
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City           State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

Signature of attorney

Date signed _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Annamarie Briggs
Name

8100 242nd St. SW Unit A
Number    Street

Edmonds       WA      98026
City           State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/27/2024
           MM / DD / YYYY

Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City           State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

Signature of attorney

Date signed _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Tyler Heilman
_____
Name

2603 Burley Drive
_____
Number    Street

Everett                    WA        98208
_____
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/27/2024
            MM / DD / YYYY

✂

_____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State        ZIP Code

Contact phone _____  Email _____

Bar number  _____

State      _____

✂
_____
Signature of attorney

Date signed   _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Annamarie Briggs
_____
Name

8100 242nd St. SW Unit A
_____
Number    Street

Edmonds                    WA        98026
_____
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/27/2024
            MM / DD / YYYY

✂
_____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State        ZIP Code

Contact phone _____  Email _____

Bar number  _____

State      _____

✂
_____
Signature of attorney

Date signed   _____
            MM / DD / YYYY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| REFRESHING USA, LLC | Case No.: |
| Alleged Debtor. | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

A petition under title 11, United States Code was filed against you on August 27, 2024 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk: | |
|---|---|
| | Bob Casey United States Courthouse |
| | 515 Rusk Avenue |
| | Houston, TX 77002 |

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

Name and Address of Petitioners' Attorneys:

**Donald E. and Bonnie L. Gray Revocable Living Trust**
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
        sadler@bayardlaw.com

**Tyler Heilman**
2603 Burley Drive
Everett, WA 98208

**Annamaria Briggs**
8100 242nd St. SW Unit A
Edmonds, WA 98206

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____
Clerk of the Bankruptcy Court

Date:_____     By:     _____ (Deputy Clerk)