IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| In re: | Chapter 11 |
|---|---|
| REFRESHING USA, LLC | Case No.: 24-33919 |
| Alleged Debtor. | |

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

A petition under title 11, United States Code was filed against you on August 27, 2024 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

Name and Address of Petitioners' Attorneys:

Donald E. and Ronnie L. Gray Revocable Living Trust
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
       sadler@bayardlaw.com

**Tyler Heilman**
2603 Burley Drive
Everett, WA 98208

**Annamaria Briggs**
8100 242nd St. SW Unit A
Edmonds, WA 98206

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: August 30, 2024

*Nathan Ochsner, Clerk of Court*

*s/ Joan Davenport*
*Signature of Clerk or Deputy Clerk*

# CERTIFICATE OF SERVICE

I, Ericka F. Johnson, certify that on August 30, 2024, I served this summons and a copy of the involuntary petition on Refreshing USA, LLC, the alleged debtor in this case, by first-class mail and electronic mail as indicated.

**Via First-Class Mail**
Refreshing USA, LLC
Attn. Officer or Manager
2732 Grand Ave., Ste. 122
Everett, WA 98201

**Via Electronic Mail and First-Class Mail**
TurningPointe, LLC, d/b/a Turning Point Strategic Advisors
c/o SNELL & WILMER L.L.P.
Attn: Zachary A. Cooper, J. Seth Moore
2501 North Harwood Street, Suite 1850
Dallas, TX 75201
Email: zcooper@swlaw.com; semoore@swlaw.com

**Via Electronic Mail and First-Class Mail**
Lewis Brisbois Bisgaard & Smith LLP
Attn: Rafael Zahralddin
500 Delaware Avenue Suite 700
Wilmington, DE 19801
Email: Rafael.Zahralddin@lewisbrisbois.com

Lewis Brisbois Bisgaard & Smith LLP
Attn: Malcom Savage
2112 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20037
Email: Malcolm.Savage@lewisbrisbois.com

Lewis Brisbois Bisgaard & Smith LLP
Attn: Bennett Fisher
24 Greenway Plaza
Suite 1400
Houston, TX 77046
Email: bennett.fisher@lewisbrisbois.com

Lewis Brisbois Bisgaard & Smith LLP
Attn: Minyao Wang
77 Water Street

Suite 2100
New York, NY 10005
Email: Minyao.Wang@lewisbrisbois.com

      If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. Under penalty of perjury, I declare that the foregoing is true and correct.

August 30, 2024             **BAYARD, P.A.**

                                      */s/ Ericka F. Johnson*
                                      Ericka F. Johnson (Del. Bar No. 5024)
                                      600 North King Street, Suite 400
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 655-5000
                                      Facsimile: (302) 658-6395
                                      Email: ejohnson@bayardlaw.com

                                      *Counsel to Donald E. and Bonnie L. Gray*
                                      *Revocable Living Trust*