# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| Refreshing USA, LLC, | Case No. 24-33919 |
| Debtor. | |
| In re | Chapter 11 |
| Water Station Management LLC, | Case No. 24-33924 |
| Debtor. | |
| In re | Chapter 11 |
| Creative Technologies, LLC, | Case No. 24-33934 |
| Debtor. | |

**DECLARATION OF DANNY NEWMAN IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER TO EMPLOY TONKON TORP LLP AS ATTORNEYS FOR DEBTORS**

I, Daniel F. Newman, being duly sworn, state the following under penalty of perjury:

1.      I am a partner of the law firm of Tonkon Torp LLP ("Tonkon"), located at 888 SW Fifth Ave., Ste. 1600, Portland, OR 97204.  I am the lead attorney for Tonkon working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of Texas, and I have been admitted to practice in the District Court for the Southern District of Texas.  There are no disciplinary proceedings against me.

2.      I submit this declaration (the "Declaration") in support of *Debtors' Application for Order to Employ Tonkon Torp LLP as Attorneys for Debtors* (the Application").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

1

3.     All the facts set forth in the Application, filed contemporaneously herewith, are true and correct, to the best of my knowledge.

**BANKRUPTCY RULES 2014 and 2016(b) VERIFIED STATEMENT**

4.     Tonkon Torp has not received any compensation nor been paid any retainer by Debtor.

5.     Tonkon Torp has not shared or agreed to share any compensation with any other entity.

6.     Tonkon researched its conflicts database to determine whether it had any connections with Debtors, Debtors' owners, Debtors' officers and directors (if any), and Debtors' creditors or other parties in interest.  To the best of its knowledge and information, Tonkon has no connections with Debtors, their creditors, any other party-in-interest, or their respective attorneys or accountants, except as follows.

7.     An attorney at Tonkon met with Debtors' current (or former) owner, Ryan Wear, to represent Debtors in August 2024.  During those meetings it was not clear if the potential retention would be for Debtors alone or include Mr. Wear in his individual capacity.  Regardless, Mr. Wear declined to retain Tonkon at that time. Mr. Wear did not share any confidential information (belonging to him in his individual capacity or to the Debtors) in those meetings.  Nevertheless, out of an abundance of caution, Debtors intend to retain special conflicts counsel to handle any direct adversity to Mr. Wear, should such direct adversity arise.

8.     Tonkon has a banking relationship with Bank of America, Key Bank, Wells Fargo, and Washington Trust.  Tonkon may have vendors, suppliers, or other service providers who have connections with Debtors, Debtors' owners and employees, and Debtors' creditors or

24-01863-FPC11    Doc 64-1    Filed 10/15/24    Entered 10/15/24 19:04:41    Pg 3 of 5

other parties in interest. Tonkon has conducted no investigation of its vendors, suppliers, or other service providers in preparing this statement.

9. Certain Tonkon attorneys or staff, or the Tonkon retirement plan, may own equity or debt securities – directly or through mutual funds, trusts and portfolios – issued by creditors or other parties in interest in this Chapter 11 case. In addition, clients of Tonkon may own equity or debt securities – directly or through mutual funds, trusts and portfolios – issued by creditors or other parties in interest.

10. Attorneys and staff at Tonkon or their spouses or relatives may be current or former employees or officers and directors of creditors or other parties in interest and may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money management relationships with, creditors or other parties in interest in this Chapter 11 case.

11. Attorneys and staff at Tonkon may have relatives or spouses who are members of law firms involved in this case or who are employed by creditors or other parties in interest. Other than with respect to the United States Bankruptcy Court for the Southern District of Texas and the Office of the U.S. Trustee, Tonkon has conducted no investigation of its attorneys' or staff members' employment, banking, insurance, brokerage or investment activities or familial connections in preparing this statement.

12. Tonkon will supplement this statement, if necessary, following completion of Debtors' schedule of assets and liabilities.

///

///

///

///

13.     To the best of my knowledge, Tonkon is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 15th day of October, 2024.

*s/ Daniel Newman*
Daniel Newman