## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-33919 |
| **REFRESHING USA, LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 11** |

### ORDER DENYING MOTION WITHOUT PREJUDICE

The Motion for Joint Administration (ECF No. 54), is denied without prejudice due to lack of service or hearing notice. The Court entered an Order Setting Hearing (ECF No. 55) it directed that:

> The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; or file and serve a hearing notice within 24 hours.

The Court notes the lack of a certificate of service and/or the lack of a hearing notice with service on the Court's docket. For failure to abide by Court order the motion is denied without prejudice.

**SO ORDERED.**
    SIGNED 10/16/2024

_____
Jeffrey Norman
United States Bankruptcy Judge