UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| Refreshing USA, LLC, | Case No. 24-33919 |
| Debtor. | |

### SUPPLEMENTAL DISCLOSURE REGARDING LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS

Debtor Refreshing USA, LLC ("**Debtor**") hereby files its *Official Form 204: List of Creditors Who Have the 20 Largest Unsecured Claims and are not Insiders*. The current version of the list reflects the Debtor's preliminary determination of its largest 20 unsecured creditors and primarily consists of trade debt. Debtor acknowledges, however, that there are a significant number of litigation claims from investors and vending machine purchasers that may relate to the Debtor. Although these claims are larger in value, it is currently unclear whether they are secured or unsecured and whether they are properly asserted against the Debtor or should be limited to the Debtor's affiliates.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Debtor is in the process of evaluating all potential claims and reserves the right to amend this list as necessary.

Dated:  October 24, 2024.

Respectfully submitted,

TONKON TORP LLP

By */s/ Danny Newman*
    Danny Newman, Texas Bar No. 24092896
      Email:  danny.newman@tonkon.com
      Direct:  503.802.2089
    Ava Schoen, admitted *Pro Hac Vice*
      Email:  ava.schoen@tonkon.com
      Direct:  503.802.2143
    Portland, OR 97204
    Telephone: (503) 221-1440
    Attorneys for Debtors

044904\00001\17689528v1

2

**Fill in this information to identify the case:**

Debtor name  Refreshing USA, LLC

United States Bankruptcy Court for the:  Southern            District of  Texas
                                                                    (State)

Case number (If known):  24-33919

❑ Check if this is an
  amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction value of collateral or setoff | Unsecured claim |
| 1 | McCarter and English 265 Franklin St. Boston, MA 2110 | | Professional Services | | | | $193,162.45 |
| 2 | Dottir Attorneys 584 Castro St. #2242 San Francisco, CA 94114 | | Professional Services | | | | $119,055.00 |
| 3 | Brink's Incorporated POB 101031 Atlanta, GA 30392-1031 | | Trade Debt | | | | $93,550.76 |
| 4 | Colonial Life Insurance POB 1365 Columbia, SC 29202 | | Insurance | | | | $47,248.07 |
| 5 | Herald Holdings LLC 1604 Hewitt Ave., Ste 200 Everett, WA 98201 | | | | | | $36,069.88 |
| 6 | Vendors Exchange International 8700 Brookpark Road Cleveland, OH 44129 | | Trade Debt | | | | $35,047.97 |
| 7 | Miami-Dade Cty. DOT & Public Works Attn: Accounts Payables Div. 701 NW 1st Court, Ste. 1700 | | | | | | $32,783.49 |
| 8 | OptConnect 865 W. 450 N., Ste. #1 Kaysville, UT 84037 | | Trade Debt | | | | $23,840.00 |

24-01863-FPC11   Doc 110   Filed 10/24/24   Entered 10/24/24 17:05:29   Pg 3 of 5

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Landstar Global Logistics POB 784302 Philadelphia, PA 19178-4302 | | Trade Debt | | | | $15,889.30 |
| 10 Vanguard Development Co. 11600 Broadway Ext., Ste. 250 Oklahoma City, OK 73114 | | Trade Debt | | | | $14,734.00 |
| 11 Concur Technologies, Inc. 62157 Collections Center Dr. Chicago, IL 60693 | | Trade Debt | | | | $10,291.00 |
| 12 Tech 2 Success LLC 78-43 78th St. Glendale, NY 11385 | | Trade Debt | | | | $8,375.00 |
| 13 Evoca North America Venture Inc. 2355 Dalton Ave. Quebec QC G1P 3S3 CANADA | | Trade Debt | | | | $8,048.00 |
| 14 Oracle Netsuite Attn: Tyler Baker c/o WFEF Collections CE 800 Walnut Street Des Moines, IA 50309 | | Trade Debt | | | | $7,898.45 |
| 15 Mathand, Inc. 103 Smoke Hill Lane Ste. 130 Marietta, GA 30066 | | Trade Debt | | | | $7,785.14 |
| 16 Direct Drive Logistics 11122 W. Rogers St. Milwaukee, WI 53227 | | Trade Debt | | | | $7,400.00 |
| 17 Swire Coca-Cola POB 3743 Seattle, WA 98124-3743 | | Trade Debt | | | | $5,989.98 |
| 18 Lighthouse Transportation Svcs. LLC POB 631416 Cincinnati, OH 45263-1416 | | Trade Debt | | | | $5,500.00 |
| 19 Lee Cty. Port Authority 11000 Terminal Access Rd. Fort Myers, FL 33913 | | | | | | $5,205.43 |

| | | | | |
|---|---|---|---|---|
| 20 | Gilly Vending<br>990 NW 166th St.<br>Miami, FL 33169 | | Trade Debt | | | | $3,921.50 |

044904\00001\17689532v1

24-01863-FPC11   Doc 110   Filed 10/24/24   Entered 10/24/24 17:05:29   Pg 5 of 5