UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Refreshing USA, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 85-3358945 | Chapter 11<br><br>Case No. 24-33919 (JPN) |
| In re<br><br>Water Station Management LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 81-1202716 | Chapter 11<br><br>Case No. 24-33924 (JPN) |
| In re<br><br>Creative Technologies, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 46-2581888 | Chapter 11<br><br>Case No. 24-33934 (EVR) |

**ORDER (1) DIRECTING JOINT ADMINISTRATION
OF THE CHAPTER 11 CASES AND (2) GRANTING RELATED RELIEF**
(ECF No. 80)

Upon the emergency motion ("Motion")[1] of the above-captioned debtors and debtors in possession (collectively, "Debtors") for entry of an order ("Order"), (a) directing the joint administration of Debtors' Chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and the Court having found that the relief requested in the Motion is in the best interests of Debtors' estates, their creditors, and other parties in interest; and the Court having found that Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court, if any; and the Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case of Refreshing USA, LLC, et al., Case No. 24-33919 (JPN). All of the jointly administered cases are assigned to Judge Jeffrey P. Norman

2. Additionally, the following checked items are ordered:

   a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

   b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c. ☐ Other: See below.

3. The caption of the jointly administered cases will read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| Refreshing USA, LLC, | Case No. 24-33919 (JPN) |
| | (Jointly Administered) |
| Debtors[2]. | |

4. The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each Debtors, other than Refreshing USA, LLC, to reflect the joint administration of these Chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the Chapter 11 cases of: *Refreshing USA, LLC*, Case No. 24-33919; *Water Station Management LLC*, Case No. 24-33924; and *Creative Technologies, LLC*, Case No. 24-33934. The docket in Case No. 24-33919 should be consulted for all matters affecting this case. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 24-33919. Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 cases. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 cases, and this Order shall

---

[2] Debtors and debtors in possession these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-33919; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-33924; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-33934. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

be without prejudice to the rights of Debtors to seek entry of an order substantively consolidating their respective cases.

6. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

7. Notwithstanding any Bankruptcy Rule or Bankruptcy Local Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: October 27, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

044904\00001\17662486v1