IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Refreshing USA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-33919 |
| In re<br><br>Water Station Management LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-33924 |
| In re<br><br>Creative Technologies, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-33934 |

### ORDER GRANTING DEBTORS' CORRECTED EMERGENCY MOTION TO ABANDON CERTAIN PROPERTY

The Court,[1] having considered Debtors' Emergency Motion to Abandon Certain Personal Property, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and the Court having found that the relief requested in the Motion is in the best interests of Debtors' estates, their creditors, and other parties in interest; and the Court having found that Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be

---

[1] All undefined capitalized terms have the meaning ascribed to them in the Motion.

**ORDER GRANTING DEBTORS' EMERGENCY MOTION
TO ABANDON CERTAIN PROPERTY - PAGE 1**

provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court, if any; and the Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Debtors may abandon the Furniture and the Expired Inventory.

2. Debtors may abandon the Vehicles back to their lessor.

3. Debtors may have the Forklifts sold through a used equipment vendor with the net proceeds after costs of sale retained by Debtors' estates.

4. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

5. Notwithstanding any Bankruptcy Rule or Bankruptcy Local Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas

Signed: October 30, 2024

_____
Alfredo R Pérez
United States Bankruptcy Judge

**ORDER GRANTING DEBTORS' EMERGENCY MOTION
TO ABANDON CERTAIN PROPERTY - PAGE 2**