UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| Refreshing USA, LLC, | Case No. 24-33919 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING DEBTORS' EMERGENCY *NUNC PRO TUNC* MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES INCURRED BEFORE OCTOBER 2, 2024; AND TO CONTINUE EMPLOYEE BENEFITS ON AND AFTER OCTOBER 2, 2024**

THIS MATTER having come before the Court on Debtors' *Nunc Pro Tunc* Emergency Motion for Order Authorizing Payment of Wages, Salaries, Compensation, Expenses, Benefits, And Related Taxes Incurred Before October 2, 2024; and to Continue Employee Benefits On and After October 2, 2024 (the "Motion") [ECF No. 82]; the Court having reviewed the Motion and the Declaration of Eric Camm in support of the Motion, and having considered the statements of counsel at a hearing before the Court (the "Hearing"); and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (4) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in

---

1 Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-33919; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-33924; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"). Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

the Motion is in the best interests of Debtors, their estates, and the creditors; and good and sufficient cause having been shown; now, therefore,

IT IS HEREBY ORDERED that:

1)    Debtors' already-paid October 10, 2024 payroll for the period September 7, 2024 to September 27, 2024, including the amounts set forth on **Exhibit A,** is authorized *nunc pro tunc*.

2)    Debtors are authorized to continue existing employee benefits on and after October 2, 2024.

3)    With respect to obligations incurred before October 2, 2024 and paid on or after October 2, 2024, Debtor will not pay with respect to any individual employee more than the $15,150 priority amount provided by 11 U.S.C. §§ 507(a)(4) and (a)(5).

4)    Fifth Third Bank is hereby ordered and directed to honor all checks or electronic transfers issued for payment of the obligations described above.

5)    The requirements of Bankruptcy Rule 6003(b) have been satisfied with respect to the payments authorized by this Order.

6)    Pursuant to Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

Signed: October 31, 2024

Alfredo R Pérez
United States Bankruptcy Judge

## Gross Earnings Subject to Court Approval

| Employee ID | Entity | Pay Date | 10/10/2024 |
| --- | --- | --- | --- |
| | | 9/7/2024 - 9/20/24 | |
| 316 | Refreshing USA | $ | 5,265.16 |
| 5005 | Refreshing USA | $ | 3,180.00 |
| 5010 | Refreshing USA | $ | 2,676.92 |
| 564 | Refreshing USA | $ | 6,869.41 |
| 149 | Refreshing USA | $ | 1,651.00 |
| 168 | Refreshing USA | $ | 3,076.92 |
| 5007 | Refreshing USA | $ | 1,057.50 |
| 9312 | Refreshing Arizona | $ | 3,000.01 |
| 404 | Refreshing Arizona | $ | 1,851.40 |
| 216 | Refreshing Arizona | $ | 1,540.77 |
| 70005 | Refreshing Arizona | $ | 359.73 |
| 5012 | Refreshing Arizona | $ | 2,084.27 |
| 750 | Refreshing Arizona | $ | 1,500.00 |
| 70006 | Refreshing Arizona | $ | 1,569.22 |
| 749 | Refreshing Arizona | $ | 2,115.38 |
| 311 | Refreshing Florida | $ | 5,472.17 |
| 7017 | Refreshing Florida | $ | 600.00 |
| 7001 | Refreshing Florida | $ | 1,840.00 |
| 7011 | Refreshing Florida | $ | 302.88 |
| 257 | Refreshing Florida | $ | 2,000.00 |
| 279 | Refreshing Florida | $ | 2,115.39 |
| 461 | Refreshing Great Lakes | $ | 2,692.30 |
| 371 | Refreshing Great Lakes | $ | 562.78 |
| 185 | Refreshing Great Lakes | $ | 184.32 |
| 10046 | Refreshing Great Lakes | $ | 376.20 |
| 534 | Refreshing Great Lakes | $ | 2,756.92 |
| 130 | Summit Management Services LLC | $ | 1,923.08 |
| 726 | Summit Management Services LLC | $ | 1,391.18 |
| 180 | Summit Management Services LLC | $ | 1,787.30 |
| 60006 | Summit Management Services LLC | $ | 1,500.40 |
| **Total Gross Earnings** | | **$** | **63,302.61** |
| | | $ | - |

## Gross Earnings Subject to Court Approval

| Employee ID | Entity | Pay Date | 10/10/2024 |
| --- | --- | --- | --- |
| | | 9/14/24-9/27/24 | |
| 156 | Refreshing Midwest | $ | - |
| 350 | Refreshing Midwest | $ | 2,550.00 |
| 183 | Refreshing Midwest | $ | 1,231.84 |
| 238 | Refreshing Midwest | $ | - |
| 278 | Refreshing Midwest | $ | - |
| 115 | Refreshing Texas LLC | $ | 2,050.00 |
| 2002 | Refreshing Texas LLC | $ | 3,126.92 |
| 2058 | Refreshing Texas LLC | $ | - |
| 179 | Refreshing Texas LLC | $ | 1,450.00 |
| 197 | Refreshing Texas LLC | $ | - |
| 247 | Refreshing Texas LLC | $ | - |
| 733 | Refreshing Texas LLC | $ | 1,650.00 |
| 275 | Refreshing Texas LLC | $ | - |
| 287 | Refreshing Texas LLC | $ | - |

24-01863-FPC11   Doc 148   Filed 10/31/24   Entered 10/31/24 09:20:30   Pg 3 of 5

| | | | |
|---|---|---|---|
| 288 | Refreshing Texas LLC | $ | 1,650.00 |
| 182 | Refreshing Texas LLC | $ | 2,060.68 |
| 191 | Refreshing Texas LLC | $ | - |
| 203 | Refreshing Texas LLC | $ | - |
| 735 | Refreshing Texas LLC | $ | 1,776.05 |
| 2604 | Refreshing Texas LLC | $ | 360.14 |
| 223 | Refreshing Texas LLC | $ | 1,915.39 |
| 497 | Refreshing Texas LLC | $ | 2,357.70 |
| 2031 | Refreshing Texas LLC | $ | 135.05 |
| 148 | Refreshing Texas LLC | $ | 2,550.00 |
| 2003 | Refreshing Texas LLC | $ | 1,890.00 |
| 2001 | Refreshing Texas LLC | $ | - |
| 252 | Refreshing Texas LLC | $ | - |
| 2040 | Refreshing Texas LLC | $ | - |
| 729 | Refreshing Texas LLC | $ | - |
| 2009 | Refreshing Texas LLC | $ | 1,036.70 |
| 552 | Refreshing Texas LLC | $ | 538.34 |
| 348 | Refreshing Texas LLC | $ | 342.79 |
| 550 | Refreshing USA | $ | 3,727.62 |
| 375 | Refreshing USA | $ | - |
| 1007 | Refreshing USA | $ | 2,000.00 |
| 370 | Refreshing USA | $ | 1,004.41 |
| 324 | Refreshing USA | $ | 2,742.31 |
| 1002 | Refreshing USA | $ | 4,280.77 |
| 644 | Refreshing USA | $ | 1,630.48 |
| 196 | Refreshing USA | $ | 2,550.00 |
| 306 | Refreshing USA | $ | 2,473.08 |
| 51 | Refreshing USA | $ | 4,701.91 |
| 1001 | Refreshing USA | $ | 3,511.54 |
| 1008 | Refreshing USA | $ | 2,307.70 |
| 314 | Refreshing Washington LLC | $ | 2,269.23 |
| 224 | Refreshing Washington LLC | $ | 2,190.00 |
| 230 | Refreshing Washington LLC | $ | 2,634.81 |
| 325 | Refreshing Washington LLC | $ | 1,758.48 |
| 120001 | Refreshing Washington LLC | $ | 1,408.00 |
| 267 | Refreshing Washington LLC | $ | 2,365.00 |
| 430 | Refreshing California | $ | 2,042.82 |
| 4018 | Refreshing California | $ | 1,586.80 |
| 438 | Refreshing California | $ | 2,842.31 |
| 451 | Refreshing California | $ | 1,047.30 |
| 447 | Refreshing California | $ | - |
| 526 | Refreshing California | $ | 2,022.90 |
| 4017 | Refreshing California | $ | 1,183.44 |
| 443 | Refreshing California | $ | 3,126.92 |
| 514 | Refreshing California | $ | 3,102.94 |
| 420 | Refreshing California | $ | 2,627.12 |
| 150 | Refreshing Georgia | $ | 2,850.00 |
| 174 | Refreshing Georgia | $ | 2,490.00 |
| 205 | Refreshing Georgia | $ | - |
| 298000 | Refreshing Georgia | $ | 530.00 |
| 232 | Refreshing Georgia | $ | 2,242.31 |
| 785 | Refreshing Georgia | $ | 1,773.08 |
| 147 | Refreshing Georgia | $ | 862.20 |

| | | | |
|---|---|---|---|
| 5013 | Refreshing Georgia | $ | 1,810.00 |
| 8003 | Refreshing Georgia | $ | 2,530.00 |
| 90001 | Refreshing Utah | $ | 2,115.38 |
| 137 | Vendpro | $ | 407.50 |
| 146 | Vendpro | $ | 2,588.46 |
| 3005 | Vendpro | $ | 883.39 |
| 3009 | Vendpro | $ | 1,219.03 |
| 145 | Vendpro | $ | 1,763.00 |
| **Total Gross Earnings** | | **$** | **115,873.84** |
| | | $ | - |