**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § § § § § | **Chapter 11** |
| **REFRESHING USA, LLC** | | **CASE NO. 24-33919** |
| Debtor[1] | | **(Jointly Administered)** |

## CREDITOR JAMES GROUP'S MOTION FOR RELIEF FROM STAY AS TO CERTAIN WATER MACHINES

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from**

---

[1] 1 Debtors and debtors in possession these Chapter 11 cases ("Bankruptcy Case( s )"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-33919; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-33924; and Creative Technologies, LLC (46- 2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24- 33934. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201

MOTION FOR RELIEF FROM STAY REGARDING CERTAIN WATER MACHINES
NO. 24-33924-ARP, NO. 24-33919-ARP, NO. 24-33934-ARP (1)

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01863-FPC11    Doc 166    Filed 11/06/24    Entered 11/06/24 11:09:18    Pg 1 of 5

**the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**A hearing will be conducted on this matter on December 5, 2024, at 9:00 am in Courtroom 400, courthouse address 515 Rusk St., Houston, TX 77002. You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge 's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge 's home page. The meeting code is "Judge ". Click the settings icon in the upper right corner and enter your name under the personal information setting.**

## I. RELIEF REQUESTED

NOW COMES James Group International, LLC, a Nevada limited liability company ("*James Group*"), party in interest and creditor to Debtors in the above-titled action, by and through undersigned counsel, moves for an order of the Court granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and Federal Rule of Bankruptcy Procedure ("*FRBP*") 4001(a)(1), solely to record and perfect its lien with respect to a secured debt in water vending machines. James Group is seeking to record its lien for protection from future encumbrances and to file a valid Proof of Claim as a secured creditor.

Counsel has conferred with counsel for Debtors and the parties have been unable to reach an agreement as to James Group's requested relief. See *Declaration of Martin Kreshon*.

## II. FACTUAL BACKGROUND

James Group entered into a Service and Management Agreement with Water Station Management, LLC ("*WSM*") on November 12, 2019 (the "*Service Agreement*"). Pursuant to the terms of the Service Agreement, James Group provided WSM with a loan of $4,100,000, to be collateralized by water refilling/service machines with matching serial numbers. See *Declaration of Paul Barrera*, Ex. A. WSM defaulted on its obligations.

MOTION FOR RELIEF FROM STAY REGARDING CERTAIN WATER MACHINES
NO. 24-33924-ARP, NO. 24-33919-ARP, NO. 24-33934-ARP (2)

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01863-FPC11    Doc 166    Filed 11/06/24    Entered 11/06/24 11:09:18    Pg 2 of 5

*Extenuating Circumstances for Lack of Perfection*

At the time the loan was made, James Group was under the control of Ronald James (deceased) ("**Ronald**"). Ronald was diagnosed with Parkinson's disease in 2016. Over time, he displayed signs of dementia related to his then-diagnosed Parkinson's, his decision making became increasingly impaired by occasional staring spells and "hallucinations". He would at times fall asleep at his desk. Not long after the contract with WSM was signed, Ronald James required assistance with a wheelchair. By early-2024, Ronald was diagnosed with two (2) large glioblastomas in his brain. His providers agreed that the locations of the tumors could have created symptoms similar to his initial Parkinson's diagnosis. Ronald James died April 20th, 2024. From 2019 onwards, Ronald lacked the capability to properly pursue the UCC filings due to diminished cognitive faculties. See *Declaration of Donald James*.

*Basis for Filing*

The record suggests that Ryan Wear, former manager of Debtors, disregarded corporate formalities and moved investor money from one entity to another in "random fashion", "sweeping" funds so that the "ledger balance [was] near zero at the end of each month ... ." See *Declaration of Paul Barrera*, Ex. B & Ex. C. As such, James Group has good faith reason to believe that at least some of the proceeds provided to WSM and the secured property may have ended up in Debtors Creative Technologies, LLC and Refreshing USA, LLC.

Having conducted an extensive review of security filings, James Group is unaware of any other creditor claiming security in the machines at issue. To properly file a Proof of Claim in the above-titled case as a secured creditor, James Group must file a UCC statement.

### III. ARGUMENTS

*James Group is requesting to record its lien, no more*

Pursuant to 11 U.S.C. § 362(d)(1), the automatic stay may be modified or terminated for cause, including lack of adequate protection in the property. The power to modify or vacate the automatic stay is exercised by a bankruptcy court according to the particular circumstances of the case and is to be guided by considerations that under the law make for ascertainment of what

MOTION FOR RELIEF FROM STAY REGARDING CERTAIN WATER MACHINES
NO. 24-33924-ARP, NO. 24-33919-ARP, NO. 24-33934-ARP (3)

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01863-FPC11    Doc 166    Filed 11/06/24    Entered 11/06/24 11:09:18    Pg 3 of 5

| | |
|---|---|
| 1 | is just to the claimants, the Debtor, and the estate. *Foust v. Munson Steamship Lines,* 299 U.S. |
| 2 | 77 (1936); *In re Towner Petroleum Co.,* 48 B.R. 182 (Bankr. Okl.1985); *In re Mego Inter.,* |
| 3 | *Inc.,* 28 B. R. 324 (Bankr. S.D.N.Y. 1983). Courts are to exercise "judgment which must weigh |
| 4 | competing interests and maintain an even balance." *Landis v. North American Company,* 299 |
| 5 | U.S. 248 (1936). Cause is not defined in the Bankruptcy Code and must be determined on a case- |
| 6 | by-case basis based on an examination of the totality of circumstances. *In re Reitnauer*, 152 F.3d |
| 7 | 341, 343 n.4 (5th Cir. 1998); *In re Mendoza*, 111 F.3d 1264 (5th Cir. 1997). |

Without relief from the stay to file its lien, James Group lacks the ability to perfect its lien and file a Proof of Claim with this court as a secured creditor. James Group does not seek relief at this time to execute against Debtors' property or any asset subject to Debtors' bankruptcy estates except to file and perfect its lien. James Group would file a separate motion for relief from stay before proceeding with any enforcement.

### IV. CONCLUSION

Good cause exists for this Court to grant James Group limited relief from the automatic stay under 11 U.S.C. § 362(d)(1) to perfect its lien.

DATED this Wednesday, November 6, 2024.

NORTH CITY LAW, PC

/s/ *Paul A. Barrera*
Paul A. Barrera, WSBA No. 51990
paul@northcitylaw.com
Martin J. Kreshon, III, WSBA No. 51307
martin@northcitylaw.com
Clare Bogdanowicz, WSBA No. 48927
clare@northcitylaw.com
NORTH CITY LAW, PC
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Telephone: 206.413.7288
Facsimile: 206.367.0120
***Attorneys for James Group International, LLC***

MOTION FOR RELIEF FROM STAY REGARDING CERTAIN WATER MACHINES
NO. 24-33924-ARP, NO. 24-33919-ARP, NO. 24-33934-ARP (4)

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01863-FPC11    Doc 166    Filed 11/06/24    Entered 11/06/24 11:09:18    Pg 4 of 5

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on November 6, 2024.

*/s/ Paul A. Barrera*
Paul A. Barrera, WSBA No. 51990
Attorney for James Group International, LLC

MOTION FOR RELIEF FROM STAY REGARDING CERTAIN WATER MACHINES
NO. 24-33924-ARP, NO. 24-33919-ARP, NO. 24-33934-ARP (5)

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120