# SCHEDULE 1

# TO DECLARATION OF JEFFREY AZUSE

**Debtors**

Refreshing USA, LLC
Water Station Management LLC
Creative Technologies LLC
Ideal Property Investments LLC

**Debtors' Insiders**

Ryan Wear (Manager & Member)
Richard Wear

**Receiver**

Turning Pointe

**Proposed Chief Restructuring Officer**

Force Ten Partners (Brian Weiss)

**Creditors**
352 Capital GP LLC
First Fed Bank

**Snohomish County Superior Court (Washington) Plaintiffs**
210 SA Holding, LLC
Aashish Parekh
Abbey Anderson
Abby Wyatt Group, Inc.
Adria Estes
Adventure Done Right, LLC
Aiden Waterworks, LLC
Angel Franklin
Anna Done
Aqualux Water LLC
AR Water Supply, LLC
Archan Tlkoti
Arravend, LLC
Ash Vending, LLC
Ashoka Sheanh
Basant Kumar
Be of Service, LLC
Big Boy Tools LLC
BLC Water Company LLC
Bo Yang
Brad Burau DDS
Brian Chu DDS
Brown Family Enterprises, LLC
C&C Investment Holdings, LLC

Charles Coggins
Chaurishi Retail Enterprises, LLC
Chugit, LLC
Coco Aqua, LLC
Cody Bishop
Colewstech, LLC
Culminate Water Technology, LLC
Cyborg Holdings, LLC
Danielle Stoddard
David Beranek
David Brown
David Schroeder
Debra Hildebrand
Deren Flesher DDS
Duane Okamoto
Dustin Braeger
Dylan Ross
Etania, LLC
Ever Upward, Inc.
Facts Property Services, LLC
Flatlands Equipment, LLC
Gary Young
Granite Street Ventures, LLC
Grayfin Ventures, LLC
Great Oak Water, Limited Liability Company
Half Full Vending, LLC
Heidi Young
Helmut Giewat
Horeb Water Solutions, LLC
IMLSunshine, LLC
Indiana Water Technology, LLC
Jacob Letourneau
James Estes
James Sartain
James Vilt II
James Walker DDS
Jason Blough
JBF Consulting Services, LLC
Jeannette White
Jeffrey Brooke
Jeffrey Brooke
JK Seven LLC
JLE Enterprises, LLC
John Flack
Josh McNary
Joshua Leykam
Joshua Oed
Karen Lavin
Karl Schoenleber

1

Karla Letourneau
Karthiga Jayaram
Karthika Mandyam
Karthikeyan Ramprasath
KDawg Crypto, LLC
Kmandy Investments, L.L.C.
Konda Reddy Gadi
Kwansoo Lee DDS
Larina Chu
Li Liang
Linda Okamoto
Livingwater Station, LLC
Maji 8377, LLC
Marc Hildebrand
Mark Fleming
Mathew Fellows
May Auerbach
Merrill Stoddard
Michael Bailey
Michele Blough
Navaneeth Kumar
Nira Enterprises, LLC
Nirupa Keskar
NS SQ Eco Waters, LLC
Oaks Waterstation Tech, LLC
OED Properties LLC
Pacific Water Technology, LLC
Padma Kandikonda
Paige Leykam
Pavan Kandikonda
Prasiti Water Investments, LLC
Pravin Thakkar Jr
Progressive Partners, LLC
Q & V LLC
Radhika Kamalla
Radhika Siripireddy
RCWSTech1157, LLC
RDWSTech3594, LLC
Redwaters, LLC
Reginald Franklin
Robert Dost DDS
Robert Hoery
Roman Jarosiewicz
Ronald Cole DDS
Rose Trail Ventures 2, LLC
Rose Trail Ventures, LLC
Royal Reservoirs, LLC
Rumson Wellness, LLC
Sarah Schroeder
Scott Burau DDS

SDB H20, LLC
Sean Done
Silver Oak H2O, LLC
Siripi Wst, LLC
Spruce Waters Investments, LLC
Sreelakshmi Siripuram
Stacey Fleming
Starter Holdings, LLC
Stefani Hoery
Sterling Davis
Steven Wells
Sun A Wy, LLC
Susan Pinkerton
Tan Quan Nguyen
Taylor Ross
Thomas Wawersich
Timothy Dailey
Tom Anderson
Trung Nguyen
V2S2, LLC
Venkita Sharma
Waterstation Technology of Rockville
William White
WST Utah LLC
WST, LLC
WV Water Tech, LLC

**Related Entities - Creative Technologies, LLC**
Creative Technologies, LLC
Creative Technologies Florida, LLC
Pistol, Inc.
TCR Plumbing LLC

**Related Entities - Refreshing USA, LLC**
Arizona Water Vendors Inc.
Arizona Vendors Inc.
Golden State Vending, LLC
Ice & Water Vendors, LLC
Refreshing USA, LLC
Refreshing California, LLC
Refreshing Carolines, LLC
Refreshing Colorado LLC
Refreshing Florida LLC
Refreshing Georgia, LLC
Refreshing Great Lakes, LLC
Refreshing Mid-Atlantic, LLC
Refreshing Midwest, LLC

Refreshing Midwest Real Estate, LLC
Refreshing Montana, LLC
Refreshing New Mexico, LLC
Refreshing New England LLC
Refreshing Texas LLC
Refreshing Oklahoma LLC
Refreshing Washington, LLC
Smart Soda Holdings, Inc.
Summit Management Services, LLC
Vendpro, LLC d/b/a EliteVend

**Related Entities - Water Station Management LLC**
Water Station Management, LLC
WaterStation Finance Company, LLC
WaterStation Techventure, LLC
WST Franchise Systems LLC
Water Station Holdings LLC
WaterStation Technology, LLC
WaterStation Technology II, LLC
WST AZ Properties LLC

**Related Entities - Ideal Property Investments LLC**
Ideal 1400 Greenleaf LLC
Ideal Greenleaf LLC
Ideal Murfreesboro LLC
Ideal Industrial Park LLC
Ideal AZ Property Investments, LLC
K-2 Acquisition, LLC
Emery Development, LLC
Harrison Street, LLC
Smokey Point Holding LLC
Group LLC
4300 Forest LLC
1206 Hewitt Ave LLC
70 NO Garden, LLC
3422 W Clarendon LLC
204 NWW LLC
701 Eden Ave LLC
2129 Andrea Lane LLC
602 South Meadow LLC
602 South Mean, LLC
11519 South Petropark LLC
343 Johnny Clark LLC
1118 Virginia Avenue LLC
204 NWW LLC

3209 Van Buren LLC
8825 LLC
044904\00001\17662588v1

**20 Largest Unsecured Creditors – Creative Technologies, LLC**
First Fed Bank
Keystone Water Holdings LLC
Alkaline Water Holdings, LLC
H20 Syation Holdings, LLC
Arravend LLC
Dennis Demirjian & DDWSTECH LLC
Chugit LLC
Granite Street Ventures, LLC
Siripi WST LLC
SS Holdings, LLC
WST, LLC
A&R Water Supply
Pacific Water Technology, LLC
352 Capital GP LLC
Scott Runnels & Runnels Ortho Practice & Les Enterprises LLC
Big Boy Tools LLC
Prasiti Water Investments, LLC
Ronald Cole (Sole Prop.) / COLEWSTECHLLC
Carol & Forrest Bryant & Jam Capital II, LLC
Indiana Water Technology, LLC

**20 Largest Unsecured Creditors – Refreshing USA, LLC**
McCarter and English
Dottir Attorneys
Brink's Incorporated
Colonial Life Insurance
Herald Holdings LLC
Vendors Exchange International
Miami-Dade Cty. DOT & Public Works
OptConnect
Landstar Global Logistics
Vanguard Development Co.
Concur Technologies, Inc.
Tech 2 Success LLC
Evoca North America Venture Inc.

3

Oracle Netsuite
Mathand, Inc.
Direct Drive Logistics
Swire Coca-Cola
Lighthouse Transportation Svcs. LLC
Lee Cty. Port Authority
Gilly Vending

**20 Largest Unsecured Creditors –
Waterstation Management LLC**
Betson Imperial Parts and Service
C3 Capital Inc.
352 Capital GP LLC
Dalb Inc
Kroger Corp Account
SSM Vending
Ronald Dwyer
Town and Country Fence, Inc.
China Electronics
Circle K Franchise
Area Wide Electronics and Refrigeration
ESP Water
Family Dollar
Pioneer Title Agency
Rochester Sensors
Terrible Herbst
Pork Shop
Chester Paul Company
County of Orange Sealer of Weights and Measures
Datafast