# SCHEDULE 2

# TO DECLARATION OF JEFFREY AZUSE

**Schedule 2**
**Disclosures**

a.  Hilco Corporate Finance, LLC and Hilco Fixed Asset Recovery, LLC, affiliates of Hilco, may be engaged and retained by Debtors separate from Hilco, for investment advisory services and asset liquidation services respectively.  These engagements have not yet been finalized or executed.

b.  Hilco Merchant Resources, LLC, Hilco Real Estate, LLC and Hilco Real Estate Appraisal, LLC, affiliates of Hilco, have provided inventory liquidation, lease advisory, and property appraisal services to Family Dollar.

c.  In previous matters unrelated to the Debtors and these cases, Hilco and/or its affiliates have worked with certain professional firms included on the interested parties list, including Force Ten Partners and Brian Weiss.

d.  It is possible that Hilco may represent or may have represented other interested parties of the Debtors, but does not represent any such parties in connection with these cases.  Hilco presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or these cases, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.