## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-33919** |
| **REFRESHING USA, LLC,** *et al.*, | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

### ORDER SETTING EXPEDITED HEARING

These jointly administered cases were filed as involuntary Chapter 11 cases on August 27, 2024. On October 28, 2024, these cases were reassigned to this Court. A hearing was held by this Court to consider certain emergency matters and relief was granted (See Docket Nos. 138, 139 and 148).

The following six motions are pending with response dates or hearings within the next 30 days including Docket Nos. 89, 111, 135, 149, 150, 166 and 169. On November 6, 2024, the Debtors filed a Motion to Transfer Case to Another District (Docket No. 170). The Court believes, that in view of all the motions currently pending, that the Motion to Transfer should be considered expeditiously.

Therefore, the Court will conduct an expedited hearing to consider the Debtors' Motion to Transfer Case to Another District at **6:00 PM on November 12, 2024,** by Telephone and Video Conference. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez. The Debtors will provide prompt notice of this hearing.

SIGNED 11/07/2024

Alfredo R Pérez
United States Bankruptcy Judge

1 / 2