## Fill in this information to identify the case:

Debtor name    Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☒ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | | 9470 | $0.00 |
| 3.2. | Bank of America | Checking | 9435 | $0.00 |
| 3.3. | Cadence Bank | | unk. | $0.00 |
| 3.4. | Northwest Bank | | 1300 | $54,230.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $54,230.00 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:      989,101.00      -           989,101.00   =....                      $0.00
                         face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                          $0.00

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14.     **Mutual funds or publicly traded stocks not included in Part 1**
         Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
         Name of entity:                                    % of ownership

| 15.1. | Interest in Ideal Industrial Park LLC | % | | $1,500,000.00 |
| --- | --- | --- | --- | --- |
| 15.2. | Interest in 2129 Andrea Lane LLC | % | | $4,100,000.00 |
| 15.3. | Interest in 1118 Virginia Street LLC | % | | $525,000.00 |
| 15.4. | Interest in 701 Eden LLC | % | | $900,000.00 |
| 15.5. | Interest in 11519 South Petropark LLC | % | | $975,000.00 |
| 15.6. | Interest in 343 Johnny Clark LLC | % | | $850,000.00 |
| 15.7. | Interest in 8825 LLC | % | | $4,545,000.00 |

24-01421-FPC11 Doc 182-1 Filed 09/26/24 Entered 09/26/24 15:56:51 Pg 2 of 25

| | | | |
|---|---|---|---|
| 15.8. | Interest in 3422 W. Clarendon LLC | % | $1,982,550.00 |
| 15.9. | Interest in Smokey Point Holdings LLC | % | $8,574,900.00 |
| 15.10. | Interest in Ideal Murfreesboro LLC | % | $3,900,000.00 |
| 15.11. | Interest in Ideal Greenleaf LLC | % | $3,599,000.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.

| $31,451,450.00 |
|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

24-01421-FPC11   Doc 181-1   Filed 09/26/24   Entered 09/26/24 15:56:51   Pg 3 of 25

| Debtor | Ideal Property Investments LLC | | Case number *(if known)* 24-1421 |
|---|---|---|---|

Name

| | Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|---|
| 55.1. | 4237 E. Magnolia<br>Phoenix, AZ | | $0.00 | $1,250,000.00 |
| 55.2. | 1930 N. 22nd Avenue<br>Phoenix, AZ 85009 | | $0.00 | $5,800,000.00 |
| 55.3. | 653 E. 20th Street<br>Yuma, AZ | | $0.00 | $1,500,000.00 |
| 55.4. | 700 S. Arizona Blvd.<br>Coolidge, AZ 85128 | | $0.00 | $100,000.00 |
| 55.5. | 25377 Huntwood<br>Avenue<br>Hayward, CA 94544 | | $0.00 | $9,500,000.00 |
| 55.6. | 530 Opper Street<br>Escondido, CA | | $0.00 | $4,900,000.00 |
| 55.7. | 877 Orange Avenue<br>Tallahassee, FL | | $0.00 | $599,000.00 |
| 55.8. | 8460 Thomas Avenue<br>Bridgeview, IL 60455 | | $0.00 | $650,000.00 |
| 55.9. | 1924 North Avenue W<br>Missoula, MT 59801 | | $0.00 | $691,200.00 |
| 55.10<br>. | 7925 W. Arby Avenue<br>Las Vegas, NV 89113 | | $0.00 | $2,800,000.00 |
| 55.11<br>. | 19355 SW Teton<br>Avenue<br>Tualatin, OR 97062 | | $0.00 | $2,950,000.00 |
| 55.12<br>. | 2709 Electronic Lane<br>Dallas, Texas 75220 | | $0.00 | $4,750,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.13 · | 630 Vereda<br>San Antonio, TX<br>78201 | | $0.00 | $180,900.00 |
| 55.14 · | 4407 Sun Vista Lane<br>San Antonio, TX<br>78217 | | $0.00 | $230,700.00 |
| 55.15 · | 586 West 9320 South<br>Sandy, UT 84070 | | $0.00 | $2,789,328.00 |
| 55.16 · | 27423 40th Avenue<br>Stanwood, WA 98292 | | $0.00 | $775,000.00 |
| 55.17 · | 12 Emery Road<br>Oroville, WA 98844 | | $0.00 | $175,000.00 |
| 55.18 · | 11410 Beverly Park<br>Road<br>Everett, WA 98204 | | $0.00 | $7,470,000.00 |
| 55.19 · | 3811 188th Street NE<br>Arlington, WA 98223 | | $0.00 | $1,000,000.00 |
| 55.20 · | 27602 40th Avenue<br>NW<br>Stanwood, WA 98292 | | $0.00 | $775,000.00 |
| 55.21 · | 3200 Shoreline Drive<br>Camano Island, WA<br>98292 | | $0.00 | $900,000.00 |

56.  **Total of Part 9.**                                                                              $49,786,128.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Avoidance actions as to First Fed Bank | | Unknown |
|---|---|---|
| **Nature of claim** | Bank loan | |
| **Amount requested** | $0.00 | |

| claims against Ryan Wear and other former insiders or officers of the Debtor | | Unknown |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $0.00 | |

| potential recovery of properties transferred pre-petition | | Unknown |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $0.00 | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,230.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $31,451,450.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $49,786,128.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $31,505,680.00 | + 91b. $49,786,128.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $81,291,808.00 |

24-01421-FPC11   Doc 82-1   Filed 09/26/24   Entered 09/26/24 15:06:51   Pg 7 of 25

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Bexar County<br>Tax Assessor Collector,<br>233 N Pecos La Trinidad<br>San Antonio, TX 78207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,750.48 | $14,750.48 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Dallas County<br>c/o John K. Turner, Linebarger<br>Goggan Blair & Sampson, LLP, 2777<br>N. Stemmons Frwy, Suite 1000<br>Dallas, TX 75207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268,183.41 | $268,183.41 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Harris Co ESD #09<br>P.O. Box 3064<br>Houston, TX 77253 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $354.60 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

24-01421-FPC11   Doc 181-1   Filed 09/26/24   Entered 09/26/24 15:56:31   Pg 8 of 25

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|--------|-------------------------------|------------------------|---------|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address<br>Island County Treasurer<br>P.O. Box 699<br>Coupeville, WA 98239 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,775.45 | $21,775.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>Lone Star College System<br>P.O. Box 3064<br>Houston, TX 77253 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $860.12 | $860.12 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>Maricopa County Treasurer<br>301 W Jefferson St., Suite 100<br>Phoenix, AZ 85003 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,088.13 | $11,088.13 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address<br>Missoula County Treasurer<br>200 W. Broadway<br>Missoula, MT 59801 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,629.73 | $6,629.73 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>Oroville-Tonasket Irrigation District<br>P.O. Box 1729<br>Oroville, WA 98844 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,133.30 | $1,133.30 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,654.83 | $2,654.83 |
|---|---|---|---|---|

Pinal County Treasurer
P.O. Box 729
Florence, AZ 85132

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,310.06 | $20,310.06 |
|---|---|---|---|---|

Salt Lake County Treasurer
c/o Ray Lancaster,
2001 S. State St., Suite N1-200
Salt Lake City, UT 84114

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196,021.93 | $196,021.93 |
|---|---|---|---|---|

Snohomish County Treasurer
3000 Rockefeller Ave, M/S 501
Everett, WA 98201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,877.57 | $20,877.57 |
|---|---|---|---|---|

Washington County Tax Collector
155 N 1st Ave., Suite 130, MS-8
Hillsboro, OR 97124

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504,812.00 |
|---|---|---|---|

210 SA Holdings LLC
825 North Saint Marys, Suite 101
San Antonio, TX 78205

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?   ☒ No   ☐ Yes

24-01421-FPC11   Doc 181-1   Filed 09/26/24   Entered 09/26/24 15:05:51   Pg 10 of 25

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | Name | | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,275,245.00 |
|---|---|---|---|
| | A&R Water Supply<br>4 Peace Street<br>Pelham, NY 10803 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572,327.00 |
|---|---|---|---|
| | Abby Wyatt Group Inc.<br>214 Mountain Crest Dr.<br>Taylors, SC 29687 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431,793.00 |
|---|---|---|---|
| | Adventure Done Right LLC<br>3395 S La Mesa Rd.<br>Salt Lake City, UT 84109 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595,000.00 |
|---|---|---|---|
| | Aiden Waterworks<br>17825 Parkshore<br>Northville, MI 48168 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,300.00 |
|---|---|---|---|
| | Aqualux Water LLC<br>c/o James P. Savitt,<br>Fennemore Craig, P.C.,<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,363,280.00 |
|---|---|---|---|
| | Arravend LLC<br>3509 Nodding Pine Court<br>Fairfax, VA 22033 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850,000.00 |
|---|---|---|---|
| | ASH Vending LLC<br>10550 Morningdew Court<br>Littleton, CO 80126 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452,000.00 |
|---|---|---|---|
| | Be of Service LLC<br>2601 Westheimer Rd #C502<br>Houston, TX 77098 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | Name | | |

**3.10** Nonpriority creditor's name and mailing address
Big Boy Tools LLC
12625 Hideout Drive
Noblesville, IN 46060

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$3,038,358.00

---

**3.11** Nonpriority creditor's name and mailing address
BLC Water Company
1130 W Clifton Ave
Redlands, CA 92373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$1,013,154.00

---

**3.12** Nonpriority creditor's name and mailing address
Brightstreet Development LLC
221 State Ave, Suite 201
Marysville, WA 98270

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$59,177.32

---

**3.13** Nonpriority creditor's name and mailing address
Brown Family Enterprises LLC
P.O. Box 145
Salem, OR 97308

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$425,000.00

---

**3.14** Nonpriority creditor's name and mailing address
C&C Investment Holdings LLC
4200 Berry D Sims Wynd
Raleigh, NC 27612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$856,213.00

---

**3.15** Nonpriority creditor's name and mailing address
Carol and Forrest Bryant
Jam Capital II, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$2,750,000.00

---

**3.16** Nonpriority creditor's name and mailing address
Chance and Carrie McLemore
Hydration for Health LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$757,450.00

24-14321-FPC11  Doc 182-1  Filed 09/26/24  Entered 09/26/24 15:56:51  Pg 12 of 25

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | Name | | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429,659.00 |
|---|---|---|
| CHAURISHI RETAIL ENTERPRISES LLC | | |
| 17775 NW Santiam Ct | ☒ Contingent | |
| Portland, OR 97229 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,010.00 |
|---|---|---|
| Chris and Stephanie Tiechmiller | | |
| Teichmiller Freedom Holdings, LLC | | |
| c/o Colin Hunter | | |
| Bradley Bernstein Sands LLP | ☒ Contingent | |
| 1425 SW 20th Avenue, Suite 201 | ☒ Unliquidated | |
| Portland, OR 97201 | ☒ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,638,308.00 |
|---|---|---|
| ChugIt LLC | | |
| 2111 Riverview Dr. | ☒ Contingent | |
| Dandridge, TN 37725 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430,312.00 |
|---|---|---|
| Coco Aqua LLC | | |
| 139 Silent Manor Dr | ☒ Contingent | |
| Sugar Land, TX 77498 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,453,150.00 |
|---|---|---|
| COLE WS TECH LLC | | |
| 2960 Lewallen Place | ☒ Contingent | |
| Decatur, IL 62521 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,436.00 |
|---|---|---|
| COLE WS TECH LLC | | |
| 2960 Lewallen Place | ☒ Contingent | |
| Decatur, IL 62521 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,687.36 |
|---|---|---|
| Columbia Fire LLC | | |
| 111 S Findlay St | ☐ Contingent | |
| Seattle, WA 98108 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,703,184.11 |
|---|---|---|
| Creative Technologies LLC | | |
| 2732 Grand Ave., Suite 122 | ☐ Contingent | |
| Everett, WA 98201 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☒ Yes | |

24-01421-FPC11   Doc 81-1   Filed 09/26/24   Entered 09/26/24 15:05:51   Pg 13 of 25

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426,941.00 |
|---|---|---|---|

Culminate Water Technology LLC
23015 Caterham Drive
Ashburn, VA 20148

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315,010.00 |
|---|---|---|---|

Dat Nguyen and Anh Trinh
DN2LA Inc.
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,364,430.00 |
|---|---|---|---|

Dennis Demirjian
DDWSTech LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,244.01 |
|---|---|---|---|

Dr. Ryan Richard
77 Peachtree Memorial Dr NW #3
Atlanta, GA 30309

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004,500.00 |
|---|---|---|---|

Driftless Water Ventures
15403 Budd Road
Dubuque, IA 52002

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850,000.00 |
|---|---|---|---|

Duane Okamoto and Linda Okamoto
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,577.47 |
|---|---|---|---|

Earth Solutions NW, LLC
15365 NE 90th St., Suite 100
Redmond, WA 98052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459,000.00 |

Etania LLC
9363 E Atlantic Pl
Denver, CO 80231

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286,910.00 |

Ever Upward Inc
21 W Taylor Run Pkwy
Alexandria, VA 22314

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |

FACTS PROPERTY SERVICES
7227 E. Baseline Rd, Ste 104
Mesa, AZ 85209

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020,000.00 |

Flatlands Equipment LLC
4306 W Shoreline Street
Wichita, KS 67205

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Founders Mosaic Partners LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _06/27/2024_

**Basis for the claim:** _Judgment_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,090,000.00 |

Gary and Heidi Young
Aqualux TX LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,003,000.00 |

Gary Young and Heidi Young
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,154,417.00 |
|---|---|---|---|

Granite Street Ventures, LLC
2468 Santa Barbara Ln
Franklin, TN 37069

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900,000.00 |
|---|---|---|---|

GrayFin Ventures LLC
2609 Round Table Blvd
The Colony, TX 75056

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $387,146.00 |
|---|---|---|---|

Great Oak Water, LLC
2114 Estes Park Dr
Allen, TX 75013

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $407,500.00 |
|---|---|---|---|

Half Full Vending LLC
1413 Chesterton Dr
Richardson, TX 75080

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,500.00 |
|---|---|---|---|

Helmut Giewat
218 Sullivan Point
Dandridge, TN 37725

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $657,270.00 |
|---|---|---|---|

Henry Ernst
IIWST LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386,325.00 |
|---|---|---|---|

Horeb Water Solutions LLC
6671 Santa Barbara Road, Ste. E
Elkridge, MD 21075

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425,198.00 |
|---|---|---|---|

IMLSunshine LLC
334 Dole Drive
Lawrence, KS 66049

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,403,296.00 |
|---|---|---|---|

Indiana Water Technology LLC
6404 Myrtle Lane
Indianapolis, IN 46220

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,000.00 |
|---|---|---|---|

Integra Realty Resources - Charlotte, LL
214 W Tremont Ave., Suite 200
Charlotte, NC 28203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $305,745.00 |
|---|---|---|---|

James and Rayne Osborn
2540 Properties LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $433,694.00 |
|---|---|---|---|

JBF Consulting Services LLC
1730 S Germantown Rd
Apt 207
Germantown, TN 38138

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $255,000.00 |
|---|---|---|---|

Jeffrey Brooke
5807 Title Row Drive
Bradenton, FL 34210

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $305,500.00 |
|---|---|---|---|

JK Seven LLC
3045 Wheaton Road
San Antonio, TX 78234

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $427,000.00 |
|---|---|---|---|

JLE Enterprises LLC
7387 Upton Court
Castle Rock, CO 80104

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

24-01421-FPC11   Doc 181-1   Filed 09/26/24   Entered 09/26/24 14:36:51   Pg 17 of 25

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327,000.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

Jonathan and Leslie Echols
Lucky Water LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,482,400.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------------|

Jung Lee
Jung J. Lee Waterstation LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425,000.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

Kdawg Crypto LLC
14 Clinton St.
Milford, CT 06460

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650,450.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

Kmandy Investments LLC
6509 San Judas St
McKinney, TX 75070

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425,000.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

LivingWater Station LLC
799 Harbor Vista Drive
Columbia, SC 29229

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,600.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

Main Street Design Landscape Arch.
9402 Tidal Court
Bainbridge Island, WA 98110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,501,945.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------------|

MAJI 8377 LLC
8377 Old Plank Rd.
Grand Blanc, MI 48439

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,933.35 |
|---|---|---|---|

**3.61**

Nonpriority creditor's name and mailing address
Matter Business Park
at Warm Springs Owners Association
c/o MDL Group LLC
5960 S Jones Blvd
Las Vegas, NV 89118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$14,933.35**

---

**3.62**

Nonpriority creditor's name and mailing address
May Auerbach
20425 Via Cristal
Yorba Linda, CA 92886

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$416,000.00**

---

**3.63**

Nonpriority creditor's name and mailing address
Mukilteo Water and Wastewater District
7824 Mukilteo Speedway
Mukilteo, WA 98275

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$910.02**

---

**3.64**

Nonpriority creditor's name and mailing address
Nira Enterprises LLC
3301 Spring Mountain Drive
Plano, TX 75025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$869,644.00**

---

**3.65**

Nonpriority creditor's name and mailing address
North Peak Associates, LLC
17270 Woodinville-Redmond Rd., Suite 705
Woodinville, WA 98072

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$12,465.81**

---

**3.66**

Nonpriority creditor's name and mailing address
NS SQ ECO WATERS LLC
1153 Flanders CT
Aurora, IL 60502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$431,941.00**

---

**3.67**

Nonpriority creditor's name and mailing address
Oaks WaterStation Tech LLC
3617 241st SE
Issaquah, WA 98029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$891,078.00**

---

**3.68**

Nonpriority creditor's name and mailing address
Oed Properties LLC
66 S. Pilney Plains Circle
Spring, TX 77382

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$425,000.00**

---

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | Name | | |

**3.69** Nonpriority creditor's name and mailing address
Pacific Water Technology LLC
2305 43rd Street SE
Puyallup, WA 98374

As of the petition filing date, the claim is: *Check all that apply.*

$3,247,171.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address
Paine Field - Snohomish County Airport
Attn: Nickolis Landgraff, 10108 32nd Ave W,
Suite J
Everett, WA 98204

As of the petition filing date, the claim is: *Check all that apply.*

$659.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address
Paul and Anna Lee Talosig
Biyaya LLC
c/o Colin Hunter
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

As of the petition filing date, the claim is: *Check all that apply.*

$1,009,885.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address
Prasiti Water Investments LLC
2001 S Hardin Blvd
Suite 110 #102
McKinney, TX 75070

As of the petition filing date, the claim is: *Check all that apply.*

$2,807,461.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address
Progressive Partners LLC
Lowe Street
Chantilly, VA 20151

As of the petition filing date, the claim is: *Check all that apply.*

$425,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address
Q& V LLC
WaterStation Technology of Rockville
4905 Macon Road
Rockville, MD 20852

As of the petition filing date, the claim is: *Check all that apply.*

$517,750.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address
Raymond and Jane Jones
Water Stations, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

As of the petition filing date, the claim is: *Check all that apply.*

$1,417,545.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,006,250.00 |
|---|---|---|---|

RC WS TECH 1157 LLC
2960 Lewallen Place
Decatur, IL 62521

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,679,764.00 |
|---|---|---|---|

RD WS TECH 3594
7356 Lester Street
Lexington, MI 48450

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,399,000.00 |
|---|---|---|---|

Redwaters LLC
24352 Woodhall Ct
Naperville, IL 60564

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.00 |
|---|---|---|---|

Rincon del Diablo Water District
1920 North Iris Lane
Escondido, CA 92026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $427,000.00 |
|---|---|---|---|

Roman Jarosiewicz
11013 Prairieview Trl N
Lake Elmo, MN 55042

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,584,221.00 |
|---|---|---|---|

Rose Trail Ventures 2 LLC
4216 Central Lane
Memphis, TN 38117

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,584,221.00 |
|---|---|---|---|

Rose Trail Ventures LLC
4216 Central Lane
Memphis, TN 38117

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $458,500.00 |
|---|---|---|---|

Royal Reservoirs
6516 Hackberry Trl
Edmond, OK 73034

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

24-01421-FPC11 Doc 181-1 Filed 09/26/24 Entered 09/26/24 15:05:21 Pg 21 of 25

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,093,000.00 |
|---|---|---|---|

Rumson Wellness LLC
508 West 24th Street
Apt 6N
New York, NY 10011

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
|---|---|---|---|

Ryan Richard
RL Futures LLC
77 Peachtree Memorial Drive NW, #3
Atlanta, GA 30309

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,437,599.91 |
|---|---|---|---|

Scott Rummels
Rummels Ortho Practice and Les Enterprises
LLC
c/o Colin Hunter
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,812,369.00 |
|---|---|---|---|

SDB H20 LLC
6276 Talon Preserve Dr
Nokomis, FL 34275

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Seaga Manufacturing, Inc.
c/o John S. Kaplan,
Stoel Rivers LLP,
600 University St., Suite 3600
Seattle, WA 98101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,851.00 |
|---|---|---|---|

Shutler Consulting Engineers, Inc.
12503 Bel-Red Rd., Suite 100
Bellevue, WA 98005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,500.00 |
|---|---|---|---|

Silver Oak H2O LLC
705 Silver Oak Dr
Glenwood Springs, CO 81601

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

24-01421-FPC11   Doc 181-1   Filed 09/26/24   Entered 09/26/24 15:05:31   Pg 22 of 25

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,410,500.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------------|

**Nonpriority creditor's name and mailing address**
Siripi WST LLC
13919 Hughes Lane
Dallas, TX 75240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$3,410,500.00

---

**Nonpriority creditor's name and mailing address** (3.92)
Spruce Water Investments
8102 Lowbank Dr.
Naples, FL 34109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,002,461.00

---

**Nonpriority creditor's name and mailing address** (3.93)
Starter Holdings LLC
2333 W Straight Arrow Ln
Phoenix, AZ 80585

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$431,825.00

---

**Nonpriority creditor's name and mailing address** (3.94)
Summit Ventures 2
5940 E Adobe Dr
Phoenix, AZ 85054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$600,000.00

---

**Nonpriority creditor's name and mailing address** (3.95)
Sun A WY LLC
1613 NW 42nd Pl
Cape Coral, FL 33993

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,004,500.00

---

**Nonpriority creditor's name and mailing address** (3.96)
Thomas Brent Bowen
G1 Ventures, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$443,085.00

---

**Nonpriority creditor's name and mailing address** (3.97)
Town & Country Fence Inc.
6410 212th St SW
Lynnwood, WA 98036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$15,613.10

24-01421-FPC11   Doc 82-1   Filed 09/26/24   Entered 09/26/24 15:05:51   Pg 23 of 25

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,000.00 |

**Nonpriority creditor's name and mailing address**
Traci and Brendan McCormick
Richland Real Estate LLC
c/o Colin Hunter
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | | | Unknown |

**Nonpriority creditor's name and mailing address**
Tyler Sadek
Tarek Mercho
Mercho Caughey
828 E 64th
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Judgment

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | | | $854,500.00 |

**Nonpriority creditor's name and mailing address**
V2S2 LLC
5745 W Sumac Ave
Littleton, CO 80123

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | | | $3,000.00 |

**Nonpriority creditor's name and mailing address**
Vaupell Industrial Plastics
11323 Commando Rd W.
Everett, WA 98204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | | | Unknown |

**Nonpriority creditor's name and mailing address**
Water Station Holdings LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Judgment

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | | | $1,979,851.00 |

**Nonpriority creditor's name and mailing address**
WST LLC
6276 Talon Preserve Dr
Nokomis, FL 34275

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | | | $425,100.00 |

**Nonpriority creditor's name and mailing address**
WST Utah LLC
568 W. Threshing Way
Kaysville, UT 84037

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

24-01421-FPC11 Doc 181-1 Filed 09/26/24 Entered 09/26/24 15:50:51 Pg 24 of 25

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | Name | | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005,000.00 |
|---|---|---|---|

WV Water Tech LLC
460 Deerfield Village Dr
Shepherdstown, WV 25443

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | James P. Savitt<br>Fennemore Craig, P.C.,<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101 | Line  3.67<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line  2.3<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line  2.5<br>☐ Not listed. Explain ____ | __ |

---

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 564,639.61 |
| 5b. Total claims from Part 2 | 5b. + | $ | 130,213,652.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 130,778,292.22 |