UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| REFRESHING USA, LLC, ) | Case No. 24-33919 (ARP) |
| ) | |
| Debtors[1] ) | (Jointly Administered) |
| ) | |

**THE UNITED STATES TRUSTEE'S
NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE ALFREDO R PEREZ
UNITED STATES BANKRUPTCY JUDGE:

    Kevin M. Epstein, the United States Trustee for Region 7, hereby appoints the following eligible creditors to the Committee of Unsecured Creditors pursuant to 11 U.S.C. § 1102(a)(1) in this case:

|  | **Members** |
|---|---|
| 1. | Jeff Greco<br>Keystone Water Holdings, LLC; Alkaline Water Holdings, LLC; H20 Holdings, LLC<br>45 E. City Avenue, Suite 372<br>Bala Cynwyd, PA 19004<br>jeff@legacycomp.com |
| 2. | David Grillo<br>Stillwater Ventures, Rosewater Ventures, Coldwater Vending<br>8272 Sunset Blvd., Ste B<br>West Hollywood, CA 90046<br>davidrgrillo@gmail.com |

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-33919; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-33924; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-33934. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

| | |
|---|---|
| 3. | Simon Fry<br>5161 LLC<br>23 Watercress<br>Irvine, CA 92603<br>sfry@6161llc.com |
| 4. | Ronald N Cole<br>Cole WS Tech LLC<br>2960 Lewallen Place<br>Decatur, IL 63521<br>RCMCFC@comcast.net |
| 5. | Donald E Gray<br>Gray Family Enterprises; Donald and Bonnie Gray Trust<br>23233 N. Pima Rd., Ste., 113-367<br>Scottsdale, AZ 85255<br>don@grayandassoc.com |
| 6. | David Schroeder<br>Indiana Water Technology, LLC<br>6404 Myrtle Ln.<br>Indianapolis, IN 46280<br>davidaschroeder@yahoo.com |
| 7. | Kwansoo Lee<br>2305 43rd Street SE<br>Puyallup, WA 98374<br>oosnawk@gmail.com |

SIGNED on November 12, 2024.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: /s/ *C. Ross Travis*
C. Ross Travis, Trial Attorney
Louisiana State Bar No. 40083
Email: C.Ross.Travis@usdoj.gov
515 Rusk Street, Suite 3516
Houston, Texas 77002
(713) 718-4677
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 12th day of November 2024.

                                            /s/C. Ross Travis
                                            C. Ross Travis