**Fill in this information to identify the case:**

Debtor name    **Refreshing USA, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **24-01863-11**

◼ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................    $ **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................................    $ **Unknown**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...............................................................................    $ **Unknown**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ **2,888,316.34**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ **24,103,386.25**

4. **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b      $ **26,991,702.59**

**Fill in this information to identify the case:**

Debtor name __Refreshing USA, LLC__

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  __24-01863-11__

☐ Check if this is an amended filing

## Official Form 206E/F
## 2nd Supplemental Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**SEE ATTACHMENT #A**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Creditors of Merged Subsidiaries of Refreshing Florida LLC, Refreshing Georgia LLC, Refreshing Great Lakes LLC, and Refreshing Texas LLC.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**200 Leslie Condo Association Inc**<br>**200 Leslie Dr**<br>**Hallandale, FL 33009**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vending agreement, lessor party was Perfect Choice Vending.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**7222 Cermak Bldg**<br>**7222 W Cermak N**<br>**Riverside, IL 60546**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vending agreement, lessor party was Snack-pro vending.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**A&D Foods**<br>**65 Crestridge Dr**<br>**Suwanee, GA 30024**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vending agreement, lessor party was Refreshing Georgia.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
|---|---|---|---|

Name

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Acroowood Corp**
4425 S 3rd Ave
Everett, WA 98203

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Refreshing Washington.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**ACS**
2755 Northwoods Pkwy
Norcross, GA 30071

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Aero Post**
9950 NW 17th St
Doral, FL 33172

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Aero Post**
9250 NW 17th St
Doral, FL 33172

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

**Aero Post**
9950 NW 17th St
Doral, FL 33172

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

**Albuqueque Public Schools**
PO Box 25704
Albuquerque, NM 87125

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Refreshing USA, LLC**      Case number (if known)    **24-01863-11**

Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allure Suites**
**9200 College Pkwy**
**Fort Meyers, FL 33919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was GW Services of SWFL.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alpha Stone**
**4723 Exchange Ave**
**Naples, FL 34104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Florida.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amara Apts**
**2928 E Osborn Rd**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Eagle Instruments**
**6575 Butter Creek Rd**
**Missoula, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Apollo Condomiumn**
**900 S Collier Blvd**
**Marco, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ardella Apts**
**12435 N 28th Dr**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Army and Air Force Exchange Service**
**9503 Rainier Dr. Log Center MS46**
**JBLM, WA 98433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Full Line/Micro Market Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**
_____    Case number (if known)    **24-01863-11**
Name

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Atlantic 2**
**21150 Point Place**
**Aventura, FL 33180**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Audi/VW**
**601 Airport Rd**
**Naples, FL 34104**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Bayfront Salon Suites**
**1333 3rd Ave S**
**Naples, FL 34102**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Baymont Inn**
**12801 S Cicero Ave**
**Alsip, IL 60803**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Bellavance Beverage Company**
**Attn: Legal Dept.**
**46 Pettengill Rd.**
**Londonderry, NH 03053**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Berkmar Middle School**
**4355 Lawrenceville Hwy**
**Lilburn, GA 30047**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Best Western Plaza Hotel**
**6400 Dudley Ln**
**Naples, FL 34105**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**                                    Case number (if known)    **24-01863-11**
_____
          Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Big Easy Casino**
**831 Federal Hwy**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Florida.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Big Easy Casino 23**
**831 N Federal Hwy**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Florida.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BlueTriton Brands**
**Attn: Legal Dept.**
**900 Long Ridge Rd., Bldg. 2**
**Stamford, CT 06902-1138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brewe Layman Law Office**
**3525 Colby Ave**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Washington.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brewe Layman Law Office**
**3525 Colby Ave**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Washington.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Henry, General Counsel**
**One Coca-Cola Plaza**
**Atlanta, GA 30313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brook and Whittle**
**1026 Firestone Pkwy**
**Lavergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Refreshing USA, LLC | Case number (if known) | 24-01863-11 |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address

**C'mon Inn**
**2775 Expo Parkway**
**Missoula, MT 59808**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

**Call Management Resources**
**4449 Easton Way, Ste. 200**
**Columbus, OH 43219**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Caloosa Middle School**
**610 Del Prado Blvd**
**Cape Coral, FL 33990**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Summit Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Camelback Cove Apts**
**4802 N 12th St**
**Phoenix, AZ 85014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

**Carleton Club Apartments**
**17425 N 19th Ave**
**Phoenix, AZ 85023**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address

**Carlos Burnett**
**c/o Christina M. Saad**
**PO Box 19713**
**Atlanta, GA 30325**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**Centre at Grande**
**3219 E Grande Blvd**
**Tyler, TX 75707**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Refreshing USA, LLC**                                    Case number (if known)   **24-01863-11**

Name

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Elk Grove**
**8401 Laguna Palms Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending agreement, lessor party was EliteVend.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Marco Island**
**50 Bald Eagle Drive**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending agreement, lessor party was Refreshing USA.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Mountlake Terrace**
**23204 58th Ave. W.**
**Mountlake, WA 98043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending agreement, lessor party was EliteVend.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Naples Police Dept**
**355 Riverside Crl**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending agreement, lessor party was EliteVend.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Naples Police Dept**
**355 Riverside Crl**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending agreement, lessor party was EliteVend.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Classic Residence Hyatt in Aventura**
**19333 West Country Club Drive**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending agreement, lessor party was Perfect Choice Vending.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Club Pelican Bay**
**707 Gulf Park Dr**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending agreement, lessor party was Refreshing Florida.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Refreshing USA, LLC__     Case number (if known) __24-01863-11__
Name

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coca Cola Beverages Florida**
Attn: Legal Dept.
10117 Princess Palm Ave., Ste. 100
Tampa, FL 33610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coca Cola Bottlers  Association**
Attn: Charles L. Norton Sr.
3282 Northside Parkway, Ste. 200
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coca Cola Bottling Co. High Country**
Attn: Legal Dept.
2150 Coca-Cola Lane
Rapid City, SD 57702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coca Cola Bottling Co. United Inc**
Attn: Michele Marron
4600 East Lake Blvd.
Burmingham, AL 35217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coca Cola North NE**
Attn: Legal Dept.
1 Executive Park Drive
Bedford, NH 03110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coca Cola SW Beverage**
Two Lincoln Centre
Attn: Legal Dept.
5420 LBJ Freeway, Ste. 800
Dallas, TX 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coca-Cola Beverages Florida, LLC**
Coca-Cola Southwest Bevs., LLC
Attn: Laura Ketcham, Miller & Martin
832 Georgia Ave., Ste.1200
Chattanooga, TN 37402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Refreshing USA, LLC | Case number (if known) | 24-01863-11 |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Coca-Cola North America**
**Attn: Legal Dept.**
**One Coca-Cola Plaza**
**Atlanta, GA 30313**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Collier Car Care**
**6220 Collier Blvd**
**Naples, FL 34114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vending agreement, lessor party was EliteVend.__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Collier Car Career Center**
**6220 Collier Blvd**
**Naples, FL 34114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vending agreement, lessor party was EliteVend.__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Connect on Missouri**
**1737 W Missouri Ave**
**Phoenix, AZ 85015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vending agreement, lessor party was Metro Vending.__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Cook Compression**
**2605 W 42nd St**
**Odessa, TX 79764**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vending agreement, lessor party was EliteVend.__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Corkscrew Elem**
**1065 CR 858**
**Naples, FL 34129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vending agreement, lessor party was Refreshing Florida.__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Corkscrew Elem**
**1065 CR 858**
**Naples, FL 34129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vending agreement, lessor party was Refreshing Florida.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Corkscrew Middle School**
**1165 CR 858**
**Naples, FL 34129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vending agreement, lessor party was EliteVend._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coronado Laundry**
**5030 Coronado Pkwy**
**Naples, FL 34116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vending agreement, lessor party was EliteVend._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coronodo Apartments**
**1865 E Broadway Rd**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vending agreement, lessor party was Metro Vending._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**County of Bell**
**PO Box 454**
**Belton, TX 76513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vending agreement, lessor party was Refreshing Texas._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CSPI**
**1182 E Newport Center Dr**
**Deerfield, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vending agreement, lessor party was Perfect Choice Vending._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cumulus Media NBC Towers**
**455 N Cityfront Plaza Dr**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vending agreement, lessor party was Snack-pro vending._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Current Pool Aquatics**
**600 Cregg Lane**
**Missoula, MT 59801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Vending agreement, lessor party was Valley Vending._

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Refreshing USA, LLC**
Name

Case number (if known) **24-01863-11**

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Day's Inn EastCampus Inn**
**744 E Broadway**
**Missoula, MT 59802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dayton Wright Brothers Airport**
**3600 Terminal Dr Suite 300**
**Vandalia, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vending agreement, lessor party was Refreshing Midwest.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Delta Airlines**
**Ft Lauderdale Airport Terminal 2**
**Fort Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dept Service for the Blind**
**4565 7th Ave SE**
**Lacey, WA 98503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Desert Sky Apartments**
**4620 W. McDowell Rd**
**Phoenix, AZ 85031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Desert Wind Apts**
**4140 W McDowell Rd**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dillard's 937**
**2901 Brooks St**
**Missoula, MT 59801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Refreshing USA, LLC**      Case number (if known)    **24-01863-11**

Name

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Diplomate Elementary School**
**1115 NE 16th Terrace**
**Cape Coral, FL 33909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Summit Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Direct TV**
**4900 Technology Ct**
**Missoula, MT 59808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was National Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**

**Dole**
**Attn: Legal Dept.**
**200 S Tryon Street, Ste. 600**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77**

**Nonpriority creditor's name and mailing address**

**Dole**
**Attn: Legal Dept.**
**3725 S. Ave.**
**3 1/2 East**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Doxim**
**25 Crestridge Dr**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Dr. Pepper Snapple Group**
**Attn: Legal Dept.**
**1870 Beaver Ridge Circle**
**Norcross, GA 03007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80**

**Nonpriority creditor's name and mailing address**

**Drew Health Center**
**1323 West Third St**
**Dayton, OH 45407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Refreshing Midwest.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Refreshing USA, LLC**
Name

Case number (if known) **24-01863-11**

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dunbar Middle School**
**4750 Winkler Ave**
**Fort Meyers, FL 33966**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Refreshing Florida.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edgewood Elementary Academy**
**3464 Edgewood Ave**
**Fort Meyers, FL 33916**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Summit Vending.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Everett Mall**
**1402 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was VendPro.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Everett Mall**
**1402 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was VendPro.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Evergreen Nursing Care**
**3018 Rattlesnake Dr**
**Missoula, MT 59802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Evergreen Polson**
**9 14th Ave W**
**Polson, MT 59860**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Faena Hotel**
**3201 Collins Ave**
**Miami, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Refreshing USA, LLC | Case number (if known) | 24-01863-11 |
|--------|---------------------|------------------------|-------------|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Falk Waas Hernandez**
**515 Las Olas Blvd., Ste. 1000**
**Fort Myers, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Falk, Waas, Hernandez**
**135 San Lorenzo Ave**
**Coral Gables, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Fantasy Spgs Casino**
**84-245 Indo Spgs Pkwy**
**Indio, CA 92203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Golden State Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
**FedEx Ground**
**1000 FedEx Dr**
**Moon Township, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Fresca Farms**
**3095 NW 77th Ave**
**Miami, FL 33122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Friendly Hills Elem School**
**7252 Sunny Vista Rd**
**Joshua Tree, CA 92252**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Golden State Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Refreshing USA, LLC**                                    Case number (if known)   **24-01863-11**
_____
Name

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**FVI School of nurrsing**
**3250 Enterprse Way**
**Miramar, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**G&E Real Estate mng**
**6601 Park of Commerce Blvd**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Top Priority and Markets and Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Gateway High School**
**4100 Zephyr Rd**
**Killeen, TX 76543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Gatorade**
**Attn: Legal Dept.**
**555 W. Monroe St.**
**Chicago, IL 60661-3605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**General Motors**
**200 Cabot Boulevard E**
**Lang Home, PA 19030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Mid Atlantic LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**General Motors LLC**
**1500 E. GM Dr.**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing AZ.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Georgia Dept. of Revenue**
**Taxpayer Services Div.**
**POB 105499**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Additional notice.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gilly Vending Inc**
990 NW 166th ST
Miami, FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gio Car Wash**
20606 S Cicero Ave
Matteson, IL 60443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gio Car Wash**
20606 S Cicero Ave
Matteson, IL 60443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Golden Gate Middle School**
2701 48th Terr S.W.
Naples, FL 34129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Summit Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GoodWill Industries**
1530 John Carney
Tyler, TX 75701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grand Palms Hotel & Spa**
110 Grand Palms 155th Ave
Hollywood, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |

---

**3.107** | Nonpriority creditor's name and mailing address

**Grayhawk Leasing, LLC**
**700 Anderson Hill Road**
**Purchase, NY 10577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.108** | Nonpriority creditor's name and mailing address

**Great Lakes Coca Cola Bottling**
**Attn: Legal Dept.**
**12200 S Laramie Ave**
**Alsip, IL 60803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.109** | Nonpriority creditor's name and mailing address

**Great Plains Coca Cola Bottling**
**Attn: Legal Dept.**
**127 N Quapah Ave**
**Oklahoma City, OK 73107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110** | Nonpriority creditor's name and mailing address

**Grizzly Auto Lithia**
**5001 Grizzly Ct**
**Missoula, MT 59808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111** | Nonpriority creditor's name and mailing address

**Group Office Space**
**1200 Brickell Ave**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112** | Nonpriority creditor's name and mailing address

**Gulfview Middle School**
**255 6th Ave**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Florida.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.113** | Nonpriority creditor's name and mailing address

**Gull Wing Beach Resorts**
**6620 Estero Blvd**
**Fort Meyers, FL 33931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Florida.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
|---|---|---|---|
| | Name | | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**H & M**
**2901 Brooks St Ste D10**
**Missoula, MT 59801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hancock Creek Elementary School**
**1601 Skyline Dr**
**Fort Meyers, FL 33903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was GW Services of SWFL.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harvey Pallets**
**13601 S Western Ave**
**Blue Island, IL 60406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hawe Creek Elementary School**
**2555 Echols Rd**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hellmann Worldwide**
**10450 Doral Blvd**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hennessy Honda of Woodstock**
**8931 Hwy 92**
**Woodstock, GA 30189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Refreshing USA, LLC**        Case number (if known)  **24-01863-11**
_____
Name

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Heritage Palm Golf and Country Club**
**10420 Washington Palm Way**
**Fort Meyers, FL 33966**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Summit Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hilton Garden Inn**
**3720 N Reserve**
**Missoula, MT 59808**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Holiday Inn El Dorado**
**200 S Pattee St**
**Missoula, MT 59802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Holland & Knight LLP**
**701 Brickell Ave., Unit 3300**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Homewood Point Apts**
**925 Homewood Point**
**Colorado, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hwy Motor Vehicles**
**11093 NW 138th Ave**
**Hialeah Gardens, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
|---|---|---|---|

Name

---

**3.126** | **Nonpriority creditor's name and mailing address**

**Imperial Vade Paper**
**9601 NW 112th Ave**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**

**Insight Hospital**
**1206 Hewitt Ave**
**Everett, WA 98201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

**Ivy At Deer Lodge**
**1100 Texas Ave**
**Deer Lodge, MT 59722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

**Ivy At Deer Lodge**
**1100 Texas Ave**
**Deer Lodge, MT 59722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

**John Soules Foods**
**10150 FM 14**
**Tyler, TX 75706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Robert's Coffee and Vending Service.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

**Jore Corporation**
**45000 Hwy 93 South**
**Ronan, MT 59864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**                                Case number (if known)    **24-01863-11**
          Name

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.132** Nonpriority creditor's name and mailing address
**JW POWER**
**2315 TX-322**
**Longview, TX 75603**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address
**Keeney**
**75 Plumb Pak Drive**
**Winchester, NH 03470**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Brennan Food Vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address
**Kenmore Air Harbor**
**6321 NE 175th Street**
**Kenmore, WA 98028**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Washington.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address
**Kent Water Sports**
**3220 W Gentry Pkwy**
**Tyler, TX 75702**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address
**Kettering Gov't Center**
**3600 Shroyer Rd**
**Dayton, OH 45429**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** Nonpriority creditor's name and mailing address
**Keurig Dr Pepper**
**Keurig Green Mountain**
**Attn: Legal Dept.**
**53 South Avenue**
**Burlington, MA 01803**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Refreshing USA, LLC**                                    Case number (if known)    **24-01863-11**

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keurig Dr Pepper Snapple**
Attn: Legal Dept.
5301 Legacy Dr
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keurig Dr Pepper**
Attn: Slade Conner
Continental Commercial Group
1111 N. Brand Blvd Ste. 401
Glendale, CA 91202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keurig Dr Pepper /Snapple Bev. Corp.**
Keurig Green Mountain
Attn: Legal Dept.
6425 Hall of Fame Lane
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keurig Dr. Pepper   Dayton**
Attn: Legal Dept.
3131 Transportation Rd
Dayton, OH 45404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keurig Dr. Pepper   Denver**
Attn: Legal Dept.
2840 S Zuni St
Englewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keurig Dr. Pepper   Longview**
Attn: Legal Dept.
315 Industrial Dr
Longview, TX 75602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keurig Dr. Pepper   Northlake**
Attn: Legal Dept.
401 N Railroad Ave
Northlake, IL 60164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**                          Case number (if known)    **24-01863-11**

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Keurig Dr. Pepper    Orange**
Attn: Legal Dept.
**1300 W Taft Ave**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Keurig Dr. Pepper    Riverside**
Attn: Legal Dept.
**1188 Mt Vernon Ave**
**Riverside, CA 92507-1829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Keurig Dr. Pepper    Waco**
Attn: Legal Dept.
**100 Aviation Pkwy**
**Waco, TX 76705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Keurig Dr. Pepper - Ft. Meyers**
**7UP Snapple Southeast**
Attn: Legal Dept.
**2236 Hemingway Dr.**
**Fort Myers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Keurig Dr. Pepper - Irving    Dallas**
Attn: Legal Dept.
**2304 Century Center Blvd**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Keurig Dr. Pepper - Las Vegas**
Attn: Legal Dept.
**4215 Corporate Center Dr**
**North Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Keurig Green Mountain**
Attn: Legal Dept.
**PO Box 414159**
**Boston, MA 01141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Precautionary.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**                                    Case number (if known)    **24-01863-11**
_____
          Name

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Killeen Indepedant School District**
**200 N W S Young Dr**
**Killeen, TX 76543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Laceworks**
**1505 Westlake Ave**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lavern Gaynor Elementary School**
**2965 44th Terrace SW**
**Naples, FL 34116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Florida.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lawson Industries**
**8501 NW 90th St**
**Medley, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lee County Port Authority**
**11000 Terminal Access Rd, Ste 8671**
**Fort Meyers, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Southwest Florida Vending.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LGC**
**276 Abby Rd**
**Manchester, NH 03103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Brennan Food Vending.**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Refreshing USA, LLC**                                    Case number *(if known)*   **24-01863-11**
_____                                        _____
Name

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**3.158**

Nonpriority creditor's name and mailing address
**Liebler, Gonzales, Portnondo**
**800 W. Cypress Creek, Ste. 420**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159**

Nonpriority creditor's name and mailing address
**Lockheed Martin**
**1008 N Redditt Dr**
**Lufkin, TX 75904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160**

Nonpriority creditor's name and mailing address
**Loeber Motors Mercedes**
**4255 W Touhy Ave**
**Lincolnwood, IL 60712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161**

Nonpriority creditor's name and mailing address
**Lovelace Med Center**
**601 Dr MLK Jr Ave NE**
**Albuquerque, NM 21463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162**

Nonpriority creditor's name and mailing address
**Lovelace Rehab Center**
**505 Elm St NE**
**Albuquerque, NM 21459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163**

Nonpriority creditor's name and mailing address
**Lovelace West Side Hosp**
**10501 Golf Course Rd**
**Albuquerque, NM 21461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Refreshing USA, LLC**                     Case number (if known)  **24-01863-11**
_____                                      _____
            Name

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.164**

Nonpriority creditor's name and mailing address
**Lovelace Womens Hosp**
**4701 Montgomery Blvd NE**
**Albuquerque, NM 21462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing USA.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165**

Nonpriority creditor's name and mailing address
**Lynnwood Ice Center**
**19803 68th Ave W**
**Lynnwood, WA 98036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166**

Nonpriority creditor's name and mailing address
**Lynwood Apts**
**5535 W McDowell Rd**
**Phoenix, AZ 85035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167**

Nonpriority creditor's name and mailing address
**Magick Woods**
**1600 Sequoia Dr**
**Aurora, IL 60506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168**

Nonpriority creditor's name and mailing address
**Mainsail Lodging**
**13600 Treeline Ave S**
**Fort Meyers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169**

Nonpriority creditor's name and mailing address
**Makita USA**
**4200 Falcon Pkwy**
**Flowery, GA 30542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170**

Nonpriority creditor's name and mailing address
**Mars, Inc.**
**Attn: Legal Dept.**
**6885 Elm St**
**McLean, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Refreshing USA, LLC**                              Case number (if known)  **24-01863-11**
_____
Name

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mars, Incorporated**
**Attn: Legal Dept.**
**800 High Street**
**Hackettstown, NJ 07840**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marycrest Apts**
**2115 Marmion**
**Joilet, IL 60436**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marysville Library**
**6120 Grove St**
**Marysville, WA 98270**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Washington.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**McLane Concord**
**932 Maple Street**
**Hopkinton, NH 03229**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Brennan Food Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Medical Center Health System**
**500 W 4th St**
**Odessa, TX 79761**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mekco Group**
**2775 NW 82nd Ave**
**Doral, FL 33122**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
|---|---|---|---|

Name

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MFCU-Missoula Fed Credit Union**
**126 W Spruce St**
**Missoula, MT 59802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vending agreement, lessor party was Valley Vending.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miami Gardens**
**18326 NW 7th Ave**
**Miami Gardens, FL 33196**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vending agreement, lessor party was Perfect Choice Vending.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Millennium Bldg Condo Owners**
**125 Bank St Ste 610**
**Missoula, MT 59802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vending agreement, lessor party was Valley Vending.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Minuteman Aviation**
**5225 Hwy 10 W Apirport Box 16**
**Missoula, MT 59801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vending agreement, lessor party was Valley Vending.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mission Valley Aquatics**
**309 Ridge Water Dr**
**Polson, MT 59860**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vending agreement, lessor party was Valley Vending.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mission Valley Aquatics**
**309 Ridge Water Dr**
**Missoula, MT 59860**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vending agreement, lessor party was Valley Vending.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Refreshing USA, LLC**                                    Case number (if known)    **24-01863-11**
_____
Name

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Missoula County Airport**
**5225 W Broadway St**
**Missoula, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vending agreement, lessor party was Valley
Vending.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Missoula County Jail**
**2340 Mullan Rd**
**Missoula, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vending agreement, lessor party was Valley
Vending.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Monica Howard Douglas**
**General Counsel**
**Coca Cola Global**
**One Coca-Cola Plaza**
**Atlanta, GA 30313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Monroe Library**
**1070 Village Way**
**Monroe, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vending agreement, lessor party was Refreshing
Washington.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Monster Beverage Corporation**
**Attn: Legal Dept.**
**1 Monster Way**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Morgan White Admin**
**3191 Coral Way**
**Miami, FL 33145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vending agreement, lessor party was Perfect Choice
Vending.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Refreshing USA, LLC** | Case number *(if known)* | **24-01863-11** |
|---|---|---|---|
| | Name | | |

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Morgan White Group**
**75 Valencia Ave**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Motel 6**
**701 W Service Rd I-20**
**Monahans, TX 79756**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mountain Vista**
**340 E Roeser Rd**
**Glendale, AZ 85040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mt Vernon School District**
**501 TX-37**
**Mount Vernon, TX 75457**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Naples Dodge**
**6381 Airport Pulling Rd**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Napleton Buick**
**100 W Golf Rd**
**Schaumburg, IL 60195**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Napleton Mazda**
**110 W Golf Rd**
**Schaumburg, IL 60195**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Refreshing USA, LLC**     Case number (if known)   **24-01863-11**
_____
Name

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.196**   **Nonpriority creditor's name and mailing address**

**Napleton Subaru**
**911 W Higgens Rd**
**Schaumburg, IL 60195**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197**   **Nonpriority creditor's name and mailing address**

**NE Health Systems, Meadows and Ohly LLC**
**1524 River Place**
**Braselton, GA 30517**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**   **Nonpriority creditor's name and mailing address**

**Nescafe/Nestle**
**Attn: Legal Dept.**
**1812 N. Moore St.**
**Arlington, VA 22209**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199**   **Nonpriority creditor's name and mailing address**

**Network Capital**
**1395 Brickell Ave., 4th Floor**
**Miami, FL 33131**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200**   **Nonpriority creditor's name and mailing address**

**New City Supportive Living**
**4707 S Marshfield Ave**
**Chicago, IL 60609**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vending agreement, lessor party was Snack-pro vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201**   **Nonpriority creditor's name and mailing address**

**Nidec Elesys North Amer Inc**
**70 Crestridge Dr**
**Suwanee, GA 30024**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Refreshing USA, LLC**  Case number (if known) **24-01863-11**

Name

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Norbord Texas**
**500 Nexfor Boulevard**
**Jefferson, TX 75657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vending agreement, lessor party was Refreshing Texas.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**North Fort Myers Academy**
**18556 Arts Way**
**Fort Meyers, FL 33917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vending agreement, lessor party was Summit Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Olson Bakery**
**6416 204th St SW**
**Lynnwood, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vending agreement, lessor party was VendPro.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Olymicview Arena Center**
**22202 70th Ave W**
**Mountlake Terrace, WA 98043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vending agreement, lessor party was EliteVend.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**OMIX**
**460 Horizon Dr**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vending agreement, lessor party was Refreshing Georgia.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**One Bal Harbour Resort Spa**
**10295 Collins Ave**
**Bal Harbour, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vending agreement, lessor party was Perfect Choice Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Optics 1**
**2 Cooper Lane**
**Bedford, NH 03110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Vending agreement, lessor party was Brennan Food Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Refreshing USA, LLC**  Case number (if known)  **24-01863-11**

Name

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Orange Grove Apartments**
**111 N Gilbert Rd**
**Mesa, AZ 85203**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Orange River Elementary**
**4510 Underwood Dr**
**Fort Meyers, FL 33905**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Orgill**
**7001 Elder Lake Rd**
**Kilgore, TX 75662**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Refreshing Texas.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ozarka Water**
**Attn: Legal Dept.**
**PO Box 856680**
**Louisville, KY 40285-6680**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Palisade Park Apts**
**3001 N Black Cnyn Hwy**
**Phoenix, AZ 85015**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Palmetto Ridge HS**
**1655 Victory Lane**
**Naples, FL 34120**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paloma Village Apts**
**2627 N 51st Ave**
**Phoenix, AZ 85035**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Refreshing USA, LLC**                                    Case number (if known)    **24-01863-11**
          Name

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Park Shore Resort**
**600 Neopolitain Way**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Park Terrace Apts**
**4715 N Black Cnyn Fwy**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PBD Worldwide**
**3280 Summit Ridge Pkwy**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Peachtree Ridge HS**
**1555 Old Peachtree Rd**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PennyTree Apts**
**232 S MacDonald St**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pepsi-Cola Customer Svc. Ctr.**
**Attn: Legal Dept.**
**P.O. Box 10**
**Winston-Salem, NC 27102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PepsiCo Sales Inc & Bottling Grp. LLC**
**Attn: Jeremy C. Kleinman**
**Burke Warren MacKay & Serritella PC**
**330 N Wabash Ave, 21st Floor**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Refreshing USA, LLC**                    Case number *(if known)*    **24-01863-11**

Name

| | |
|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** |

**PepsiCo/ Hello Goodness/Aquafina Mountain Dew/Rockstar Energy/Lipton Grayhawk Leasing, LLC 700 Anderson Hill Road Purchase, NY 10577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Precautionary.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** |

**Pinewoods Elem 11900 Stoneybrokk Golf Dr Estero, FL 33928**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Refreshing Florida.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** |

**Pointe Estero Beach Resort 6640 Estero Blvd Fort Meyers, FL 33931**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Refreshing Florida.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** |

**Portland Christian School 12425 NE San Rafael Portland, OR 97230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was EliteVend.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** |

**Power Home Remodeling 8240 S Hardy Dr Tempe, AZ 85284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was EliteVend.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** |

**Power Secure Service 545 Wes Walker Memorial Dr Ball Ground, GA 30107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Refreshing Georgia.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address** |

**Presidio North Apts 17031 N 11th Ave Phoenix, AZ 85023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Metro Vending.

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
|--------|--------------------------|------------------------|------------------|
| | Name | | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Priefert Mfg**
**2630 Jefferson Ave**
**Mount Pleasant, TX 75456**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Refreshing Texas.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Propel Insurance**
**1200 Pacific Ave., Ste. 1000**
**Tacoma, WA 98402**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Providence St Patrick Hosp**
**500 W Broadway**
**Missoula, MT 59802**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Valley Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**QCD**
**3205 Broadway Blvd SE**
**Albuquerque, NM 87105**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Refreshing NM.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Radiology Regional Center**
**3660 Broadway**
**Fort Meyers, FL 33901**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was GW Services of SWFL.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**RDO Equipment**
**8571 Running W Rd**
**Missoula, MT 59808**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Valley Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Red Bull**
**Attn: Legal Dept.**
**1740 Stewart St**
**Santa Monica, CA 90404**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary.

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**                          Case number (if known)    **24-01863-11**
          _____
          Name

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rehrig Pacific Company**
**1000 Raco Court**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Residence Inn**
**1350 North Ocean Blvd**
**Pompano, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reyes Coca Cola Bottling Co.**
**Attn: Legal Dept.**
**7400 N Oak Park Ave**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richmond City School Board**
**301 N. 9th St.**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Vending agreement, lessor party was Refreshing DC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rise Lakeside Apts**
**11459 N 28th Dr**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rise Skyview Apts**
**5601 W McDowell Rd**
**Phoenix, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**River Hall Elementary**
**2800 River Hall Pkwy**
**Alva, FL 33920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Vending agreement, lessor party was GW Services of SWFL.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Refreshing USA, LLC | Case number (if known) | 24-01863-11 |
|---|---|---|---|
| | Name | | |

**3.244** **Nonpriority creditor's name and mailing address**
**Riverside Health**
**1301 East Broadway**
**Missoula, MT 59802**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vending agreement, lessor party was Gregs Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** **Nonpriority creditor's name and mailing address**
**Roam Student Apts**
**305 E Front St**
**Missoula, MT 59802**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**
**Safe Guard Products**
**2 Concourse Pkwy**
**Atlanta, GA 30144**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** **Nonpriority creditor's name and mailing address**
**Safe Guard Products**
**2 Concourse Pkwy**
**Atlanta, GA 30144**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**
**Salish Kootenai College (Aises)**
**PO Box 70**
**Pablo, MT 59855**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**
**Sanctuary on 22nd Apts**
**8530 N 22nd Ave**
**Phoenix, AZ 85021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Refreshing USA, LLC | Case number (if known) | 24-01863-11 |
|--------|---------------------|------------------------|-------------|

Name

---

**3.250**

**Nonpriority creditor's name and mailing address**

**Sawyer Bldg student Housing**
**775 Wyoming Ste 101**
**Missoula, MT 59801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Valley Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Seaboard Marine**
**1630 Port Blvd.**
**Miami, FL 33132**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Perfect Choice Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252**

**Nonpriority creditor's name and mailing address**

**Sentinel Boosters HS**
**915 South Ave W**
**Missoula, MT 59801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Valley Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**

**Nonpriority creditor's name and mailing address**

**Shadow Glen Apartments**
**6240 N 63rd Ave**
**Phoenix, AZ 85031**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Metro Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254**

**Nonpriority creditor's name and mailing address**

**SHD Legal Group**
**499 NW 70th**
**Plantation, FL 33317**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Perfect Choice Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Shoot Point Blank**
**9400 W 63rd St**
**Hodgkins, IL 60525**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vending agreement, lessor party was Snack-pro vending.

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**                                    Case number (if known)    **24-01863-11**
          _____
          Name

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Sian Ocean Residence**
**4001 South Ocean Dr**
**Hollywood, FL 33019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Siemens Energy**
**1335 Ridgeland Pkwy**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Sierra Pines Apts**
**9410 N 31st Ave**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Silverton Health Hospital**
**342 Fairview St**
**Portland, OR 97381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Smart Snacks LLC.**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**SK College SNO**
**58138 US 93**
**Pablo, MT 59855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Skeeter Boats**
**One Skeeter Rd**
**Kilgore, TX 75662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vending agreement, lessor party was Robert's Coffee and Vending Service.**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Refreshing USA, LLC**                         Case number (*if known*)    **24-01863-11**

    Name

---

**3.262**

**Nonpriority creditor's name and mailing address**

**Sleep Inn**
**3420 Dore Lane**
**Missoula, MT 59801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Valley Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263**

**Nonpriority creditor's name and mailing address**

**Snohmish Public Utility Dist.**
**PO Box 1107**
**Everett, WA 98206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was EliteVend.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264**

**Nonpriority creditor's name and mailing address**

**Solano Village Apartments**
**5220 W Northern Ave**
**Glendale, AZ 85301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Metro Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265**

**Nonpriority creditor's name and mailing address**

**South Commons Condos**
**3001 S Michigan Ave**
**Chicago, IL 60616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Snack-pro vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Spectra West Apts**
**6033 W Bethany Home Rd**
**Phoenix, AZ 85301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Metro Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Spokane Community College**
**1810 N Greene St**
**Spokane, WA 99217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Refreshing USA.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Spring Meadows Apts**
**10030 N 43rd Ave**
**Glendale, AZ 85302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vending agreement, lessor party was Metro Vending.

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Refreshing USA, LLC**
_____
Name

Case number (if known) **24-01863-11**

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St Ignatius HS**
76 3rd Ave
St Ignatius, MT 59865

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stadio Apts**
6012 W Oregon Ave
Chandler, AZ 85301

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Starbucks**
P.O. Box 35126
Seattle, WA 98124-5126

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**State of Nevada**
Robert Whitney
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119-4339

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stony Brook Apts**
6441 W McDowell Rd
Phoenix, AZ 85035

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sumitomo Demag**
410 Horizon Dr
Suwanee, GA 30024

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Summer Hill Place Apartments**
6801 W Ocotillo Rd
Glendale, AZ 85303

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Refreshing USA, LLC**                          Case number (if known)   **24-01863-11**

Name

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sunrise Health Center**
**1320 East 5th St**
**Dayton, OH 45402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vending agreement, lessor party was Refreshing Midwest.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Swire Coca-Cola**
**Attn: David Kirby,**
**Chad Lacoursiere, Jason Hochhalter**
**18215 59th Ave NE**
**Arlington, WA 98223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Precautionary.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Swire Coca-Cola**
**Attn: David Kirby,**
**Chad Lacoursiere, Jason Hochhalter**
**12634 S 265 W**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Precautionary.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tacoma School District**
**601 S 8th Street**
**Tacoma, WA 98401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vending agreement, lessor party was EliteVend.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**TBC Corporation**
**4260 Design Center Drive**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vending agreement, lessor party was Top Priority and Markets and Vending.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Temple Dr. Pepper Bottling Co Inc.**
**Attn: Legal Dept.**
**3510 Parkway Dr.**
**Temple, TX 76504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Precautionary.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**TempurPedic**
**12907 Tempur Pedic Pkwy**
**Albuquerque, NM 87121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vending agreement, lessor party was Avanti Market.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Refreshing USA, LLC**      Case number (if known) **24-01863-11**

---

**3.283**

**Nonpriority creditor's name and mailing address**
Name

**The Background Check Company**
14900 Interurban Ave. S.
Ste. 271
Seattle, WA 98168

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**

**The Coca-Cola Company**
Dasani Water/ Minute Maid
Powerade/Sprite/Vitamin Water
Attn: Legal Dept., PO Box 1734
Atlanta, GA 30301

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285**

**Nonpriority creditor's name and mailing address**

**The Courtyard Joint Venture**
3802 N 27th St
Phoenix, AZ 85015

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vending agreement, lessor party was Metro Vending.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**

**The Crosby Group**
2414 Crosby Way
Longview, TX 75602

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vending agreement, lessor party was Refreshing Texas.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287**

**Nonpriority creditor's name and mailing address**

**The Olympus Association Inc**
500 Three Islands Blvd
Hallandale, FL 33009

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vending agreement, lessor party was Perfect Choice Vending.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288**

**Nonpriority creditor's name and mailing address**

**The Parts House aka White Brothers Auto**
5530 E Ponce De Leon
Decatur, GA 30083

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vending agreement, lessor party was Refreshing Georgia.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289**

**Nonpriority creditor's name and mailing address**

**The Venue on Camelback Apts**
1930 E Camelback Rd
Phoenix, AZ 85016

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vending agreement, lessor party was Metro Vending.__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Refreshing USA, LLC**                  Case number (if known)   **24-01863-11**

Name

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Three Oaks Middle School**
**18500 Three Oaks Pkwy**
**Fort Meyers, FL 33967**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was GW Services of SWFL.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tides @ Downtown Chandler**
**868 S Arizona Ave**
**Chandler, AZ 85225**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tides @ Papago Apts**
**1010 N 48th St**
**Phoenix, AZ 85008**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tides on 25th Apts**
**15620 N 25th Ave**
**Phoenix, AZ 85023**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tides on 7th Apts**
**17625 N 7th St**
**Phoenix, AZ 85022**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tides on Dunlap Apts**
**4221 W Dunlap Ave**
**Phoenix, AZ 85051**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Total Foods, Inc.**
**c/o Dobberstein Law Firm**
**225 S. Executive Dr., Ste. 201**
**Brookfield, WI 53005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Refreshing USA, LLC**                                    Case number (if known)  **24-01863-11**
Name

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Toyota of Hollywood**
**1841 W State Rd 7**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Trafalgar Elementary School**
**1850 SW 20th Ave**
**Cape, FL 33991**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vending agreement, lessor party was GW Services of SWFL.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Tropicana Products, Inc.**
**Attn: Legal Dept.**
**3289 Hwy 17**
**Arcadia, FL 34266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Trucker High School**
**5036 Lavista Rd**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Tuscany Point Apts**
**14830 N Black Cnyn Frwy**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**TX State Technical College**
**2650 East End Blvd. South**
**Marshall, TX 75672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vending agreement, lessor party was Robert's Coffee and Vending Service.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**UGA Gwinnett Campus**
**2530 Sever Rd NW**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Refreshing USA, LLC**                                      Case number (if known)    **24-01863-11**
_____
Name

| 3.304 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**3.304**

**Nonpriority creditor's name and mailing address**
**UniPro Foodservice Inc**
**2500 Cumberland pkwy**
**Atlanta, GA 30339**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Refreshing Georgia.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305**

**Nonpriority creditor's name and mailing address**
**Univ of Texas - Permian Basin**
**4901 E University Blvd**
**Odessa, TX 79762**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Golden Brew Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306**

**Nonpriority creditor's name and mailing address**
**University of Montana**
**32 Campus Dr**
**Missoula, MT 59812**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307**

**Nonpriority creditor's name and mailing address**
**USG**
**3001 NW 125th St**
**Miami, FL 33167**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308**

**Nonpriority creditor's name and mailing address**
**UTPB**
**4901 E University Blvd**
**Odessa, TX 79762**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was Golden Brew Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309**

**Nonpriority creditor's name and mailing address**
**Veterans Elementary**
**15960 Veterans Memorial Blvd**
**Naples, FL 34110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vending agreement, lessor party was EliteVend.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Refreshing USA, LLC**                                    Case number (if known)    **24-01863-11**
          _____
          Name

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**VI Aventura**
**19333 Westcountry Dr**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Victor High School**
**425 4th Avenue**
**Victor, MT 59875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Village of Park & Rec**
**10 Village Green Way**
**Key Biscayne, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Villas on 35th Apts**
**8135 N 35th Ave**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vending agreement, lessor party was Metro Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Washington Corp**
**101 International Dr**
**Missoula, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vending agreement, lessor party was Valley Vending.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Westlake Preparatory School & Academy**
**8950 Stirling Rd**
**Cooper, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Vending agreement, lessor party was Perfect Choice Vending.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Refreshing USA, LLC** | Case number (if known) | **24-01863-11** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Westside Lanes**
**1615 Wyoming**
**Missoula, MT 59801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vending agreement, lessor party was Valley Vending._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**World Courier**
**4429-4439 NW 97th Ave**
**Miami, FL 33178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vending agreement, lessor party was Perfect Choice Vending._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**World Emblem**
**4250 International Blvd**
**Norcross, GA 30093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vending agreement, lessor party was Refreshing Georgia._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**World Media**
**3401 N Miami Ave**
**Miami, FL 33127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vending agreement, lessor party was Perfect Choice Vending._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Yana Club House**
**1185 Lake McGregor Dr**
**Fort Meyers, FL 33919**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Vending agreement, lessor party was Refreshing Florida._

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |

Debtor    **Refreshing USA, LLC**
_____
Name

Case number (if known)    **24-01863-11**
_____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **0.00**

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 51 of 117

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Florida LLC | 2500 Doral K, LLC | 2500 NW 79 Ave Ste 106, Doral FL 33122 | Unknown |
| Refreshing Florida LLC | 365 Retail Markets LLC | 1738 Maplelawn Dr, Troy MI 48084 | Unknown |
| Refreshing Florida LLC | Agmus Ventures College | 15201 NW 79th Court, Miami Lakes FL 33016 | Unknown |
| Refreshing Florida LLC | All Vend Management | 530729 Grand, Prairie TX 75053 | Unknown |
| Refreshing Florida LLC | Atlantic 2 At The Point | 21150 Point Place, Aventura FL 33180 | Unknown |
| Refreshing Florida LLC | Ave Maria University | 5050 Ave Maria Blvd Ave, Maria FL 34142 | Unknown |
| Refreshing Florida LLC | BAC Funding Corporation | 2525 NW 62 Street Ste 1304, Miami FL 33147 | Unknown |
| Refreshing Florida LLC | Bay Front Salon Suites | 1333 3rd Ave S, Naples FL 34102 | Unknown |
| Refreshing Florida LLC | BC Coffee & Supplies | PO Box 1646, Lake Worth FL 33460 | Unknown |
| Refreshing Florida LLC | BCC | 3335 Tamiami Trail E, Ste 101, Naples FL 34112 | Unknown |
| Refreshing Florida LLC | Beattie Home Services | 857 SE 47th ST, Cape Coral FL 33904 | Unknown |
| Refreshing Florida LLC | Best Western Pine Ridge | 6400 Dudley Rd, Naples FL 34105 | Unknown |
| Refreshing Florida LLC | Blossman Gas | PO Box 669427, Dallas TX 75266 | Unknown |
| Refreshing Florida LLC | Blue Diamond Condo Association | 4779 Collins Ave Ste 400, Miami Beach FL 33140 | Unknown |
| Refreshing Florida LLC | Bonita Middle School | 10141 W Terry St, Bonita Springs FL 34135 | Unknown |
| Refreshing Florida LLC | Caloosa Middle School | 610 Del Prado Blvd S, Cape Coral FL 33990 | Unknown |
| Refreshing Florida LLC | Canteen One | 700 N 5th Street, Minneapolis MN 55401 | Unknown |
| Refreshing Florida LLC | Central Florida Expressway | 4974 ORL Tower Road, Orlando FL 32807 | Unknown |
| Refreshing Florida LLC | Central Texas Regional Mobility Authority | PO Box 734182, Dallas TX 75373 | Unknown |
| Refreshing Florida LLC | Changer Services | 2339 Waters Drive, Mendota Heights MN 55120 | Unknown |
| Refreshing Florida LLC | Club Pelican Bay | 6650 Water Gateway, Naples FL 34108 | Unknown |
| Refreshing Florida LLC | Coca Cola Beverages of Florida LLC | PO Box 740909, Atlanta GA 30374 | Unknown |
| Refreshing Florida LLC | Collier County Board of County Commission | 15000 Livingston Rd, Naples FL 34109 | Unknown |
| Refreshing Florida LLC | Collier County Tax Collector | 3291 E Tamiami Trail, Naples FL 34112 | Unknown |
| Refreshing Florida LLC | Colonial Elementary School | 3800 Schoolhouse RD, Fort Myers FL 33916 | Unknown |
| Refreshing Florida LLC | Comcast | PO Box 71211, Charlotte NC 28272 | Unknown |
| Refreshing Florida LLC | Corkscrew Elemenary School | 1065 County RD 858, Naples FL 34120 | Unknown |
| Refreshing Florida LLC | Corkscrew Middle School | 1165 County Rd 858, Naples FL 34120 | Unknown |
| Refreshing Florida LLC | Coronado Laundry | 5030 Coronado Pkwy, Naples FL 34116 | Unknown |
| Refreshing Florida LLC | Counter Culture Food and Beverage | 5775 SW 46 Ter, Miami FL 33155 | Unknown |
| Refreshing Florida LLC | Coverall North America, Inc. | 2955 Momentum Place, Chicago IL 60689 | Unknown |
| Refreshing Florida LLC | Creative Technologies LLC | 2732 Grand Ave #122, Everett WA 98201 | Unknown |
| Refreshing Florida LLC | Dade Paper and Bag, LLC | PO Box 523666, Miami FL 33152 | Unknown |
| Refreshing Florida LLC | Dandmat Services | 212 1st Street, Ocoee FL 34761 | Unknown |
| Refreshing Florida LLC | Down to Earth | 2701 Maitland Center Pkwy Suite 200, Maitland FL 32751 | Unknown |
| Refreshing Florida LLC | Dunbar High School | 3800 Edison Ave, Fort Myers FL 33916 | Unknown |
| Refreshing Florida LLC | Dunbar Middle School | 4750 Winkler Ave, Fort Myers FL 33966 | Unknown |
| Refreshing Florida LLC | DynaFire, LLC | 109 Concord DR Ste B, Casselberry FL 32707 | Unknown |
| Refreshing Florida LLC | Edgewood Academy | 3464 Edgewood Ave, Fort Myers FL 33916 | Unknown |
| Refreshing Florida LLC | Empire Markets | 5795 S Sandhill Rd Ste D, Las Vegas NV 89120 | Unknown |
| Refreshing Florida LLC | Evan Cameron/Integrity Solutions | 8573 Pegasus Dr., Lehigh Acres FL 33971 | Unknown |
| Refreshing Florida LLC | Express Employment Professionals | 7370 College Pkwy Ste 304, Fort Myers FL 33907 | Unknown |
| Refreshing Florida LLC | Faena Hotel Miami Beach | 3201 Collins Ave, Miami Beach FL 33140 | Unknown |
| Refreshing Florida LLC | FL Highway Safety & Motor Vehicle | 11093 NW 138th St Ste 101, Hialeah Gardens FL 33018 | Unknown |
| Refreshing Florida LLC | FL Highway Safety & Motor Vehicle. | 18326 NW 7 Ave Mailbox #7, Miami Gardens FL 33169 | Unknown |
| Refreshing Florida LLC | Fl. Dept. of Revenue | 5050 W Tennessee St, Tallahassee FL 32399 | Unknown |
| Refreshing Florida LLC | Florida Power & Lights | 9250 West Flagler St., Miami FL 33174 | Unknown |
| Refreshing Florida LLC | Garage Doors by Roy North INC | 2085 Andrea Ln Unit 6, Fort Myers FL 33912 | Unknown |
| Refreshing Florida LLC | Gilly Vending | 990 NW 166 Street, Miami FL 33169 | Unknown |
| Refreshing Florida LLC | Golden Gate Middle School | 2701 48th Terrace SW, Naples FL 34116 | Unknown |
| Refreshing Florida LLC | Goodyear Collier Car Care Center | 6220 Collier Blvd, Naples FL 34114 | Unknown |
| Refreshing Florida LLC | Grand Palms Hotel Spa & Resort | 11 Grand Palm Dr, Pambroke Pines FL 33027 | Unknown |
| Refreshing Florida LLC | Greenhouse | 4602 Eisenhower Blvd S, Tampa FL 33634 | Unknown |
| Refreshing Florida LLC | Gulfview Middle School | 255 6th St, Naples FL 34102 | Unknown |
| Refreshing Florida LLC | Hancock Creek Elementary | 1601 Skyline Dr N, Fort Myers FL 33903 | Unknown |
| Refreshing Florida LLC | Hector Elementary | 250 Santa Barbara Blvd N, Cape Coral FL 33993 | Unknown |
| Refreshing Florida LLC | Heritage Palms Country Club | 10420 Washingtonia Palm Way, Fort Myers FL 33966 | Unknown |
| Refreshing Florida LLC | Holiday House Distributing | POB 102827, Atlanta GA 30368 | Unknown |
| Refreshing Florida LLC | Ida Baker High School | 3500 Agualinda Blvd, Cape Coral FL 33914 | Unknown |
| Refreshing Florida LLC | Ideal Properties | 2732 Grand Ave Suite 122, Everett WA 98201 | Unknown |
| Refreshing Florida LLC | LaQuinta-Daniels | 9521 Marketplace Rd, Fort Myers FL 33912 | Unknown |
| Refreshing Florida LLC | Lee County Port Authority | 11000 Terminal Access Rd Suite 8671, Fort Myers FL 33913 | Unknown |
| Refreshing Florida LLC | Lee County Tax Collector | PO Box 1590, Fort Myers FL 33902 | Unknown |
| Refreshing Florida LLC | Lee County Utilities | 7391 College Parkway, Fort Myer FL 33907 | Unknown |
| Refreshing Florida LLC | Lehigh Elementary | 200 Schoolhouse Dr, Lehigh Acres FL 33936 | Unknown |
| Refreshing Florida LLC | Lely Elementary School | 8125 Lely Culturalway, Naples FL 34113 | Unknown |
| Refreshing Florida LLC | Manatee Elementary | 5301 Tice St, Fort Myers FL 33905 | Unknown |
| Refreshing Florida LLC | Naples Police Department | 355 Riverside Cir, Naples FL 34102 | Unknown |
| Refreshing Florida LLC | North Fort Myers Academy | 1856 Arts Way North, Fort Myers FL 33917 | Unknown |
| Refreshing Florida LLC | Oak Hammock Middle | 5321 Tice St, Fort Myers FL 33905 | Unknown |
| Refreshing Florida LLC | Olympus Condominium | 500 Three Island Blvd, Hallandale FL 33309 | Unknown |
| Refreshing Florida LLC | Orange River Elementary | 4501 Underwood Dr, Fort Myers FL 33905 | Unknown |
| Refreshing Florida LLC | Orangewood Elementary | 4001 DeLeon ST, Fort Myers FL 33901 | Unknown |
| Refreshing Florida LLC | Orkin Pest | PO Box 740473, Cincinnati OH 45274 | Unknown |
| Refreshing Florida LLC | Palm Laundry | 11351 Tamiami Trail E, Naples FL 34113 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Florida LLC | Palmetto Ridge High School | 1655 Victory Ln, Naples FL 34120 | Unknown |
| Refreshing Florida LLC | Parlevel Systems | 1518 South Alamo Street, Suite 100, San Antonio TX 78204 | Unknown |
| Refreshing Florida LLC | Pepsi | 75 Remittance Dr Suite 1884, Chicago IL 60675 | Unknown |
| Refreshing Florida LLC | Portofio | 300 South Pointe Dr, Miami Beach FL 33139 | Unknown |
| Refreshing Florida LLC | Professional Waste Management | 2436 N. Federal Hwy. Ste. 218, Lighthouse Point FL 33064 | Unknown |
| Refreshing Florida LLC | Refreshing USA | 2732 Grand Ave Suite 122, Everett WA 98201 | Unknown |
| Refreshing Florida LLC | River Hall Elementary | 2800 River Hall Pkwy, Alva FL 33920 | Unknown |
| Refreshing Florida LLC | River Park Pool | 451 11th St N, Naples FL 34102 | Unknown |
| Refreshing Florida LLC | Seven-up Snapple Southeast | PO Box 402443, Atlanta GA 30384 | Unknown |
| Refreshing Florida LLC | Sian Ocean Residences | 4001 South Ocean Dr, Hollywood FL 33019 | Unknown |
| Refreshing Florida LLC | Simkins Airport Property LLC | 3901 NW 28 St, Miami FL 33142 | Unknown |
| Refreshing Florida LLC | Skate Park- City of Naples | 1600 Fleichmann Blvd, Naples FL 34102 | Unknown |
| Refreshing Florida LLC | Southwest Air | 11000 Terminal Access Rd, Fort Myers FL 33913 | Unknown |
| Refreshing Florida LLC | Sunpass | PO Box 447, Ocoee FL 34761 | Unknown |
| Refreshing Florida LLC | Three Oaks Middle | 18500 Three Oaks Parkway, Fort Myers FL 33967 | Unknown |
| Refreshing Florida LLC | Tice Elementary | 4524 Tice St, Fort Myers FL 33905 | Unknown |
| Refreshing Florida LLC | Top Notch Vending Service | 12612 Fairington Way, Fort Myers FL 33913 | Unknown |
| Refreshing Florida LLC | Toyota of Hollywood. | 8605 SW 58 St, Cooper City FL 33328 | Unknown |
| Refreshing Florida LLC | Trafalgar Elementary | 1850 SW 20th Ave, Cape Coral FL 33991 | Unknown |
| Refreshing Florida LLC | Treeline Elementary School | 10900 Treeline Avenue, Fort Myers FL 33913 | Unknown |
| Refreshing Florida LLC | Turner Pest Control | P.O. Box 952503, Atlanta GA 31192 | Unknown |
| Refreshing Florida LLC | TX TAG | PO Box 650749, Dallas TX 75265-0749 | Unknown |
| Refreshing Florida LLC | Universal Vending Management | 425 North Ave East, PO Box 130, Westfield NJ 07091 | Unknown |
| Refreshing Florida LLC | Vending Group | 3865 Holcomb Bridge Rd, Norcross GA 30092 | Unknown |
| Refreshing Florida LLC | Vendors Supply | 5342 Morse DR PO Box 503, Lithonia GA 30058 | Unknown |
| Refreshing Florida LLC | Verizon | PO Box 15043, Albany NY 12212 | Unknown |
| Refreshing Florida LLC | Vistar | PO Box 933580, Atlanta GA 31193 | Unknown |
| Refreshing Florida LLC | Waste Pro | PO Box 6071, Fort Myers FL 33906 | Unknown |
| Refreshing Georgia LLC | 365 Retail Markets/Lightspeed | PO Box 7410976, Chicago IL 60674 | Unknown |
| Refreshing Georgia LLC | A & M EQUIPMENT | 7144 Maddox Rd, Lithonia GA 30058 | Unknown |
| Refreshing Georgia LLC | A Estes Backflow Testing LLC | 205 Blankenship Rd, Jackson GA 30233 | Unknown |
| Refreshing Georgia LLC | Absolute Vending Serv. | 1176 Boss-Hardy Rd, Auburn GA 30011 | Unknown |
| Refreshing Georgia LLC | Action Tire Co. | 410 Lee's Mill Rd Forest, Forest Park GA 30297 | Unknown |
| Refreshing Georgia LLC | Advanced Ice Machines | 4045 Five Forks Trkm Rd, Suite D-17, Lilburn GA 30047 | Unknown |
| Refreshing Georgia LLC | Al's Coffee Service | 210 Farm Track, Roswell GA 30075 | Unknown |
| Refreshing Georgia LLC | American Auto Service | 2206 Cobb Pkwy NW, Kennesaw GA 30152 | Unknown |
| Refreshing Georgia LLC | ARC Fire Protection Services LLC | 4409 Parkwood Dr., Social Circle GA 30025 | Unknown |
| Refreshing Georgia LLC | Around the Clock Locksmith | 407 Ivy Green Lane, Marietta GA 30067 | Unknown |
| Refreshing Georgia LLC | ATLANTA COFFEE & TEA COMPANY | 5400 Truman Drive, Decatur GA 30035 | Unknown |
| Refreshing Georgia LLC | BANK OF AMERICA | 475 Cross Point Pkwy., POB 9000, Attn: Bankruptcy Department. , Getzville NY 14068 | Unknown |
| Refreshing Georgia LLC | Bank Supplies, Inc. | 770 James L Hart Pkwy, Ypsilanti MI 48197 | Unknown |
| Refreshing Georgia LLC | Barrow County tax commissioner | 30 North Broad St, Winder GA 30680 | Unknown |
| Refreshing Georgia LLC | BARTOW COUNTY TAX COMMISSIONER | 135 W CHEROKEE AVE #217A, Cartersville GA 30120 | Unknown |
| Refreshing Georgia LLC | BDS PLUMBING | 1785 White Circle NW #213, Marietta GA 30066 | Unknown |
| Refreshing Georgia LLC | Betson Imperial | 303 Paterson Plank Rd E, Carlstadt NJ 07072 | Unknown |
| Refreshing Georgia LLC | BLOCK & COMPANY | PO Box 87618, Dept. 10293, Chicago IL 60680 | Unknown |
| Refreshing Georgia LLC | BLUE CHIP AIR INC/Max | 20 Bledsoe Rd #1000, Newnan GA 30265 | Unknown |
| Refreshing Georgia LLC | Bodecker Brewed Inc. | 2045 Midland Ave Toronto ON M1P 3E2, CANADA | Unknown |
| Refreshing Georgia LLC | Brothers All Natural | 1175 Lexington Ave, Rochester NY 14606 | Unknown |
| Refreshing Georgia LLC | BUFFALO ROCK | POB 747064, Atlanta GA 30374 | Unknown |
| Refreshing Georgia LLC | BUNN-O-MATIC | 24315 Network PL, Chicago IL 60673 | Unknown |
| Refreshing Georgia LLC | BUTLER TIRE | 106 Powers Ferry Rd., Marietta GA 30067 | Unknown |
| Refreshing Georgia LLC | Cantaloupe | 101 Lindenwood Drive, Suite 405, Malvern PA 19335 | Unknown |
| Refreshing Georgia LLC | CHANGER SERVICES | 2339 Waters Dr., Mendota Heights MN 55120 | Unknown |
| Refreshing Georgia LLC | Chase Orbital Virtual Terminal | 14221 Dallas Parkway, Dallas TX 75254 | Unknown |
| Refreshing Georgia LLC | Chattahoochee County | 211 McNaughton St, Cusseta GA 31805 | Unknown |
| Refreshing Georgia LLC | Cherokee County Tax Commissioner | 2780 Marietta Hwy, Canton GA 30114 | Unknown |
| Refreshing Georgia LLC | CITY OF BUFORD | 2300 Buford Hwy, Buford GA 30518 | Unknown |
| Refreshing Georgia LLC | City of Columbus | PO Box 1397, Columbus GA 31902 | Unknown |
| Refreshing Georgia LLC | City of Dacula | PO Box 400, Dacula GA 30019 | Unknown |
| Refreshing Georgia LLC | City of Duluth | 3167 Main St, Duluth GA 30096 | Unknown |
| Refreshing Georgia LLC | City of Lawrenceville | PO Box 2200, Lawrenceville GA 30046 | Unknown |
| Refreshing Georgia LLC | City of Marietta - Violations | PO Box 35131, Seattle WA 98124 | Unknown |
| Refreshing Georgia LLC | CITY OF MARIETTA TAX OFFICE | PO Box 609, Marietta GA 30061 | Unknown |
| Refreshing Georgia LLC | City of Norcross - Fines | PO Box 533507, Atlanta GA 30353 | Unknown |
| Refreshing Georgia LLC | City of Norcross - Taxes | 65 Lawrenceville St, Norcross GA 30071 | Unknown |
| Refreshing Georgia LLC | city of riverdale | PO Box 533507, Marietta GA 30353 | Unknown |
| Refreshing Georgia LLC | City of Snellville - Photo Enforcement | 2342 Oak Road, Snellville GA 30078 | Unknown |
| Refreshing Georgia LLC | City of Sugar Hill | 5039 W Broad St., Sugar Hill GA 30518 | Unknown |
| Refreshing Georgia LLC | City of Suwanee | 330 Town Center Ave, Suwanee GA 30024 | Unknown |
| Refreshing Georgia LLC | City of Winder | 25 East Midland Avenue, Winder GA 30680 | Unknown |
| Refreshing Georgia LLC | Clayton County School | 1087 Battle Creek Rd, Jonesboro GA 30236 | Unknown |
| Refreshing Georgia LLC | CLAYTON COUNTY TAX COMMISSIONER | 121 S MCDONOUGH ST, Jonesboro GA 30236 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Georgia LLC | COBB COUNTY TAX COMMISSIONER | PO Box 100127, Marietta GA 30061 | Unknown |
| Refreshing Georgia LLC | Cobb County Water | 660 South Cobb Dr, Marietta GA 30060 | Unknown |
| Refreshing Georgia LLC | Cobb Cty Police Dept | 100 Cherokee Street, marietta GA 30090 | Unknown |
| Refreshing Georgia LLC | COCA COLA BOTTLING | PO Box 105637, Atlanta GA 30348 | Unknown |
| Refreshing Georgia LLC | Cochran Complete | 401 Butler Industrial Dr, Dallas GA 30132 | Unknown |
| Refreshing Georgia LLC | Coffee House Express | 6928 Carnegie Ave, Cleveland OH 44103 | Unknown |
| Refreshing Georgia LLC | Comcast | PO Box 71211, Atlanta NC 28272 | Unknown |
| Refreshing Georgia LLC | COMPASS GRP/PH CORP | 3112 Horseshoe Ln, Charlotte NC 28208 | Unknown |
| Refreshing Georgia LLC | Concentra Urgent Care | 220 north cobb pkw #400, Marietta GA 30062 | Unknown |
| Refreshing Georgia LLC | Consolidated Vending/SAE | 71 Kean Street, West Babylon NY 11704 | Unknown |
| Refreshing Georgia LLC | Costco | 999 Lake Dr., Attn: Bankr. Unit, Issaquah WA 98027 | Unknown |
| Refreshing Georgia LLC | Crane Payment Innovations | PO Box 945037, Atlanta GA 30394 | Unknown |
| Refreshing Georgia LLC | CSG NAM, LLC | PO Box 440, Exeter NH 03833 | Unknown |
| Refreshing Georgia LLC | Cummins-Allison Corp. | PO Box 931958, Atlanta GA 31193 | Unknown |
| Refreshing Georgia LLC | D&S VENDING | 2062 East 70th St, Cleveland OH 44103 | Unknown |
| Refreshing Georgia LLC | DC MOBILE ELECTRONICS, LLC | 3879 BRENTVIEW PL, Kennesaw GA 30144 | Unknown |
| Refreshing Georgia LLC | DeKalb County Tax Commisioner | PO Box 100004, Decatur GA 30031 | Unknown |
| Refreshing Georgia LLC | Department of Juvenile Justice | 3408 Covington Hwy, Decatur GA 30032 | Unknown |
| Refreshing Georgia LLC | Department of Motor Vehicle | 2932 canton rd, marietta GA 30066 | Unknown |
| Refreshing Georgia LLC | DIGITAL SPACE | 208 S Akard St., Attn: Bankruptcy Unit, Dallas TX 75201 | Unknown |
| Refreshing Georgia LLC | Douglas County Tax Commisioner | 6200 Fairburn Rd, Douglasville GA 30134 | Unknown |
| Refreshing Georgia LLC | Equipment Innovators | 1428 Trae Lane, Lithia Springs GA 30122 | Unknown |
| Refreshing Georgia LLC | Evoca North America Venture Inc | 2355 Dalton Ave., Quebec QC 3G1 PS3, CANADA | Unknown |
| Refreshing Georgia LLC | EXPRESS SERVICES INC. | PO Box 945434, Atlanta GA 30394 | Unknown |
| Refreshing Georgia LLC | FDOT- Tolls | PO Box 31241, Tampa FL 33631 | Unknown |
| Refreshing Georgia LLC | Federal Motor Carrier Safety Admin. | 1200 New Jersey Ave SE, Washington DC 20590 | Unknown |
| Refreshing Georgia LLC | FEDEX | PO Box 660481, Dallas TX 75266 | Unknown |
| Refreshing Georgia LLC | Floor and Décor | 2918 Buford Dr NE, Buford GA 30519 | Unknown |
| Refreshing Georgia LLC | FORSYTH COUNTY TAX COMMISSIONER | 1092 TRIBBLE GAP RD, Cumming GA 30040 | Unknown |
| Refreshing Georgia LLC | FULTON COUNTY TAX COMMISSIONER | PO Box 105052, Atlanta GA 30348 | Unknown |
| Refreshing Georgia LLC | GAS SOUTH VENDOR | PO Box 530552, Atlanta GA 30353 | Unknown |
| Refreshing Georgia LLC | GEORGIA DEPARTMENT OF REVENUE | 1800 Century Blvd., Ste. 9100, Atlanta GA 30345-3202 | Unknown |
| Refreshing Georgia LLC | GEORGIA DEPT OF AGRICULTURE | PO Box 742548, Chicago GA 30374 | Unknown |
| Refreshing Georgia LLC | Georgia Dept of Labor | 600 148 Andrew Youn Intl Blvd NE, Atlanta GA 30303 | Unknown |
| Refreshing Georgia LLC | Georgia Power | 241 Ralph McGill Blvd NE, Atlanta GA 30308 | Unknown |
| Refreshing Georgia LLC | GRAPHICS THAT POP | 1620 E State Hwy 121, Bldg A #100, Lewisville TX 75056 | Unknown |
| Refreshing Georgia LLC | GWINNETT COUNTY TAX COMMISSIONER | 750 South Perry St, Lawrenceville GA 30046 | Unknown |
| Refreshing Georgia LLC | Hall County | P.O. Drawer 1435, Gainesville GA 30503 | Unknown |
| Refreshing Georgia LLC | Hanna Brothers | 461 Sandy Creek Rd #4104, Fayetteville GA 30214 | Unknown |
| Refreshing Georgia LLC | Haw Creek Elementary | 2555 Echols Rd., Cumming GA 30041 | Unknown |
| Refreshing Georgia LLC | Holiday House Distributing | POB 102827, Atlanta GA 30368 | Unknown |
| Refreshing Georgia LLC | Home Depot | 2455 Paces Ferry Road NW, Atlanta GA 30339 | Unknown |
| Refreshing Georgia LLC | HT HACKNEY/ACH | PO Box 486, Morrow GA 30260 | Unknown |
| Refreshing Georgia LLC | Imperial Dade | 440 Interstate West Pkwy #200, LIthia Springs GA 30122 | Unknown |
| Refreshing Georgia LLC | INFOMART | 1582 Terrell Mill Rd SE, Marietta GA 30067 | Unknown |
| Refreshing Georgia LLC | Integrated Merchandising Sys | 4440 West Park Dr., Atlanta GA 30336 | Unknown |
| Refreshing Georgia LLC | International Vending Management, Inc. | 5155 Technology Way, Indianapolis IN 46268 | Unknown |
| Refreshing Georgia LLC | Intuit QuickBooks | 2700 Coast Ave., Mountain View GA 94043 | Unknown |
| Refreshing Georgia LLC | JACKSON COUNTY TAX COMMISSIONER | PO BOZ 247, Jefferson GA 30549 | Unknown |
| Refreshing Georgia LLC | Jefferson High School | 575 Washington St, Jefferson GA 30549 | Unknown |
| Refreshing Georgia LLC | Jeffrey Erickson Enterprises | 411 Wahoo Rd., Panama City Beach FL 32408 | Unknown |
| Refreshing Georgia LLC | Jofemar USA | 2200 NW 102 Ave. #3, Doral FL 33172 | Unknown |
| Refreshing Georgia LLC | John Marshall Law School commissions | 245 Peachtree Center Ave, Atlanta GA 30303 | Unknown |
| Refreshing Georgia LLC | Kaleidoscope Mgmt Group/Signature Health | 289 Jonesboro Rd #154, Mcdonough GA 30253 | Unknown |
| Refreshing Georgia LLC | Ked Plasma College Park | 6445 Old National Hwy, Atlanta GA 30349 | Unknown |
| Refreshing Georgia LLC | Lowndes County Tax Commissioner | PO Box 1409, Valdosta GA 31603 | Unknown |
| Refreshing Georgia LLC | Marietta Wrecker | 950 Allgood Rd, Marietta GA 30062 | Unknown |
| Refreshing Georgia LLC | Massimo Zanetti Beverage USA Inc | 23514 New, York NY 10087 | Unknown |
| Refreshing Georgia LLC | Mathand Material Handling Systems | 103 Smoke Hill Ln #130, Woodstock GA 30188 | Unknown |
| Refreshing Georgia LLC | McClure Health Science HS | 3921 Club Dr, Duluth GA 30096 | Unknown |
| Refreshing Georgia LLC | Mercedes Mbrace | PO Box 5209, Carol Stream IL 60197 | Unknown |
| Refreshing Georgia LLC | Modern Maintenance, Inc. | 2185 Webb Gin House Rd, Snellville GA 30078 | Unknown |
| Refreshing Georgia LLC | Motel 6 - Duluth | 3525 Breckenridge Blvd, Duluth GA 30096 | Unknown |
| Refreshing Georgia LLC | Motel 6 - Gainesville | 1585 Monroe Dr., Attn: Shawn Bhakta, Gainesville GA 30507 | Unknown |
| Refreshing Georgia LLC | Motel/studio 6 Roswell commissions | 9955 Old Dogwood Rd, Roswell GA 30076 | Unknown |
| Refreshing Georgia LLC | NETWORK DOCTORS | 3935 Johnson Ferry Ct, Marietta GA 30062 | Unknown |
| Refreshing Georgia LLC | Newco Enterprises, Inc | POB 145054, Charles MO 63178 | Unknown |
| Refreshing Georgia LLC | Norcross Post Office | 265 Mitchell Rd, Norcross GA 30071 | Unknown |
| Refreshing Georgia LLC | North Metro Truck | 2009 Dorsey Rd Ste. 600, Marietta GA 30066 | Unknown |
| Refreshing Georgia LLC | Northside Medical Center | 1000 Medical Center Blvd., Attn: Nutrution Svcs., Lawrenceville GA 30046 | Unknown |
| Refreshing Georgia LLC | NORTHWEST EXTERMINATING | 830 Kennesaw Ave, Marietta GA 30060 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Georgia LLC | Overhead Door | 5105 Avalon Ridge Pkwy #300, Peachtree Corners GA 30071 | Unknown |
| Refreshing Georgia LLC | PANOPTYC | 1904 E 54th Ave, Spokane WA 99223 | Unknown |
| Refreshing Georgia LLC | Parlevel Systems | 1518 South Alamo Street, Suite 100, San Antonio TX 78204 | Unknown |
| Refreshing Georgia LLC | Pepsi | 75 Remittance Dr Suite 1884, Chicago IL 60675 | Unknown |
| Refreshing Georgia LLC | Perry Learning Center | 137 Spring St, Jonesboro GA 30236 | Unknown |
| Refreshing Georgia LLC | PROAMPAC/KEEPSAFE | 25366 Newton Pl, Chicago IL 60673 | Unknown |
| Refreshing Georgia LLC | Progressive Business Systems, Inc | 1397 Duncan Ln Suite D, Auburn GA 30011 | Unknown |
| Refreshing Georgia LLC | ProTech Printing | 975 Cobb Place Blvd Stuite 112, Kennesaw GA 30144 | Unknown |
| Refreshing Georgia LLC | Providence Christian Academy | 4575 Lawrenceville Hwy, Lilburn GA 30047 | Unknown |
| Refreshing Georgia LLC | QUIK SLIK | 2040 Jessica Daron Ct, Lilburn GA 30047 | Unknown |
| Refreshing Georgia LLC | Quill.com | PO Box 37600, Philadelphia PA 19101 | Unknown |
| Refreshing Georgia LLC | RBM OF ATLANTA | 7640 Roswell Rd, Atlanta GA 30350 | Unknown |
| Refreshing Georgia LLC | Red Roof - Morrow | 1348 Southlake Plaza Dr, Morrow GA 30260 | Unknown |
| Refreshing Georgia LLC | Red Roof Inn - Norcross | 5171 Brook Hollow Pkwy, Norcross GA 30071 | Unknown |
| Refreshing Georgia LLC | Refreshing USA | 2732 Grand Ave Suite 122, Everett WA 98021 | Unknown |
| Refreshing Georgia LLC | Ring Central | 20 Davis Dr, Belmont CA 94002 | Unknown |
| Refreshing Georgia LLC | River Place Medical | 1515 River Place Medical Plaza 1, Braselton GA 30517 | Unknown |
| Refreshing Georgia LLC | Rockdale Regional YDC | 2165 Chambers Dr, Conyers GA 30012 | Unknown |
| Refreshing Georgia LLC | Saigon Kitchen/BiteGrab | 5675-C Oakbrook Pkwy, Norcross GA 30093 | Unknown |
| Refreshing Georgia LLC | Security One Services | 794 Marietta St NW, Ste 93383, Atlanta GA 30377 | Unknown |
| Refreshing Georgia LLC | Southern Vending/Jeff Erickson | 1800 MaCleod Dr. #A, Lawrenceville GA 30043 | Unknown |
| Refreshing Georgia LLC | State Court of Cobb County | 12 East Park Square, Marietta GA 30090 | Unknown |
| Refreshing Georgia LLC | State of Georgia | 313 West Tower 2 Martin Luther King Jr Dr, Atlanta GA 30334 | Unknown |
| Refreshing Georgia LLC | State Road & Tollway - Peach Pass | PO Box 2105, Atlanta GA 30301 | Unknown |
| Refreshing Georgia LLC | Studio 6 Chamblee | 5280 Peachtree Industrial Blvd, Chamblee GA 30343 | Unknown |
| Refreshing Georgia LLC | Tay And Jarrad LLC | 1675 Shangri-La Dr, Reno NV 89509 | Unknown |
| Refreshing Georgia LLC | Think Jerky, LLC | 205 N Michigan Ave #810, Chicago IL 60601 | Unknown |
| Refreshing Georgia LLC | Tower Compactor/US waste | 21040 N Pima Rd, Scottsdale AZ 85255 | Unknown |
| Refreshing Georgia LLC | Tri State Laundry Company | PO Box 69, Valdosta GA 31603 | Unknown |
| Refreshing Georgia LLC | Tucker High School | 5036 LaVista Rd, Tucker GA 30084 | Unknown |
| Refreshing Georgia LLC | Tuscany Condo | 955 Juniper St NE, Atlanta GA 30309 | Unknown |
| Refreshing Georgia LLC | TXTag | PO Box 650749, Dallas TX 75265 | Unknown |
| Refreshing Georgia LLC | UGA commissions | 1088 South Lumpkin st, Athens GA 30602 | Unknown |
| Refreshing Georgia LLC | Uline | PO Box 88741, Chicago IL 60680 | Unknown |
| Refreshing Georgia LLC | US WASTE/CARDBOARD | PO Box 420825, Atlanta GA 30342 | Unknown |
| Refreshing Georgia LLC | Vendors Exchange | 8700 Brookpark Rd, Cleveland OH 44129 | Unknown |
| Refreshing Georgia LLC | Waste Management | PO Box 4648, Carol Stream IL 60197 | Unknown |
| Refreshing Georgia LLC | Weaver Brake and Tire | 530 Manget St, Marietta GA 30060 | Unknown |
| Refreshing Georgia LLC | West Forsyth | 4155 Drew Rd, Cumming GA 30040 | Unknown |
| Refreshing Georgia LLC | Windsor Over Peachtree commissions | PO Box  2458, Alpharetta GA 30023 | Unknown |
| Refreshing Great Lakes LLC | 365 Retail Markets LLC | 1738 Maplelawn Dr, Troy MI 48084 | Unknown |
| Refreshing Great Lakes LLC | Abesco | 2200 Stonington Ave, Hoffman Estates IL 60169 | Unknown |
| Refreshing Great Lakes LLC | Acme Industrial Commission | 441 Maple, Carpentersville IL 60110 | Unknown |
| Refreshing Great Lakes LLC | Algonquin Library | 2600 Harnish Dr, Algonquin IL 60102 | Unknown |
| Refreshing Great Lakes LLC | Alliant Coffee Solutions | 110 W Dayton St Bldg 3-201, Edmonds WA 98020 | Unknown |
| Refreshing Great Lakes LLC | Allied Garage Door, Inc | POB 817, Lombard IL 60148 | Unknown |
| Refreshing Great Lakes LLC | Alpine Coolers | POB 9223415, Norcross GA 30010 | Unknown |
| Refreshing Great Lakes LLC | Anderson Pest Solutions/GBCollects | PO Box 740608, Cincinnati OH 45274 | Unknown |
| Refreshing Great Lakes LLC | Arlington Heights Park District | 410 N Arlington Hts Rd, Arlington Hts IL 60004 | Unknown |
| Refreshing Great Lakes LLC | AT&T | PO Box 5080, Carol Stream IL 60197 | Unknown |
| Refreshing Great Lakes LLC | AVS Companies | PO Box 7319, Carol Stream IL 60197 | Unknown |
| Refreshing Great Lakes LLC | Baymont Inn & Suites | 12801 S Cicero Ave, Alsip IL 60803 | Unknown |
| Refreshing Great Lakes LLC | Beacon Hill - Commission | 2400 S Finley Rd, Lombard IL 60148 | Unknown |
| Refreshing Great Lakes LLC | Best Vendors Management Co | 700 N 5th St, Minneapolis MN 55401 | Unknown |
| Refreshing Great Lakes LLC | Biggers Chevrolet | 1385 E Chicago St, Elgin IL 60120 | Unknown |
| Refreshing Great Lakes LLC | Biggers Madza Randall Rd | 2100 N Randall Rd, Elgin IL 60124 | Unknown |
| Refreshing Great Lakes LLC | Biggers Mitsubishi | 1325 E Chicago St, Elgin IL 60120 | Unknown |
| Refreshing Great Lakes LLC | Bill Kay Ford | 14633 S Cicero Ave, Midlothian IL 60445 | Unknown |
| Refreshing Great Lakes LLC | Blains Farm and Fleet | 625 S Randall Rd, Elgin IL 60123 | Unknown |
| Refreshing Great Lakes LLC | Blue Grace MKE | 11122 West Rogers St, Milwaukee WI 53227 | Unknown |
| Refreshing Great Lakes LLC | Bob's Dairy Service | 3440 N River Rd, Franklin Park IL 60131 | Unknown |
| Refreshing Great Lakes LLC | BRI 1865 Highland Oaks 1,LLC | PO Box 714157, Cincinnati OH 45271 | Unknown |
| Refreshing Great Lakes LLC | Bulaw Welding & Engineering Co | 750 N Rohlwing Rd, Itasca IL 60143 | Unknown |
| Refreshing Great Lakes LLC | Camelot Pool Park Dist | 1005 E Suffield, Arlington Hts IL 60004 | Unknown |
| Refreshing Great Lakes LLC | Canteen | 171 Covington Drive, Bloomingdale IL 60108 | Unknown |
| Refreshing Great Lakes LLC | Carl Sandburg High School Commission | 13300 S LaGrange Rd, Orland Park IL 60462 | Unknown |
| Refreshing Great Lakes LLC | Centre of Elgin | 100 Symphony Way, Elgin IL 60120 | Unknown |
| Refreshing Great Lakes LLC | Cermack Holdings LLC | 7222 W Cermack Rd, Ste 403 N, Riverside IL 60549 | Unknown |
| Refreshing Great Lakes LLC | ChallengeMaster Inc | 15 Quinns Way, Mashpee MA 02649 | Unknown |
| Refreshing Great Lakes LLC | Changer Services | 2339 Waters Drive, Mendota Heights MN 55120 | Unknown |
| Refreshing Great Lakes LLC | Chicago American Manufacturing | 4500 W 47th St, Chicago IL 60632 | Unknown |
| Refreshing Great Lakes LLC | Christian Heritage Academy | 315 Waukegan Rd, Winnetka IL 60093 | Unknown |
| Refreshing Great Lakes LLC | City of Chicago Heights | 1601 Chicago Rd, Chicago Hts IL 60411 | Unknown |
| Refreshing Great Lakes LLC | City of Elgin | 150 Dexter Ct, Elgin IL 60120 | Unknown |
| Refreshing Great Lakes LLC | City of Northlake | 55 E North Ave, Northlake IL 60164 | Unknown |
| Refreshing Great Lakes LLC | City of Palos Hills | 10335 S Roberts Rd, Palos Hills IL 60465 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Great Lakes LLC | CMA | 191 Clarksville Rd, Princeton Junction NJ 08550 | Unknown |
| Refreshing Great Lakes LLC | Comcast | PO Box 70219, Philadelphia PA 19176 | Unknown |
| Refreshing Great Lakes LLC | ComEd | POB 6111, Carol Stream IL 60197 | Unknown |
| Refreshing Great Lakes LLC | Complete Maintenance LLC | 8100 Downers, Grove IL 60517 | Unknown |
| Refreshing Great Lakes LLC | Consolidated Flooring of Chicago | 25 W Official Rd, Addison IL 60101 | Unknown |
| Refreshing Great Lakes LLC | Continental Towers Food Barz | 1701 Golf Rd, Rolling Meadows IL 60008 | Unknown |
| Refreshing Great Lakes LLC | Cook County DES | 69 W Washington Ste 1900, Chicago IL 60601 | Unknown |
| Refreshing Great Lakes LLC | Cortina Tool | 10706 W Grand Ave, Franklin Park IL 60131 | Unknown |
| Refreshing Great Lakes LLC | Crane Payment Innovations | PO Box 945037, Atlanta GA 30394 | Unknown |
| Refreshing Great Lakes LLC | Creative Technologies LLC | 2732 Grand Ave #122, Everett WA 98201 | Unknown |
| Refreshing Great Lakes LLC | Crown Lift Trucks | 2055 Hammond Dr, Schaumburg IL 60173 | Unknown |
| Refreshing Great Lakes LLC | Cucinello & Associates, LTD. | 1701 Quincy Ave #5, Naperville IL 60540 | Unknown |
| Refreshing Great Lakes LLC | Culinary Beverage | 1835 Burnet Ave, Union NJ 07083 | Unknown |
| Refreshing Great Lakes LLC | Cumberland Center-One | 655 Craig Rd STE 100, Creve Coeur MO 63141 | Unknown |
| Refreshing Great Lakes LLC | Cummins-Allison Corp. | PO Box 931958, Atlanta GA 31193 | Unknown |
| Refreshing Great Lakes LLC | Deli Time | 1643 N Alpine Rd., Ste 104, PMB 538, Rockford IL 61107 | Unknown |
| Refreshing Great Lakes LLC | Easter Seal | 830 S Addison Ave, Villa Park IL 60181 | Unknown |
| Refreshing Great Lakes LLC | Easterly Government Properties LP | 2101 L Street NW, Ste 650, Washington DC 20037 | Unknown |
| Refreshing Great Lakes LLC | Eden Supportive Living | 940 W Gordon Terrace, Chicago IL 60613 | Unknown |
| Refreshing Great Lakes LLC | Elk Grove Park District | 225 E Elk Grove Blvd, Elk Grove Village IL 60007 | Unknown |
| Refreshing Great Lakes LLC | Elk Grove Village Utility | 901 Wellington Ave, Elk Grove Village IL 60007 | Unknown |
| Refreshing Great Lakes LLC | Elliott Movers | 7340 W 83rd Place, Bridgeview IL 60455 | Unknown |
| Refreshing Great Lakes LLC | Empire Markets | 5795 S Sandhill Rd Ste D, Las Vegas NV 89120 | Unknown |
| Refreshing Great Lakes LLC | Employee 1st Network | 1427 Bali Ct, St Louis MO 63126 | Unknown |
| Refreshing Great Lakes LLC | Estes Trucking | 1601 Villa St, Elgin IL 60120 | Unknown |
| Refreshing Great Lakes LLC | Fenton Education Association | 1000 W Green, Bensenville IL 60106 | Unknown |
| Refreshing Great Lakes LLC | Fenton High School | 1000 W Green, Bensenville IL 60106 | Unknown |
| Refreshing Great Lakes LLC | Firestone Complete Auto Care | 14740 Crawford Ave, Midlothian IL 60445 | Unknown |
| Refreshing Great Lakes LLC | First American Bank | PO Box 0009, Elk Grove IL 60007 | Unknown |
| Refreshing Great Lakes LLC | FleetPride | PO Box 847118, Dallas TX 75284 | Unknown |
| Refreshing Great Lakes LLC | Flood Brothers Disposal | PO Box 7800, Carol Stream IL 60197 | Unknown |
| Refreshing Great Lakes LLC | FluentStream | P.O.Box 737818, Dallas TX 75373 | Unknown |
| Refreshing Great Lakes LLC | Friendly Wash Western LLC | 222 Northfield Rd., Ste 106, Northfield IL 60093 | Unknown |
| Refreshing Great Lakes LLC | G&M Metal Fabricators Inc | 9120 W Gage St, Franklin Park IL 60131 | Unknown |
| Refreshing Great Lakes LLC | Gabby's Bagels | 11241 Melrose Ave Unit B, Franklin Park IL 6011 | Unknown |
| Refreshing Great Lakes LLC | Glendale Heights Park District | 250 Civic Center Plaza, Glendale Hts IL 60139 | Unknown |
| Refreshing Great Lakes LLC | Golub 2 | 300 S Wacker Dr., Ste 850, Attn: Jeremiah Song, Chicago IL 60606 | Unknown |
| Refreshing Great Lakes LLC | GR Brothers Landscaping | 3648 W 65th St, Chicago IL 60629 | Unknown |
| Refreshing Great Lakes LLC | GSG Averigo LLC | 16722 Parkside Ave, Cerritos CA 90703 | Unknown |
| Refreshing Great Lakes LLC | GTI | 1700 Mt Prospect Rd 2nd Floor, Desplaines IL 60018 | Unknown |
| Refreshing Great Lakes LLC | GTP | 1620 State Hwy 121, Bldg A Suite 100, Lewisville TX 75056 | Unknown |
| Refreshing Great Lakes LLC | Hanover Park Park District | 1919 Walnut Ave, Hanover Park IL 60133 | Unknown |
| Refreshing Great Lakes LLC | Harris Tea Foodservice | PO Box 945172, Atlanta GA 30394 | Unknown |
| Refreshing Great Lakes LLC | Hartford | 200 W Madison Suite 500, Chicago IL 60606 | Unknown |
| Refreshing Great Lakes LLC | Helios Property Management | 1375 E Woodfield Rd Ste C-50, Schaumburg IL 60173 | Unknown |
| Refreshing Great Lakes LLC | Heritage Woods | 1079 E Wilson St, Batavia IL 60510 | Unknown |
| Refreshing Great Lakes LLC | Highland Landmark | 3075 Highland Parkway, Downers Grove IL 60515 | Unknown |
| Refreshing Great Lakes LLC | Highland Oaks #1 | 1100 31st St, Downers Grove IL 60515 | Unknown |
| Refreshing Great Lakes LLC | Highland Oaks #2 | 1030 31st St, Downers Grove IL 60515 | Unknown |
| Refreshing Great Lakes LLC | Hillcrest High School | 17401 S Pulaski Rd, Country Club Hills IL 60478 | Unknown |
| Refreshing Great Lakes LLC | Hinckley Water | PO Box 660579, Dallas TX 75266 | Unknown |
| Refreshing Great Lakes LLC | Hoffman Estates - Prairie Stone | 5050 Sedge Blvd, Hoffman Estates IL 60192 | Unknown |
| Refreshing Great Lakes LLC | Hoffman Estates - Willow | 3600 Lexington Dr, Hoffman Estates IL 60192 | Unknown |
| Refreshing Great Lakes LLC | Hoffman Estates Park District | 1685 W Higgins, Hoffman Estates IL 60169 | Unknown |
| Refreshing Great Lakes LLC | Hoffman Estates Triphahn Center | 1685 W Higgins Rd, Hoffman Estates IL 60169 | Unknown |
| Refreshing Great Lakes LLC | Holiday House Distributing | POB 102827, Atlanta GA 30368 | Unknown |
| Refreshing Great Lakes LLC | Homewood Disposal Service | PO Box 9, Mokena IL 60448 | Unknown |
| Refreshing Great Lakes LLC | Hyatt Regency | 151 E Wacker Dr, Chicago IL 60601 | Unknown |
| Refreshing Great Lakes LLC | Illinois Dept. of Revenue | P.O. Box 19006, Springfield IL 62794 | Unknown |
| Refreshing Great Lakes LLC | Illinois Secure Choice | PO Box 56000, Boston MA 02205 | Unknown |
| Refreshing Great Lakes LLC | Illinois State Police | 260 N Chicago St, Joliet IL 60432 | Unknown |
| Refreshing Great Lakes LLC | Indian Trail Jr High School | 222 N Kennedy Dr, Addison IL 60101 | Unknown |
| Refreshing Great Lakes LLC | Indiana Dept. of Revenue | PO Box 6032, Indianapolis IN 46206 | Unknown |
| Refreshing Great Lakes LLC | Innovated Staffing | PO Box 855917, Minneapolis MN 55485 | Unknown |
| Refreshing Great Lakes LLC | International Vending Management, Inc. | 5155 Technology Way, Indianapolis IN 46268 | Unknown |
| Refreshing Great Lakes LLC | ISP BOI | 260 N Chicago St, Joliet IL 60432 | Unknown |
| Refreshing Great Lakes LLC | Jani-King | 2791 Momentum Pl, Chicago IL 60689 | Unknown |
| Refreshing Great Lakes LLC | Just Manufacturing Company | 9233 King St, Franklin Park IL 60131 | Unknown |
| Refreshing Great Lakes LLC | Keurig Green Mountain | PO Box 414159, Boston MA 01141 | Unknown |
| Refreshing Great Lakes LLC | Kitchen Fresh Foods | 1555 Glory Rd, Green Bay WI 54304 | Unknown |
| Refreshing Great Lakes LLC | Konica Minolta | 21146 Network Place, Chicago IL 60673 | Unknown |
| Refreshing Great Lakes LLC | Lab Corp | 150 Springlake Dr, Itasca IL 60126 | Unknown |
| Refreshing Great Lakes LLC | Lake Forest High School | 300 S Waukegan Rd, Attn: Katie Labuhn, Director of Fiscal Svcs., Lake Forest IL 60045 | Unknown |
| Refreshing Great Lakes LLC | Lake Vista Apartments | 1500 S Indiana Ave, Chicago IL 60645 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Great Lakes LLC | Larrys Barber College | 10456 South Halsted St, Chicago IL 60643 | Unknown |
| Refreshing Great Lakes LLC | LaSalle Network | 200 N LaSalle St Ste 2500, Chicago IL 60601 | Unknown |
| Refreshing Great Lakes LLC | Lavazza Group | 1301 Wilson Dr, West Chester PA 19380 | Unknown |
| Refreshing Great Lakes LLC | Leyden High Schools | 3400 Rose St, Franklin Park IL 60131 | Unknown |
| Refreshing Great Lakes LLC | Lincoln Centre Cafe | 3 Lincoln Center Butterfield Rd, Oakbrook Terrace IL 60181 | Unknown |
| Refreshing Great Lakes LLC | Maestro Cargo | PO Box 535, Rosemont IL 60018 | Unknown |
| Refreshing Great Lakes LLC | Magik Woods | 1600 Sequoia Drive, Aurora IL 60506 | Unknown |
| Refreshing Great Lakes LLC | Major Appliance Service Inc | 4330 Prescott Ave, Lyons IL 60534 | Unknown |
| Refreshing Great Lakes LLC | Marian Catholic High School | 700 Ashland Ave, Chicago Hts IL 60411 | Unknown |
| Refreshing Great Lakes LLC | Massimo Zanetti Beverage USA Inc | POB 23514, New York NY 10087 | Unknown |
| Refreshing Great Lakes LLC | Matteson Elite Car Wash NCK | 20606 S Cicero Ave, Matteson IL 60443 | Unknown |
| Refreshing Great Lakes LLC | Midwest Plowing and Snow Removal | PO Box 615, Oak Forest IL 60452 | Unknown |
| Refreshing Great Lakes LLC | Millwood | 5500 Proviso Dr Unit #1, Berkeley IL 60163 | Unknown |
| Refreshing Great Lakes LLC | Mont Clare Apartments | 7171 Gunnison St, Harwood Heights IL 60706 | Unknown |
| Refreshing Great Lakes LLC | MRC Electric | 3953 West 102nd Street, Chicago IL 60655 | Unknown |
| Refreshing Great Lakes LLC | MV Transportation | 4400 W 45th St, Chicago IL 60632 | Unknown |
| Refreshing Great Lakes LLC | Napleton Buick | 100 W Golf Road, Schaumburg IL 60195 | Unknown |
| Refreshing Great Lakes LLC | Napleton Ford of Oak Lawn | 6100 W 95th St, Oak Lawn IL 60453 | Unknown |
| Refreshing Great Lakes LLC | Napleton Mazda | 110 W Golf Road, Schaumburg IL 60195 | Unknown |
| Refreshing Great Lakes LLC | Napleton Subaru | 911 W Higgins Rd, Schaumburg IL 60195 | Unknown |
| Refreshing Great Lakes LLC | National Vending | POB 9152, Des Moines IA 50306 | Unknown |
| Refreshing Great Lakes LLC | Nicor Gas-AutoPay | PO Box 5407, Carol Stream IL 60197 | Unknown |
| Refreshing Great Lakes LLC | Northbrook Racquet Club | 2995 Dundee Rd, Northbrook IL 60062 | Unknown |
| Refreshing Great Lakes LLC | Northwest Orthopedic Salt Creek | 3030 Salt Creek Lane #100, Arlington Hts  IL 60004 | Unknown |
| Refreshing Great Lakes LLC | Oak Lawn Toyota Commission | 4320 W 95th St, Oak Lawn IL 60453 | Unknown |
| Refreshing Great Lakes LLC | Oakridge Healthcare Center | 323 Oakridge Ave, Hillside IL 60162 | Unknown |
| Refreshing Great Lakes LLC | Oil Delux | 8000 W 85th St, Justice IL 60458 | Unknown |
| Refreshing Great Lakes LLC | Old World Meats | 226 N Basswood Ave, Duluth MN 55811 | Unknown |
| Refreshing Great Lakes LLC | Olympia Fields Jim Salvatore | 2800 Country Club Dr, Olympia Fields IL 60461 | Unknown |
| Refreshing Great Lakes LLC | OptConnect | 865 W 450 N Suite 1, Kaysville UT 84037 | Unknown |
| Refreshing Great Lakes LLC | Palos Hills Recreation Dept | 8455 W 103rd St, Palos Hills IL 60465 | Unknown |
| Refreshing Great Lakes LLC | Parlevel Systems | 114 East Cevallos St, San Antonio TX 78204 | Unknown |
| Refreshing Great Lakes LLC | Patrick BMW | 526 Mall Dr, Schaumburg IL 60172 | Unknown |
| Refreshing Great Lakes LLC | Patrick Cadillac | 526 Mall Dr, Schaumburg IL 60172 | Unknown |
| Refreshing Great Lakes LLC | Pepsi | 75 Remittance Dr Suite 1884, Chicago IL 60675 | Unknown |
| Refreshing Great Lakes LLC | Pierport Construction | 1900 N Austin Ave, 4th Fl Office Tower, Chicago IL 60639 | Unknown |
| Refreshing Great Lakes LLC | Pioneer Park Arlington Hts | 500 S Fernandez, Arlington Hts IL 60005 | Unknown |
| Refreshing Great Lakes LLC | Prospect Heights Park District | 110 W Camp McDonald Rd, Prospect Hts IL 60070 | Unknown |
| Refreshing Great Lakes LLC | Quigley's Lawn & Snow, Inc. | PO Box 1696, Elk Grove Village IL 60007 | Unknown |
| Refreshing Great Lakes LLC | Ready Refresh Blue Triton Brands INC | PO Box 856680, Louisville KY 40285 | Unknown |
| Refreshing Great Lakes LLC | Recreation Park Arlington Hts | 500 E Miner St, Arlington Hts  IL 60004 | Unknown |
| Refreshing Great Lakes LLC | River Trails Business Ct | 5500 Business Center Dr, Mount Prospect  IL 60056 | Unknown |
| Refreshing Great Lakes LLC | River Trails Park District | 1500 E Euclid Mt, Prospect IL 60056 | Unknown |
| Refreshing Great Lakes LLC | Rogers Auto Group Inc. | 2720 S Michigan Ave, Chicago IL 60616 | Unknown |
| Refreshing Great Lakes LLC | Roselle Park District | 555 W Bryn Mawr, Roselle IL 60172 | Unknown |
| Refreshing Great Lakes LLC | RSA Management | POB 697, Greenlawn NY 11740 | Unknown |
| Refreshing Great Lakes LLC | Sam's Club 6467 | POB 960016, Schaumburg FL 32896 | Unknown |
| Refreshing Great Lakes LLC | Schaumburg Park District | 220 E Weathersfield Way, Schaumburg IL 60193 | Unknown |
| Refreshing Great Lakes LLC | Sentry Security, LLC | 75 Remittance Drive Dept 6805, Chicago IL 60675 | Unknown |
| Refreshing Great Lakes LLC | SK Easter Seals | 830 S Addison Rd, Addison IL 60101 | Unknown |
| Refreshing Great Lakes LLC | Something's Cooking, Ltd. | POB 1222, Des Plaines IL 60017 | Unknown |
| Refreshing Great Lakes LLC | Sonitrol Great Lakes-Illinois | PO Box 30516, Lansing MI 48909 | Unknown |
| Refreshing Great Lakes LLC | South Commons Condos Inc. | 3001 S Michigan Ave, Chicago IL 60616 | Unknown |
| Refreshing Great Lakes LLC | Star Thermoplastic | 2121 W 21st St, Broadview IL 60155 | Unknown |
| Refreshing Great Lakes LLC | Suburban Towing & Recovery | 1595 Jarvis Ave, Elk Grove Village IL 60007 | Unknown |
| Refreshing Great Lakes LLC | Super Bubbles Laundromat | 1559 N Manheim Rd, Stone Park IL 60165 | Unknown |
| Refreshing Great Lakes LLC | T.F. Science Cntr/Kathy Nichols | 1605 Wentworth Ave, Calument City IL 60409 | Unknown |
| Refreshing Great Lakes LLC | The American Bottling Company | 21431 Network Place, Chicago IL 60673 | Unknown |
| Refreshing Great Lakes LLC | The Flats - Commission | 829 S Wabash, Chicago IL 60605 | Unknown |
| Refreshing Great Lakes LLC | The Pelican Group | 67 Front St, Danville CA 94526 | Unknown |
| Refreshing Great Lakes LLC | The PRI Group | 600 Thomas Dr, Bensenville IL 60106 | Unknown |
| Refreshing Great Lakes LLC | Three Square Market | 3329 Casey St, River Falls WI 54022 | Unknown |
| Refreshing Great Lakes LLC | Three Square Market | 3329 Casey St, River Falls WI 54022 | Unknown |
| Refreshing Great Lakes LLC | Titan Metals INC | 180 W Lake Dr, Glendale Hts IL 60139 | Unknown |
| Refreshing Great Lakes LLC | Total Foods | 1100 Marlin Court, Waukesha WI 53186 | Unknown |
| Refreshing Great Lakes LLC | Town of Cicero | 4949 West Cermak Road, Cicero IL 60804 | Unknown |
| Refreshing Great Lakes LLC | Transportation Repairs & Service | 7001 Santa Fe Dr, Hodgkins IL 60525 | Unknown |
| Refreshing Great Lakes LLC | Tri-State Disposal | 13903 S Ashland Ave, Riverdale IL 60827 | Unknown |
| Refreshing Great Lakes LLC | Uline | PO Box 88741, Chicago IL 60680 | Unknown |
| Refreshing Great Lakes LLC | UltraVend Service INC | 105 W Fay Ave, Addison IL 60101 | Unknown |
| Refreshing Great Lakes LLC | Universal Vending Management | 425 North Ave East, PO Box 130, Westfield NJ 07091 | Unknown |
| Refreshing Great Lakes LLC | USI Financial | POB 1323, Des Moines IA 50306 | Unknown |
| Refreshing Great Lakes LLC | V.J.I. | 7400 S Narragansett, Bedford Park IL 60638 | Unknown |
| Refreshing Great Lakes LLC | VE Solutions/Vendors Exchange Intl. | 8700 Brookpark Rd, Cleveland OH 44129 | Unknown |
| Refreshing Great Lakes LLC | Vending Group | 3865 Holcomb Bridge Rd, Norcross GA 30092 | Unknown |
| Refreshing Great Lakes LLC | Vendors Exchange | 8700 Brookpark Rd, Cleveland OH 44129 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Great Lakes LLC | Village of Bridgeview | 7500 S Oketo Ave, Bridgeview IL 60455 | Unknown |
| Refreshing Great Lakes LLC | Village of Brookfield | 8820 Brookfield Ave, Brookfield IL 60513 | Unknown |
| Refreshing Great Lakes LLC | Village of Elk Grove | 901 Wellington Ave, Elk Grove Village IL 60007 | Unknown |
| Refreshing Great Lakes LLC | Village of Lansing | 3141 Ridge Road, Lansing IL 60438 | Unknown |
| Refreshing Great Lakes LLC | Village of McCook | 5000 Glencoe Ave, McCook IL 60525 | Unknown |
| Refreshing Great Lakes LLC | Village of Minooka | 121 E McEvilly Road, Minooka IL 60447 | Unknown |
| Refreshing Great Lakes LLC | Village of Tinley Park | 16250 S Oak Park Ave, Tinley Park IL 60477 | Unknown |
| Refreshing Great Lakes LLC | Village of Wheeling | 2 Community Blvd, Wheeling IL 60090 | Unknown |
| Refreshing Great Lakes LLC | Village of Woodridge | 5 Plaza Dr, Woodridge IL 60517 | Unknown |
| Refreshing Great Lakes LLC | Vistar Corporation | PO Box 784866, Philadelphia PA 19178 | Unknown |
| Refreshing Great Lakes LLC | Warehouse Direct | PO Box 772570, Chicago IL 60677 | Unknown |
| Refreshing Great Lakes LLC | Water Services Co | 848 Olive St, Elgin IL 60120 | Unknown |
| Refreshing Great Lakes LLC | WaterStation Technology | 2732 Grand Ave #122, Everett WA 98201 | Unknown |
| Refreshing Great Lakes LLC | Webb Chevrolet Oak Lawn | 9440 S Cicero Ave, Oak Lawn IL 60453 | Unknown |
| Refreshing Great Lakes LLC | Webb Chevrolet Plainfield | 16140 S Lincoln Hwy, Plainfield IL 60586 | Unknown |
| Refreshing Great Lakes LLC | West Chicago Park District | 201 W National West, Chicago IL 60185 | Unknown |
| Refreshing Great Lakes LLC | Whispering Springs | 3443 S 1200 W-57, Pierceton IN 46562 | Unknown |
| Refreshing Great Lakes LLC | Wilrae/VIP Tire | 9200 S Harlem Ave, Bridgeview IL 60455 | Unknown |
| Refreshing Great Lakes LLC | Wood Dale Park District | 111 E Foster Ave, Wood Dale IL 60191 | Unknown |
| Refreshing Great Lakes LLC | Woodfield Financial Ctr | 1375 E Woodfield Rd, Schaumburg IL 60173 | Unknown |
| Refreshing Texas LLC | 501 Automotive | 3665 ESTES PARKWAY, Longview TX 75603 | Unknown |
| Refreshing Texas LLC | ABC Home & Commercial Services | 9475 E HWY 290, Austin TX 78724 | Unknown |
| Refreshing Texas LLC | Ace Hardware | 2200 Kensington Court, Attn: Bankruptcy Unit, Oak Brook IL 60523 | Unknown |
| Refreshing Texas LLC | Adt Commercial- Everon | PO Box 219044, Kansas City MO 64121 | Unknown |
| Refreshing Texas LLC | Airgas | POB 734671, Dallas TX 75373 | Unknown |
| Refreshing Texas LLC | Alice W. Douse KISD | 700 Rebecca Lynn Lane, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | All Vend  Management | PO Box 530729, Grand Prairie TX 75053 | Unknown |
| Refreshing Texas LLC | Alliant Coffee Solutions | 110 W Dayton St Bldg 3-201, Edmonds WA 98020 | Unknown |
| Refreshing Texas LLC | Amazon Marketplace | 410 Terry Ave. N , Seattle WA 98109 | Unknown |
| Refreshing Texas LLC | Anchor Safeyt,Inc. | POB 10030, Longview TX 75608 | Unknown |
| Refreshing Texas LLC | AQUA TEXAS, INC | POB 70279, Philadelphia PA 19176 | Unknown |
| Refreshing Texas LLC | At&T | 208 S Akard St., Attn: Bankruptcy Unit, Dallas TX 75201 | Unknown |
| Refreshing Texas LLC | Atmos Energy. | POB 740353, Cincinnati OH 45274 | Unknown |
| Refreshing Texas LLC | Audie Murphy KISD | 53395 Sun Dance Dr, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Axis Designs | 1750 EASTWOOD DRIVE, Aurora IL 60506 | Unknown |
| Refreshing Texas LLC | Banc Card | 7347 Charlotte Pike, Nashville TN 37209 | Unknown |
| Refreshing Texas LLC | Baus Systems,LLC | 4727 44TH AVE SW, SUITE 202, Seattle WA 98116 | Unknown |
| Refreshing Texas LLC | Billy Craig Service Center. | 214 W 1st Street, Mount Pleasant TX 75455 | Unknown |
| Refreshing Texas LLC | Bon Appetit Global, Inc | 4820 E 50TH ST, Vernon CA 90058 | Unknown |
| Refreshing Texas LLC | Borden's -Dennis Sallee | POB 972431, Dallas TX 75397 | Unknown |
| Refreshing Texas LLC | Bowie Cass Electric Coop | PO Box 47, Douglassville  TX 75560 | Unknown |
| Refreshing Texas LLC | Brightcoop. | P.O. Box 635001, Nacogdoches TX 75963 | Unknown |
| Refreshing Texas LLC | Brinks Home Security | 1990 Wittington Place, Dallas TX 75235 | Unknown |
| Refreshing Texas LLC | Brookhaven KISD | 3221 Hillard Ave, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Brothers Tire Shop | 914 US HWY 79 N, Henderson TX 75652 | Unknown |
| Refreshing Texas LLC | C.E. Ellison | 909 E ELMS RD, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | C.E. Ellison | 909 E ELMS RD, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | C.R. Clements Elementary School | 1115 Norther Dancer, Copperas Cove TX 76522 | Unknown |
| Refreshing Texas LLC | Caliber Collision | 5300 E CENTRAL TEXAS EXPY, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Caraday of Mt Pleasant (Willow Creek) | 501 Yates St, Mt Vernon TX 75457 | Unknown |
| Refreshing Texas LLC | Cedar Valley KISD | 4801 Chantz Drive, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Cenikor Foundation | 1827 W GENTRY PARKWAY, Tyler TX 75702 | Unknown |
| Refreshing Texas LLC | Centerpoint Energy. | PO Box 4583, Houston TX 77210 | Unknown |
| Refreshing Texas LLC | Central Texas Regional Mobility Authority | 3300 N Interstate 35 Frontage Rd, Austin TX 78705 | Unknown |
| Refreshing Texas LLC | CG ROXANNE | Dept CH 16405, Palatine IL 60055 | Unknown |
| Refreshing Texas LLC | CGM | 12101 N Macarthur Blvd #A204, Oklahoma City OK 73162 | Unknown |
| Refreshing Texas LLC | Challenger Tire | 12108 FM 529, Houston TX 77041 | Unknown |
| Refreshing Texas LLC | Changer Services | 2339 Waters Drive, Mendota Heights MN 55120 | Unknown |
| Refreshing Texas LLC | CHAPARRAL HIGH SCHOOL | 4400 CHAPARRAL RD, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Chapel Hill Storage | 428 Mt Pleasant, Mount Pleasant TX 75456 | Unknown |
| Refreshing Texas LLC | Charles E. Patterson KISD | 8383 W Trimmier Rd, Killeen TX 46542 | Unknown |
| Refreshing Texas LLC | Cirro Energy | PO Box 2229, Houston TX 77252 | Unknown |
| Refreshing Texas LLC | City of Dallas | PO Box 660025, Dallas TX 75603 | Unknown |
| Refreshing Texas LLC | City Of Harker Heights | 305 MILLERS CROSSING, Harker Heights TX 76548 | Unknown |
| Refreshing Texas LLC | City of Killeen | PO Box 1329, Killeen TX 76540 | Unknown |
| Refreshing Texas LLC | City Of Longview | PO Box 1952, ATTN: JAYE LATCH, Longview TX 75606 | Unknown |
| Refreshing Texas LLC | City of Odessa | 411 W 8th St, Odessa TX 79761 | Unknown |
| Refreshing Texas LLC | Clarke KISD | 51612 Comanche Ave, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Clear Creek KISD | 4800 Washington St, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Clifton Park KISD | 1801 So Second St, Killeen TX 76541 | Unknown |
| Refreshing Texas LLC | Coca-Cola Southwest Beverages | PO Box 744010, Atlanta GA 30384 | Unknown |
| Refreshing Texas LLC | Construction Credit & Finance Group, LLC | 9160 FORUM CORPORATE PKWY, SUITE 35, Fort Myers FL 33905 | Unknown |
| Refreshing Texas LLC | Conterra Networks | PO  Box  2707, Longview TX 75606 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Texas LLC | Cook Compression | 1780 Hughes Landing Blvd, Suite 700, The Woodlands TX 77380 | Unknown |
| Refreshing Texas LLC | Copperas Cove High School | 400 S 25th St, Copperas Cove TX 76522 | Unknown |
| Refreshing Texas LLC | Cruise Crew Services LLC | 247 Harbor Bend Lane, Dickenson TX 77539 | Unknown |
| Refreshing Texas LLC | Cummins-Allison Corp. | PO Box 931958, Atlanta GA 31193 | Unknown |
| Refreshing Texas LLC | Cybertex Institute of Technology | 2002 FLORENCE RD, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | D&E Tire & Auto Services, LLC | 10103 TANNER RD, Houston TX 77041 | Unknown |
| Refreshing Texas LLC | Data Max, Inc. | PO Box 2235, Louis MO 63109 | Unknown |
| Refreshing Texas LLC | Delta IAH Event Committee | 3110 S Terminal Rd, Houston TX 77032 | Unknown |
| Refreshing Texas LLC | Disa Global Solutions | PO Box 123731, Dallas TX 75312 | Unknown |
| Refreshing Texas LLC | Distant Lands Coffee Roaster | 25185 NETWORK PLACE, Chicago IL 60673 | Unknown |
| Refreshing Texas LLC | DISTRICT 7 GAME ROOM | 53 TROPICANA AVE, Odessa TX 79764 | Unknown |
| Refreshing Texas LLC | Dodge Country | 1902 E CENTRAL TEXAS EXPY, Killeen TX 76541 | Unknown |
| Refreshing Texas LLC | Dr. Joseph A Fowler KISD | 4910 Katy Creek Lane, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | East Texas Airport | 269 TERMINAL CIRCLE, Longview TX 75603 | Unknown |
| Refreshing Texas LLC | Eastern Hills KISD | 300 Indian Trail, Harker Heights TX 46548 | Unknown |
| Refreshing Texas LLC | El Paso Electric | 13511 Montana Ave, El Paso TX 79938 | Unknown |
| Refreshing Texas LLC | Elderville Water Supply Corp. | PO Box 7344, Longview TX 75607 | Unknown |
| Refreshing Texas LLC | Etech | 1903 BERRY DRIVE, Nacogdoches TX 75964 | Unknown |
| Refreshing Texas LLC | Expo Inn & Suites | 235 W LOOP 121, Belton TX 76513 | Unknown |
| Refreshing Texas LLC | Fort Bend County Toll Road Auth | 1 Fluor Daniel Drive, Sugar Land TX 77478 | Unknown |
| Refreshing Texas LLC | Frito-Lay | 75 REMITTANCE DR STE 1844, Chicago IL 60675 | Unknown |
| Refreshing Texas LLC | GATEWAY HIGH SCHOOL | 4100 ZEPHYR RD, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Geo Group | 10950 BEAUMONT HWY, Houston TX 77078 | Unknown |
| Refreshing Texas LLC | Global Vending Mgmt | 3599 23rd Ave S, Suite 11, Lake Worth FL 33461 | Unknown |
| Refreshing Texas LLC | Graphics That Pop | 1620 E STATE HWY 121, BLDG A SUITE 100, Lewisville TX 75056 | Unknown |
| Refreshing Texas LLC | Graybar Financial Services | PO Box 5066, Hartford CT 06102 | Unknown |
| Refreshing Texas LLC | Greenhill Villas of Mt. Pleasant | 2530 Greenhill Rd, Mount Pleasant TX 75455 | Unknown |
| Refreshing Texas LLC | Gregg County | 2777 N. Stemmons Freeway, c/o John Kendrick Turner, Dallas TX 75207 | Unknown |
| Refreshing Texas LLC | Harris County Alarm Detail | PO Box 4049, Houston TX 77041 | Unknown |
| Refreshing Texas LLC | Hay Branch KISD | 6101 Westcliff Rd, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Haynes KISD | 3309 W Canadian River Loop, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | Henderson County Texas | 125 N PRAIREVILLE STE 202, Athens TX 75751 | Unknown |
| Refreshing Texas LLC | House Creek Elementary School | 351 Lutheran Church Rd, Copperas Cove TX 76522 | Unknown |
| Refreshing Texas LLC | Houston Area Safety Council | 7720 Spencer Hwy, Pasadena TX 77505 | Unknown |
| Refreshing Texas LLC | Houston Tea & Beverage, LLC | 7703 CANNON ST, Houston TX 77021 | Unknown |
| Refreshing Texas LLC | Iduma KISD | 4400 Foster Lane, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | Internal Revenue Service | P. O. Box 932700, Louisville KY 70293 | Unknown |
| Refreshing Texas LLC | Ira Cross Jr. KISD | 1910 Herndon Dr, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | J & M Automotive,Inc. | 2727 N. Elm, Denton TX 76201 | Unknown |
| Refreshing Texas LLC | Jackson Professional Learning Center | 902 Rev RA Abercrombie Dr, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Jo A Duke Properties | 4078 BELL MEADOWS DR, Longview TX 75605 | Unknown |
| Refreshing Texas LLC | Joe Permenter Enterprises, LLC | PO Box 1362, Lindale TX 75771 | Unknown |
| Refreshing Texas LLC | JW Automotive | 1323 US 79, Henderson TX 75652 | Unknown |
| Refreshing Texas LLC | Kilgore ISD | 301 N KILGORE ST, Kilgore TX 75662 | Unknown |
| Refreshing Texas LLC | Killeen Elementary | 1608 E RANCIER AVE, Killeen TX 76541 | Unknown |
| Refreshing Texas LLC | Killeen High School | 500 N 38TH ST, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Killeen ISD Early College High School | 51000 TANK DESTROYER BLVD, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Killeen Learning Support Services | 902 N 10th St, Killeen TX 76541 | Unknown |
| Refreshing Texas LLC | Killeen Management Services | 300 West Central Texas Expressway, Killeen TX 76541 | Unknown |
| Refreshing Texas LLC | Killeen Pest Control | PO Box 282, Killeen TX 76540 | Unknown |
| Refreshing Texas LLC | KISD Administration | 200 N WS Young Dr, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | KISD Bus Barn | 200 N WS Young Dr, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | KISD Bus Maintenance | 200 N WS Young Dr, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | KISD Career Center | 1320 STAGECOACH RD, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | KISD Purchasing | 200 N WS Young Dr, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | LANDSTAR RANGER, INC | PO Box 784293, Philadelphia PA 19178 | Unknown |
| Refreshing Texas LLC | Liberty Hill KISD | 4500 Kit Carson Trail, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Lighthouse | PO Box 631416, Cincinnati OH 45263 | Unknown |
| Refreshing Texas LLC | Lovett Ledger Elementary School | 909 Courtney Lane, Copperas Cove TX 76522 | Unknown |
| Refreshing Texas LLC | Mae Stevens Early Learning Academy | 302 Manning Drive, Copperas Cove TX 76522 | Unknown |
| Refreshing Texas LLC | Manor KISD | 1700 S WS Young Dr, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Marshall Manor | 1007 S WASHINGTON AVE, Marshall TX 75670 | Unknown |
| Refreshing Texas LLC | Marshall Manor-West | 207 W MERRITT, Marshall TX 75670 | Unknown |
| Refreshing Texas LLC | Martinez Food Co, LLC | PO Box 1034, Elgin TX 78621 | Unknown |
| Refreshing Texas LLC | Maude Moore Wood KISD | 6410 Morganite Lane, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Maxdale KISD | 2600 Weestwood Dr, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | MCH | 500 W 4th St, Odessa TX 79761 | Unknown |
| Refreshing Texas LLC | MCH | 500 W 4th St, Odessa TX 79761 | Unknown |
| Refreshing Texas LLC | Meadows KISD | 423 27th St, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Mikes Wholesale | 707 TX-110, Whitehouse TX 75791 | Unknown |
| Refreshing Texas LLC | Miss Jewell Elementary School | 710 S 5th St, Copperas Cove TX 76522 | Unknown |
| Refreshing Texas LLC | Montague KISD | 84001 Clement Drive, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Motel 6 Monahans | 701 W Service Rd I-20, Attn: Jatin Patel, Monahans TX 79756 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Texas LLC | Mountain View KISD | 500 ountain Lion Rd, Harker Heights TX 76548 | Unknown |
| Refreshing Texas LLC | Mt Pleasant Auto Work | 60 FM 1735, Mount Pleasant TX 75455 | Unknown |
| Refreshing Texas LLC | Mt Vernon Isd | 501 Hwy 37, Mt Vernon TX 75457 | Unknown |
| Refreshing Texas LLC | National Vending | 8040 University Blvd, Clive IA 50325 | Unknown |
| Refreshing Texas LLC | National Vending - Odessa | 8040 University Blvd, Clive IA 50325 | Unknown |
| Refreshing Texas LLC | NE TX Farmers Co-Op | 428 Jackson St North, Sulphur Springs TX 75482 | Unknown |
| Refreshing Texas LLC | Nextech Fire And Security, LLC | PO Box 201199, Arlington TX 76006 | Unknown |
| Refreshing Texas LLC | Noble Security- Alert 360 | 360 PO Box 936942, Atlanta GA 31193 | Unknown |
| Refreshing Texas LLC | Nogales Produce, Inc | 8220 FORNEY RD, Dallas TX 75227 | Unknown |
| Refreshing Texas LLC | Nolan KISD | 1600 Warriors Path, Harker Heights TX 76548 | Unknown |
| Refreshing Texas LLC | Nolanville Kisd | 901 Old Nolanville Rd, Nolanville TX 76559 | Unknown |
| Refreshing Texas LLC | North Texas Tollway Authority | PO Box 660244, Dallas TX 75266 | Unknown |
| Refreshing Texas LLC | Nuchoice Foods | 4569 S. WESTMORELAND RD, Dallas TX 75237 | Unknown |
| Refreshing Texas LLC | Odessa College | 201 W UNIVERSITY BLVD, Odessa TX 79764 | Unknown |
| Refreshing Texas LLC | Odessa Maids, LLC | 414 S GRANDVIEW AVE, Odessa TX 79761 | Unknown |
| Refreshing Texas LLC | Oveta Culp Hobby | 53210 Lost Moccasin, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Palo Alto KISD | 2301 W Elms Rd, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | Parlevel Systems | 1518 South Alamo Street, Suite 100, San Antonio TX 78204 | Unknown |
| Refreshing Texas LLC | Pat Carney KISD | 5501 Azura Wy, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | Pathways Academic Campus | 1322 STAGECOACH RD, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | PATRIOT BUICK GMC | 4600 E CENTRAL TEXAS EXPY, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Pediatric Clinic of Mt Pleasant | 2001 N Jefferson, Mount Pleasant TX 75455 | Unknown |
| Refreshing Texas LLC | Peebles KISD | 1800 N WS Young Drive, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Pershing Park KISD | 1500 W Central TX Expressway, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | Precision Vending Equipment | PO Box 1470, Buda TX 78610 | Unknown |
| Refreshing Texas LLC | Priefert Manufacturing Co, Inc | 2630 S Jefferson Ave, Mount Pleasant TX 75455 | Unknown |
| Refreshing Texas LLC | Prime Capital Management | 1701 E Yandell Dr, El Paso TX 79902 | Unknown |
| Refreshing Texas LLC | Professional Lawn Care | 5702 NW 36th St, Oklahoma City OK 73122 | Unknown |
| Refreshing Texas LLC | Rancier KISD | 3301 Hilliard Ave, Killeen TX 76543 | Unknown |
| Refreshing Texas LLC | Readyrefresh | PO Box 856680, Louisville KY 40285 | Unknown |
| Refreshing Texas LLC | Reeces Creek KISD | 400 S Stan Schlueter Loop, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Refreshing USA | 2732 Grand Ave Suite 122, Everett WA 98201 | Unknown |
| Refreshing Texas LLC | Region 7 | 1909 N. Longview St., Kilgore TX 75662 | Unknown |
| Refreshing Texas LLC | Republic Services | P.O. Box 78829, Phoenix AZ 85062 | Unknown |
| Refreshing Texas LLC | Richard E. Cavazos Kisd | 1200 N 10th St, Nolanville TX 76559 | Unknown |
| Refreshing Texas LLC | Richard Milburn Charter School | 2419 N COUNTY RD W #100, Odessa TX 79763 | Unknown |
| Refreshing Texas LLC | Roadrunner - Recycling | PO Box 6011, Hermitage PA 16148 | Unknown |
| Refreshing Texas LLC | Robert M. Shoemaker | 3302 S CLEAR CREEK ROAD, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | Romex Pest Control | 6829 K Ave #104, Plano TX 75074 | Unknown |
| Refreshing Texas LLC | Roy E. Smith KISD | 6000 Brushy Creek Dr, Killeen TX 76549 | Unknown |
| Refreshing Texas LLC | RSM Supply | 2009 COTTON STREET, Longview TX 75602 | Unknown |
| Refreshing Texas LLC | Rusk County Electric | PO Box 1169, Henderson TX 75653 | Unknown |
| Refreshing Texas LLC | S & H Contractors,Inc. | 15393 HIGHWAY 322 N, Longview TX 75603 | Unknown |
| Refreshing Texas LLC | S.C. Lee Junior High School | 1205 Courtney Lane, Copperas Cove TX 76522 | Unknown |
| Refreshing Texas LLC | S-4 Communications | 9702 Bissonnet Street, Houston TX 77036 | Unknown |
| Refreshing Texas LLC | Sadler's BBQ | 1206 N FRISCO ST, Henderson TX 75652 | Unknown |
| Refreshing Texas LLC | Saegert KISD | 5600 Schorn Dr, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Sam'S Club | 3310 N 4TH ST, Longview TX 75605 | Unknown |
| Refreshing Texas LLC | San Antonio Waste System | PO Box 650989, Dallas TX 75265 | Unknown |
| Refreshing Texas LLC | Sanitation Solutions | Waste Connection, PO Box 6190, Paris TX 75461 | Unknown |
| Refreshing Texas LLC | Skipcha KISD | 515 Prospector Trail, Harker Heights TX 76548 | Unknown |
| Refreshing Texas LLC | Southwest International Trucks | PO Box 560685, Dallas TX 75356 | Unknown |
| Refreshing Texas LLC | Southwest Solutions. | P.O. Box 3396, Kilgore TX 75663 | Unknown |
| Refreshing Texas LLC | Sparklight | 4701 E. 52nd St., Odessa TX 79762 | Unknown |
| Refreshing Texas LLC | Spectrum | PO Box 733619, Dallas TX 75373 | Unknown |
| Refreshing Texas LLC | Stallion Repair Services | 14518 HEMPSTEAD RD, SUITE 3M, Houston TX 77040 | Unknown |
| Refreshing Texas LLC | Staples | 500 Staples Drive, Framingham MA 01702 | Unknown |
| Refreshing Texas LLC | Studio 7 | 480 E VETERANS BLVD, Harker Heights TX 76548 | Unknown |
| Refreshing Texas LLC | Sulphur Springs ISD | 631 Connally St, Sulphur Springs TX 75482 | Unknown |
| Refreshing Texas LLC | Sysco | 1390 Enclave Parkway, Houston TX 77077 | Unknown |
| Refreshing Texas LLC | T & T Lawn Care | 1107 HOUSTON ST, Kilgore TX 75662 | Unknown |
| Refreshing Texas LLC | Take 5 Oil Change LLC | PO Box 620130, Middleton WI 53562 | Unknown |
| Refreshing Texas LLC | Technology Services Center | 104 E Beeline Lane, Harker Heights TX 76548 | Unknown |
| Refreshing Texas LLC | Texas Comptroller | PO Box 149348, Austin TX 78714 | Unknown |
| Refreshing Texas LLC | Texas Farm Products | PO Box 630009, Nacogdoches TX 75963 | Unknown |
| Refreshing Texas LLC | Texas Fire & Safety | PO Box 7654, Waco TX 76714 | Unknown |
| Refreshing Texas LLC | Texas Pest Services | PO Box 6294, Longview TX 75608 | Unknown |
| Refreshing Texas LLC | Texas State Comptroller Of Public Account | PO Box 13528, Austin TX 78711-3528 | Unknown |
| Refreshing Texas LLC | Texas State Tech. College | 2650 E EAST END BLVD S, Marshall TX 75672 | Unknown |
| Refreshing Texas LLC | Texas State Technical College - Killeen | 3801 CAMPUS DR, ATTN: PURCHASING, Waco TX 76705 | Unknown |
| Refreshing Texas LLC | The American Bottling Company | PO Box 910433, Dallas TX 75391 | Unknown |
| Refreshing Texas LLC | Timber Ridge KISD | 5402 White Rock Dr, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Titus Regional Hospital | 2001 N Jefferson, Mount Pleasant TX 75455 | Unknown |
| Refreshing Texas LLC | Top Hat Trailers | PO Box 40, Naples TX 75568 | Unknown |
| Refreshing Texas LLC | Tri-Mason Distribution | 1204 Patroon St., San Augustine TX 75972 | Unknown |

| Merged Subsidiary | Creditor Name | Address | Claim Amt |
|---|---|---|---|
| Refreshing Texas LLC | Trimmier KISD | 4400 Success Dr, Killeen TX 76542 | Unknown |
| Refreshing Texas LLC | Uline | PO Box 88741, Chicago IL 60680 | Unknown |
| Refreshing Texas LLC | Union Grove KISD | 101 E Iowa Dr, Harker Heights TX 76548 | Unknown |
| Refreshing Texas LLC | UPS | 55 Glenlake Pkwy NE, Attn: Bankr. Unit, Atlanta GA 30328 | Unknown |
| Refreshing Texas LLC | UTPB | 4901 E UNIVERSITY BLVD, Odessa TX 79762 | Unknown |
| Refreshing Texas LLC | Venable Village KISD | 60160 Venable Rd, Fort Hood TX 76544 | Unknown |
| Refreshing Texas LLC | Verizon | PO Box 15043, Albany NY 12212 | Unknown |
| Refreshing Texas LLC | Vistar | PO Box 951080, Ref # 10411272, Dallas TX 75395 | Unknown |
| Refreshing Texas LLC | Vistar | PO Box 951080, Ref # 10413832, Dallas TX 75395 | Unknown |
| Refreshing Texas LLC | Vistar | PO Box 951080, Ref # 10418365, Dallas TX 75395 | Unknown |
| Refreshing Texas LLC | Vistar | PO Box 951080, Ref # 10418807, Dallas TX 75395 | Unknown |
| Refreshing Texas LLC | Vistar | PO Box 951080, Ref # 10452723, Dallas TX 75395 | Unknown |
| Refreshing Texas LLC | Vivint | 4931 North 300 West, Attn: Bankr. Unit, Provo UT 84604 | Unknown |
| Refreshing Texas LLC | Walmart | 702 Sw 8th St., Attn: Bankr. Unit, Bentonville AR 72716-6209 | Unknown |
| Refreshing Texas LLC | Waste Management | PO Box 660345, Dallas TX 75266 | Unknown |
| Refreshing Texas LLC | Westward Trails Rehab & Healthcare | 3001 WESTWARD DRIVE, Nacogdoches TX 75964 | Unknown |
| Refreshing Texas LLC | Whispering Pines Lodge | 2131 ALPINE ROAD, Longview TX 75601 | Unknown |
| Refreshing Texas LLC | Wiarcom Inc | 6001 Savoy Dr., Houston TX 77036 | Unknown |
| Refreshing Texas LLC | Willow Springs KISD | 2501 WSTAN SCHLUETER LOOP, Killeen TX 76549 | Unknown |

Debtor   **Refreshing USA, LLC**
_____
Name

Case number (if known)   **24-01863-11**
_____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **0.00**

| Fill in this information to identify the case: |
|---|

Debtor name **Refreshing USA, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **24-01863-11**

■ Check if this is an
amended filing

Official Form 206G

# 1st Supplemental Schedule G: Executory Contracts and Unexpired Leases

12/15 **Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** |
| State the term remaining | |
| List the contract number of any government contract | **200 Leslie Condo Association Inc**<br>**200 Leslie Dr**<br>**Hallandale, FL 33009** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** |
| State the term remaining | |
| List the contract number of any government contract | **7222 Cermak Bldg**<br>**7222 W Cermak N**<br>**Riverside, IL 60546** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** |
| State the term remaining | |
| List the contract number of any government contract | **A&D Foods**<br>**65 Crestridge Dr**<br>**Suwanee, GA 30024** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Washington.** |
| State the term remaining | |
| List the contract number of any government contract | **Acroowood Corp**<br>**4425 S 3rd Ave**<br>**Everett, WA 98203** |

Debtor 1  **Refreshing USA, LLC**
First Name      Middle Name      Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ACS**<br>**2755 Northwoods Pkwy**<br>**Norcross, GA 30071** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aero Post**<br>**9950 NW 17th St**<br>**Doral, FL 33172** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aero Post**<br>**9250 NW 17th St**<br>**Doral, FL 33172** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aero Post**<br>**9950 NW 17th St**<br>**Doral, FL 33172** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing USA.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Albuqueque Public Schools**<br>**PO Box 25704**<br>**Albuquerque, NM 87125** |

Debtor 1    **Refreshing USA, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)    **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was GW Services of SWFL.** |
| State the term remaining | |
| List the contract number of any government contract | **Allure Suites**<br>**9200 College Pkwy**<br>**Fort Meyers, FL 33919** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** |
| State the term remaining | |
| List the contract number of any government contract | **Alpha Stone**<br>**4723 Exchange Ave**<br>**Naples, FL 34104** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** |
| State the term remaining | |
| List the contract number of any government contract | **Amara Apts**<br>**2928 E Osborn Rd**<br>**Phoenix, AZ 85016** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** |
| State the term remaining | |
| List the contract number of any government contract | **American Eagle Instruments**<br>**6575 Butter Creek Rd**<br>**Missoula, MT 59808** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** |
| State the term remaining | |
| List the contract number of any government contract | **Apollo Condomiumn**<br>**900 S Collier Blvd**<br>**Marco, FL 34145** |

24-01863-FPC11      Doc 664      Filed 03/11/25      Entered 03/11/25 16:34:24      Pg 65 of 117

Debtor 1    **Refreshing USA, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Ardella Apts** |
| | List the contract number of any government contract | | **12435 N 28th Dr**<br>**Phoenix, AZ 85029** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Full Line/Micro Market Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Army and Air Force Exchange Service** |
| | List the contract number of any government contract | | **9503 Rainier Dr. Log Center MS46**<br>**JBLM, WA 98433** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Atlantic 2** |
| | List the contract number of any government contract | | **21150 Point Place**<br>**Aventura, FL 33180** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | **Audi/VW** |
| | List the contract number of any government contract | | **601 Airport Rd**<br>**Naples, FL 34104** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | **Bayfront Salon Suites** |
| | List the contract number of any government contract | | **1333 3rd Ave S**<br>**Naples, FL 34102** |

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 66 of 117



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | **Baymont Inn** |
| | List the contract number of any government contract | | **12801 S Cicero Ave** |
| | | | **Alsip, IL 60803** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for premises located at 121 and 131 Bells Ferry Lane, Marietta, GA. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | **BBV ATL LLC** |
| | List the contract number of any government contract | | **c/o Jim Brinton** |
| | | | **11069 Champagne Point Dr. NE** |
| | | | **Kirkland, WA 98034** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing USA.** | |
|---|---|---|---|
| | State the term remaining | | **Berkmar Middle School** |
| | List the contract number of any government contract | | **4355 Lawrenceville Hwy** |
| | | | **Lilburn, GA 30047** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | **Best Western Plaza Hotel** |
| | List the contract number of any government contract | | **6400 Dudley Ln** |
| | | | **Naples, FL 34105** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** | |
|---|---|---|---|
| | State the term remaining | | **Big Easy Casino** |
| | List the contract number of any government contract | | **831 Federal Hwy** |
| | | | **Hallandale, FL 33009** |

24-01863-FPC11     Doc 664     Filed 03/11/25     Entered 03/11/25 16:34:24     Pg 67 of 117

Debtor 1    **Refreshing USA, LLC**                                    Case number *(if known)*    **24-01863-11**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Florida.**

State the term remaining

List the contract number of any government contract

**Big Easy Casino 23
831 N Federal Hwy
Hallandale, FL 33009**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Washington.**

State the term remaining

List the contract number of any government contract

**Brewe Layman Law Office
3525 Colby Ave
Everett, WA 98201**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Washington.**

State the term remaining

List the contract number of any government contract

**Brewe Layman Law Office
3525 Colby Ave
Everett, WA 98201**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

**Brook and Whittle
1026 Firestone Pkwy
Lavergne, TN 37086**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**C'mon Inn
2775 Expo Parkway
Missoula, MT 59808**

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 68 of 117

Debtor 1   **Refreshing USA, LLC**
    First Name        Middle Name       Last Name

Case number (*if known*)   **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Summit Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Caloosa Middle School** |
| | List the contract number of any government contract | | **610 Del Prado Blvd** **Cape Coral, FL 33990** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Camelback Cove Apts** |
| | List the contract number of any government contract | | **4802 N 12th St** **Phoenix, AZ 85014** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Carleton Club Apartments** |
| | List the contract number of any government contract | | **17425 N 19th Ave** **Phoenix, AZ 85023** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Texas.** | |
|---|---|---|---|
| | State the term remaining | | **Centre at Grande** |
| | List the contract number of any government contract | | **3219 E Grande Blvd** **Tyler, TX 75707** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | **City of Elk Grove** |
| | List the contract number of any government contract | | **8401 Laguna Palms Way** **Elk Grove, CA 95758** |

Debtor 1   **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing USA.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **City of Marco Island**<br>**50 Bald Eagle Drive**<br>**Marco Island, FL 34145** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **City of Mountlake Terrace**<br>**23204 58th Ave. W.**<br>**Mountlake, WA 98043** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **City of Naples Police Dept**<br>**355 Riverside Crl**<br>**Naples, FL 34102** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **City of Naples Police Dept**<br>**355 Riverside Crl**<br>**Naples, FL 34102** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Classic Residence Hyatt in Aventura**<br>**19333 West Country Club Drive**<br>**Aventura, FL 33180** |

24-01863-FPC11      Doc 664      Filed 03/11/25      Entered 03/11/25 16:34:24      Pg 70 of 117

Debtor 1   **Refreshing USA, LLC**                 Case number (*if known*)   **24-01863-11**

       First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Club Pelican Bay<br>707 Gulf Park Dr<br>Naples, FL 34108** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Collier Car Care<br>6220 Collier Blvd<br>Naples, FL 34114** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Collier Car Career Center<br>6220 Collier Blvd<br>Naples, FL 34114** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Connect on Missouri<br>1737 W Missouri Ave<br>Phoenix, AZ 85015** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cook Compression<br>2605 W 42nd St<br>Odessa, TX 79764** |

Debtor 1 **Refreshing USA, LLC**                                        Case number *(if known)* **24-01863-11**
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corkscrew Elem**<br>**1065 CR 858**<br>**Naples, FL 34129** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corkscrew Elem**<br>**1065 CR 858**<br>**Naples, FL 34129** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corkscrew Middle School**<br>**1165 CR 858**<br>**Naples, FL 34129** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Coronado Laundry**<br>**5030 Coronado Pkwy**<br>**Naples, FL 34116** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Coronodo Apartments**<br>**1865 E Broadway Rd**<br>**Tempe, AZ 85282** |

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 72 of 117

| Debtor 1 | **Refreshing USA, LLC** | | Case number (*if known*) | **24-01863-11** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Texas.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **County of Bell**<br>**PO Box 454**<br>**Belton, TX 76513** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CSPI**<br>**1182 E Newport Center Dr**<br>**Deerfield, FL 33442** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cumulus Media NBC Towers**<br>**455 N Cityfront Plaza Dr**<br>**Chicago, IL 60611** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Current Pool Aquatics**<br>**600 Cregg Lane**<br>**Missoula, MT 59801** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Day's Inn EastCampus Inn**<br>**744 E Broadway**<br>**Missoula, MT 59802** |

Debtor 1  **Refreshing USA, LLC**
       First Name          Middle Name         Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Midwest.**

State the term remaining

List the contract number of any government contract

**Dayton Wright Brothers Airport**
**3600 Terminal Dr Suite 300**
**Vandalia, OH 45377**

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Delta Airlines**
**Ft Lauderdale Airport Terminal 2**
**Fort Lauderdale, FL 33315**

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

**Dept Service for the Blind**
**4565 7th Ave SE**
**Lacey, WA 98503**

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Desert Sky Apartments**
**4620 W. McDowell Rd**
**Phoenix, AZ 85031**

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Desert Wind Apts**
**4140 W McDowell Rd**
**Phoenix, AZ 85009**

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 74 of 117

Debtor 1 **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dillard's 937**<br>**2901 Brooks St**<br>**Missoula, MT 59801** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Summit Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Diplomate Elementary School**<br>**1115 NE 16th Terrace**<br>**Cape Coral, FL 33909** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was National Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Direct TV**<br>**4900 Technology Ct**<br>**Missoula, MT 59808** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Doxim**<br>**25 Crestridge Dr**<br>**Suwanee, GA 30024** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Midwest.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Drew Health Center**<br>**1323 West Third St**<br>**Dayton, OH 45407** |

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 75 of 117

Debtor 1  **Refreshing USA, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **24-01863-11**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dunbar Middle School**<br>**4750 Winkler Ave**<br>**Fort Meyers, FL 33966** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Summit Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Edgewood Elementary Academy**<br>**3464 Edgewood Ave**<br>**Fort Meyers, FL 33916** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was VendPro.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Everett Mall**<br>**1402 SE Everett Mall Way**<br>**Everett, WA 98208** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was VendPro.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Everett Mall**<br>**1402 SE Everett Mall Way**<br>**Everett, WA 98208** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Evergreen Nursing Care**<br>**3018 Rattlesnake Dr**<br>**Missoula, MT 59802** |

24-01863-FPC11     Doc 664     Filed 03/11/25     Entered 03/11/25 16:34:24     Pg 76 of 117

Debtor 1  **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Evergreen Polson** |
| | List the contract number of any government contract | | **9 14th Ave W**<br>**Polson, MT 59860** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Faena Hotel** |
| | List the contract number of any government contract | | **3201 Collins Ave**<br>**Miami, FL 33140** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Falk Waas Hernandez** |
| | List the contract number of any government contract | | **515 Las Olas Blvd., Ste. 1000**<br>**Fort Myers, FL 33301** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Falk, Waas, Hernandez** |
| | List the contract number of any government contract | | **135 San Lorenzo Ave**<br>**Coral Gables, FL 33146** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Golden State Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Fantasy Spgs Casino** |
| | List the contract number of any government contract | | **84-245 Indo Spgs Pkwy**<br>**Indio, CA 92203** |

Debtor 1 **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.75.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

**FedEx Ground**
**1000 FedEx Dr**
**Moon Township, PA 15108**

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Fresca Farms**
**3095 NW 77th Ave**
**Miami, FL 33122**

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Golden State Vending.**

State the term remaining

List the contract number of any government contract

**Friendly Hills Elem School**
**7252 Sunny Vista Rd**
**Joshua Tree, CA 92252**

---

**2.78.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**FVI School of nurrsing**
**3250 Enterprse Way**
**Miramar, FL 33025**

---

**2.79.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Top Priority and Markets and Vending.**

State the term remaining

List the contract number of any government contract

**G&E Real Estate mng**
**6601 Park of Commerce Blvd**
**Boca Raton, FL 33487**

Debtor 1    **Refreshing USA, LLC**
_____
First Name    Middle Name    Last Name

Case number (*if known*)    **24-01863-11**
_____



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.80.    State what the contract or lease is for and the nature of the debtor's interest    **Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**Gateway High School**
**4100 Zephyr Rd**
**Killeen, TX 76543**

---

2.81.    State what the contract or lease is for and the nature of the debtor's interest    **Vending agreement, lessor party was Refreshing Mid Atlantic LLC.**

State the term remaining

List the contract number of any government contract

**General Motors**
**200 Cabot Boulevard E**
**Lang Home, PA 19030**

---

2.82.    State what the contract or lease is for and the nature of the debtor's interest    **Vending agreement, lessor party was Refreshing AZ.**

State the term remaining

List the contract number of any government contract

**General Motors LLC**
**1500 E. GM Dr.**
**Yuma, AZ 85365**

---

2.83.    State what the contract or lease is for and the nature of the debtor's interest    **Vending agreement, lessor party was Refreshing USA.**

State the term remaining

List the contract number of any government contract

**Gilly Vending Inc**
**990 NW 166th ST**
**Miami, FL 33169**

---

2.84.    State what the contract or lease is for and the nature of the debtor's interest    **Vending agreement, lessor party was Snack-pro vending.**

State the term remaining

List the contract number of any government contract

**Gio Car Wash**
**20606 S Cicero Ave**
**Matteson, IL 60443**

---

Debtor 1 **Refreshing USA, LLC**

First Name    Middle Name    Last Name

Case number (*if known*)  **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.85.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Snack-pro vending.**

State the term remaining

List the contract number of any government contract

**Gio Car Wash**
**20606 S Cicero Ave**
**Matteson, IL 60443**

**2.86.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Summit Vending.**

State the term remaining

List the contract number of any government contract

**Golden Gate Middle School**
**2701 48th Terr S.W.**
**Naples, FL 34129**

**2.87.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**GoodWill Industries**
**1530 John Carney**
**Tyler, TX 75701**

**2.88.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Grand Palms Hotel & Spa**
**110 Grand Palms 155th Ave**
**Hollywood, FL 33027**

**2.89.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Grizzly Auto Lithia**
**5001 Grizzly Ct**
**Missoula, MT 59808**

Debtor 1  **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Group Office Space** |
| | List the contract number of any government contract | | **1200 Brickell Ave**<br>**Miami, FL 33131** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** | |
|---|---|---|---|
| | State the term remaining | | **Gulfview Middle School** |
| | List the contract number of any government contract | | **255 6th Ave**<br>**Naples, FL 34102** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** | |
|---|---|---|---|
| | State the term remaining | | **Gull Wing Beach Resorts** |
| | List the contract number of any government contract | | **6620 Estero Blvd**<br>**Fort Meyers, FL 33931** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | **H & M** |
| | List the contract number of any government contract | | **2901 Brooks St Ste D10**<br>**Missoula, MT 59801** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was GW Services of SWFL.** | |
|---|---|---|---|
| | State the term remaining | | **Hancock Creek Elementary School** |
| | List the contract number of any government contract | | **1601 Skyline Dr**<br>**Fort Meyers, FL 33903** |

Debtor 1    **Refreshing USA, LLC**
_____     Case number (*if known*)   **24-01863-11**
First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Harvey Pallets**<br>**13601 S Western Ave**<br>**Blue Island, IL 60406** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hawe Creek Elementary School**<br>**2555 Echols Rd**<br>**Cumming, GA 30041** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hellmann Worldwide**<br>**10450 Doral Blvd**<br>**Doral, FL 33178** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hennessy Honda of Woodstock**<br>**8931 Hwy 92**<br>**Woodstock, GA 30189** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Summit Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Heritage Palm Golf and Country Club**<br>**10420 Washington Palm Way**<br>**Fort Meyers, FL 33966** |

Debtor 1   **Refreshing USA, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **24-01863-11**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.100.**  State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Hilton Garden Inn**
**3720 N Reserve**
**Missoula, MT 59808**

**2.101.**  State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Holiday Inn El Dorado**
**200 S Pattee St**
**Missoula, MT 59802**

**2.102.**  State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Holland & Knight LLP**
**701 Brickell Ave., Unit 3300**
**Miami, FL 33131**

**2.103.**  State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement.**

State the term remaining

List the contract number of any government contract

**Homewood Point Apts**
**925 Homewood Point**
**Colorado, CO 80903**

**2.104.**  State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Hwy Motor Vehicles**
**11093 NW 138th Ave**
**Hialeah Gardens, FL 33018**

Debtor 1   **Refreshing USA, LLC**
_____
First Name      Middle Name        Last Name

Case number (*if known*)   **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for premises located at 1924 North Avenue West, Missoula MT 59801. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ideal Property Investments LLC 2732 Grand Ave., Ste. 122 Everett, WA 98201** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Imperial Vade Paper 9601 NW 112th Ave Miami, FL 33178** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Insight Hospital 1206 Hewitt Ave Everett, WA 98201** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ivy At Deer Lodge 1100 Texas Ave Deer Lodge, MT 59722** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ivy At Deer Lodge 1100 Texas Ave Deer Lodge, MT 59722** |

24-01863-FPC11     Doc 664     Filed 03/11/25     Entered 03/11/25 16:34:24     Pg 84 of 117

Debtor 1  **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Robert's Coffee and Vending Service.** | |
|---|---|---|---|
| | State the term remaining | | **John Soules Foods** |
| | List the contract number of any government contract | _____ | **10150 FM 14** |
| | | | **Tyler, TX 75706** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Jore Corporation** |
| | List the contract number of any government contract | _____ | **45000 Hwy 93 South** |
| | | | **Ronan, MT 59864** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Texas.** | |
|---|---|---|---|
| | State the term remaining | | **JW POWER** |
| | List the contract number of any government contract | _____ | **2315 TX-322** |
| | | | **Longview, TX 75603** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Brennan Food Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Keeney** |
| | List the contract number of any government contract | _____ | **75 Plumb Pak Drive** |
| | | | **Winchester, NH 03470** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Washington.** | |
|---|---|---|---|
| | State the term remaining | | **Kenmore Air Harbor** |
| | List the contract number of any government contract | _____ | **6321 NE 175th Street** |
| | | | **Kenmore, WA 98028** |

Debtor 1 **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)   **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.115.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**Kent Water Sports**
**3220 W Gentry Pkwy**
**Tyler, TX 75702**

---

**2.116.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing USA.**

State the term remaining

List the contract number of any government contract

**Kettering Gov't Center**
**3600 Shroyer Rd**
**Dayton, OH 45429**

---

**2.117.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**Killeen Indepedant School District**
**200 N W S Young Dr**
**Killeen, TX 76543**

---

**2.118.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing USA.**

State the term remaining

List the contract number of any government contract

**Laceworks**
**1505 Westlake Ave**
**Seattle, WA 98109**

---

**2.119.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Florida.**

State the term remaining

List the contract number of any government contract

**Lavern Gaynor Elementary School**
**2965 44th Terrace SW**
**Naples, FL 34116**

---

Debtor 1 **Refreshing USA, LLC**
First Name      Middle Name      Last Name

Case number (*if known*)    **24-01863-11**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Lawson Industries** |
| | List the contract number of any government contract | | **8501 NW 90th St** |
| | | | **Medley, FL 33166** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Southwest Florida Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Lee County Port Authority** |
| | List the contract number of any government contract | | **11000 Terminal Access Rd, Ste 8671** |
| | | | **Fort Meyers, FL 33913** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Brennan Food Vending.** | |
|---|---|---|---|
| | State the term remaining | | **LGC** |
| | List the contract number of any government contract | | **276 Abby Rd** |
| | | | **Manchester, NH 03103** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Liebler, Gonzales, Portnondo** |
| | List the contract number of any government contract | | **800 W. Cypress Creek, Ste. 420** |
| | | | **Fort Lauderdale, FL 33309** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Texas.** | |
|---|---|---|---|
| | State the term remaining | | **Lockheed Martin** |
| | List the contract number of any government contract | | **1008 N Redditt Dr** |
| | | | **Lufkin, TX 75904** |

Debtor 1 **Refreshing USA, LLC**
First Name      Middle Name      Last Name

Case number (*if known*)    **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.125.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Vending agreement, lessor party was Snack-pro vending.**

**Loeber Motors Mercedes**
**4255 W Touhy Ave**
**Lincolnwood, IL 60712**

---

**2.126.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Vending agreement, lessor party was Refreshing USA.**

**Lovelace Med Center**
**601 Dr MLK Jr Ave NE**
**Albuquerque, NM 21463**

---

**2.127.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Vending agreement, lessor party was Refreshing USA.**

**Lovelace Rehab Center**
**505 Elm St NE**
**Albuquerque, NM 21459**

---

**2.128.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Vending agreement, lessor party was Refreshing USA.**

**Lovelace West Side Hosp**
**10501 Golf Course Rd**
**Albuquerque, NM 21461**

---

**2.129.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Vending agreement, lessor party was Refreshing USA.**

**Lovelace Womens Hosp**
**4701 Montgomery Blvd NE**
**Albuquerque, NM 21462**

---

Debtor 1 **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | **Lynnwood Ice Center** |
| | List the contract number of any government contract | | **19803 68th Ave W**<br>**Lynnwood, WA 98036** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Lynwood Apts** |
| | List the contract number of any government contract | | **5535 W McDowell Rd**<br>**Phoenix, AZ 85035** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | **Magick Woods** |
| | List the contract number of any government contract | | **1600 Sequoia Dr**<br>**Aurora, IL 60506** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | **Mainsail Lodging** |
| | List the contract number of any government contract | | **13600 Treeline Ave S**<br>**Fort Meyers, FL 33913** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | **Makita USA** |
| | List the contract number of any government contract | | **4200 Falcon Pkwy**<br>**Flowery, GA 30542** |

24-01863-FPC11     Doc 664     Filed 03/11/25     Entered 03/11/25 16:34:24     Pg 89 of 117

Debtor 1   **Refreshing USA, LLC**
          First Name          Middle Name          Last Name

Case number (*if known*)   **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marycrest Apts**<br>**2115 Marmion**<br>**Joliet, IL 60436** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Washington.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marysville Library**<br>**6120 Grove St**<br>**Marysville, WA 98270** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Brennan Food Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **McLane Concord**<br>**932 Maple Street**<br>**Hopkinton, NH 03229** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Texas.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medical Center Health System**<br>**500 W 4th St**<br>**Odessa, TX 79761** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mekco Group**<br>**2775 NW 82nd Ave**<br>**Doral, FL 33122** |

Debtor 1 **Refreshing USA, LLC**
First Name                    Middle Name                    Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.140.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**MFCU-Missoula Fed Credit Union**
**126 W Spruce St**
**Missoula, MT 59802**

---

**2.141.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Miami Gardens**
**18326 NW 7th Ave**
**Miami Gardens, FL 33196**

---

**2.142.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Millennium Bldg Condo Owners**
**125 Bank St Ste 610**
**Missoula, MT 59802**

---

**2.143.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Minuteman Aviation**
**5225 Hwy 10 W Apirport Box 16**
**Missoula, MT 59801**

---

**2.144.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Mission Valley Aquatics**
**309 Ridge Water Dr**
**Polson, MT 59860**

---

Debtor 1 **Refreshing USA, LLC**

First Name      Middle Name      Last Name

Case number (*if known*)   **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.145.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Mission Valley Aquatics**
**309 Ridge Water Dr**
**Missoula, MT 59860**

---

**2.146.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Missoula County Airport**
**5225 W Broadway St**
**Missoula, MT 59808**

---

**2.147.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Missoula County Jail**
**2340 Mullan Rd**
**Missoula, MT 59808**

---

**2.148.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Washington.**

State the term remaining

List the contract number of any government contract

**Monroe Library**
**1070 Village Way**
**Monroe, WA 98272**

---

**2.149.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Morgan White Admin**
**3191 Coral Way**
**Miami, FL 33145**

Debtor 1  **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.150.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Morgan White Group**
**75 Valencia Ave**
**Coral Gables, FL 33134**

**2.151.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**Motel 6**
**701 W Service Rd I-20**
**Monahans, TX 79756**

**2.152.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Mountain Vlsta**
**340 E Roeser Rd**
**Glendale, AZ 85040**

**2.153.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**Mt Vernon School District**
**501 TX-37**
**Mount Vernon, TX 75457**

**2.154.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

**Naples Dodge**
**6381 Airport Pulling Rd**
**Naples, FL 34109**

Debtor 1   **Refreshing USA, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | **Napleton Buick**<br>**100 W Golf Rd**<br>**Schaumburg, IL 60195** |
| | List the contract number of any government contract | | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | **Napleton Mazda**<br>**110 W Golf Rd**<br>**Schaumburg, IL 60195** |
| | List the contract number of any government contract | | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | **Napleton Subaru**<br>**911 W Higgens Rd**<br>**Schaumburg, IL 60195** |
| | List the contract number of any government contract | | |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | **NE Health Systems, Meadows and Ohly LLC**<br>**1524 River Place**<br>**Braselton, GA 30517** |
| | List the contract number of any government contract | | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Network Capital**<br>**1395 Brickell Ave., 4th Floor**<br>**Miami, FL 33131** |
| | List the contract number of any government contract | | |

Debtor 1 **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.160.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Snack-pro vending.**

State the term remaining

List the contract number of any government contract

**New City Supportive Living**
**4707 S Marshfield Ave**
**Chicago, IL 60609**

**2.161.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

**Nidec Elesys North Amer Inc**
**70 Crestridge Dr**
**Suwanee, GA 30024**

**2.162.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**Norbord Texas**
**500 Nexfor Boulevard**
**Jefferson, TX 75657**

**2.163.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Summit Vending.**

State the term remaining

List the contract number of any government contract

**North Fort Myers Academy**
**18556 Arts Way**
**Fort Meyers, FL 33917**

**2.164.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was VendPro.**

State the term remaining

List the contract number of any government contract

**Olson Bakery**
**6416 204th St SW**
**Lynnwood, WA 98036**

Debtor 1  **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.165.** State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

Olymicview Arena Center
22202 70th Ave W
Mountlake Terrace, WA 98043

**2.166.** State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

OMIX
460 Horizon Dr
Suwanee, GA 30024

**2.167.** State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

One Bal Harbour Resort Spa
10295 Collins Ave
Bal Harbour, FL 33154

**2.168.** State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Brennan Food Vending.**

State the term remaining

List the contract number of any government contract

Optics 1
2 Cooper Lane
Bedford, NH 03110

**2.169.** State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

Orange Grove Apartments
111 N Gilbert Rd
Mesa, AZ 85203

Debtor 1 **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Orange River Elementary**<br>**4510 Underwood Dr**<br>**Fort Meyers, FL 33905** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Texas.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Orgill**<br>**7001 Elder Lake Rd**<br>**Kilgore, TX 75662** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Palisade Park Apts**<br>**3001 N Black Cnyn Hwy**<br>**Phoenix, AZ 85015** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Palmetto Ridge HS**<br>**1655 Victory Lane**<br>**Naples, FL 34120** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Paloma Village Apts**<br>**2627 N 51st Ave**<br>**Phoenix, AZ 85035** |

24-01863-FPC11     Doc 664     Filed 03/11/25     Entered 03/11/25 16:34:24     Pg 97 of 117

Debtor 1 **Refreshing USA, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

**Park Shore Resort**
**600 Neopolitan Way**
**Naples, FL 34103**

**2.176.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Park Terrace Apts**
**4715 N Black Cnyn Fwy**
**Phoenix, AZ 85015**

**2.177.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

**PBD Worldwide**
**3280 Summit Ridge Pkwy**
**Duluth, GA 30096**

**2.178.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

**Peachtree Ridge HS**
**1555 Old Peachtree Rd**
**Suwanee, GA 30024**

**2.179.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**PennyTree Apts**
**232 S MacDonald St**
**Mesa, AZ 85210**

Debtor 1  **Refreshing USA, LLC**
    First Name              Middle Name             Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.180.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Florida.**

State the term remaining

List the contract number of any government contract

**Pinewoods Elem**
**11900 Stoneybrokk Golf Dr**
**Estero, FL 33928**

---

**2.181.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Florida.**

State the term remaining

List the contract number of any government contract

**Pointe Estero Beach Resort**
**6640 Estero Blvd**
**Fort Meyers, FL 33931**

---

**2.182.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

**Portland Christian School**
**12425 NE San Rafael**
**Portland, OR 97230**

---

**2.183.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was EliteVend.**

State the term remaining

List the contract number of any government contract

**Power Home Remodeling**
**8240 S Hardy Dr**
**Tempe, AZ 85284**

---

**2.184.** State what the contract or lease is for and the nature of the debtor's interest — **Standard Industial/Commercial Multi-Tenant lease for premises located at 8167 Belvedere Ave., Suites D and E, Sacramento, CA. Debtor is tenant.**

State the term remaining

List the contract number of any government contract

**Power Inn Industrial Park II, LLC**
**155 Cadillac Dr., Ste. 100**
**Sacramento, CA 95825**

---

Debtor 1  **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.185.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

**Power Secure Service**
**545 Wes Walker Memorial Dr**
**Ball Ground, GA 30107**

**2.186.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Presidio North Apts**
**17031 N 11th Ave**
**Phoenix, AZ 85023**

**2.187.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing Texas.**

State the term remaining

List the contract number of any government contract

**Priefert Mfg**
**2630 Jefferson Ave**
**Mount Pleasant, TX 75456**

**2.188.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Providence St Patrick Hosp**
**500 W Broadway**
**Missoula, MT 59802**

**2.189.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing NM.**

State the term remaining

List the contract number of any government contract

**QCD**
**3205 Broadway Blvd SE**
**Albuquerque, NM 87105**

Debtor 1   **Refreshing USA, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **24-01863-11**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was GW Services of SWFL.** | |
|---|---|---|---|
| | State the term remaining | | **Radiology Regional Center** |
| | List the contract number of any government contract | | **3660 Broadway** |
| | | | **Fort Meyers, FL 33901** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | **RDO Equipment** |
| | List the contract number of any government contract | | **8571 Running W Rd** |
| | | | **Missoula, MT 59808** |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | **Rehrig Pacific Company** |
| | List the contract number of any government contract | | **1000 Raco Court** |
| | | | **Lawrenceville, GA 30046** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Residence Inn** |
| | List the contract number of any government contract | | **1350 North Ocean Blvd** |
| | | | **Pompano, FL 33062** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing DC.** | |
|---|---|---|---|
| | State the term remaining | | **Richmond City School Board** |
| | List the contract number of any government contract | | **301 N. 9th St.** |
| | | | **Richmond, VA 23219** |

Debtor 1   **Refreshing USA, LLC**
   First Name        Middle Name        Last Name

Case number (*if known*)   **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rise Lakeside Apts**<br>**11459 N 28th Dr**<br>**Phoenix, AZ 85029** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rise Skyview Apts**<br>**5601 W McDowell Rd**<br>**Phoenix, AZ 85035** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was GW Services of SWFL.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **River Hall Elementary**<br>**2800 River Hall Pkwy**<br>**Alva, FL 33920** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Gregs Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Riverside Health**<br>**1301 East Broadway**<br>**Missoula, MT 59802** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Roam Student Apts**<br>**305 E Front St**<br>**Missoula, MT 59802** |

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 102 of 117

Debtor 1    **Refreshing USA, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.200.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vending agreement, lessor party was Refreshing Georgia.**

Safe Guard Products
2 Concourse Pkwy
Atlanta, GA 30144

---

**2.201.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vending agreement, lessor party was Refreshing Georgia.**

Safe Guard Products
2 Concourse Pkwy
Atlanta, GA 30144

---

**2.202.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vending agreement, lessor party was Valley Vending.**

Salish Kootenai College (Aises)
PO Box 70
Pablo, MT 59855

---

**2.203.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vending agreement, lessor party was Metro Vending.**

Sanctuary on 22nd Apts
8530 N 22nd Ave
Phoenix, AZ 85021

---

**2.204.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Vending agreement, lessor party was Valley Vending.**

Sawyer Bldg student Housing
775 Wyoming Ste 101
Missoula, MT 59801

---

Debtor 1  **Refreshing USA, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)　**24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.205.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**Seaboard Marine**
**1630 Port Blvd.**
**Miami, FL 33132**

**2.206.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**Sentinel Boosters HS**
**915 South Ave W**
**Missoula, MT 59801**

**2.207.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Shadow Glen Apartments**
**6240 N 63rd Ave**
**Phoenix, AZ 85031**

**2.208.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Perfect Choice Vending.**

State the term remaining

List the contract number of any government contract

**SHD Legal Group**
**499 NW 70th**
**Plantation, FL 33317**

**2.209.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Snack-pro vending.**

State the term remaining

List the contract number of any government contract

**Shoot Point Blank**
**9400 W 63rd St**
**Hodgkins, IL 60525**

24-01863-FPC11　　Doc 664　　Filed 03/11/25　　Entered 03/11/25 16:34:24　　Pg 104 of 117

Debtor 1   **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Sian Ocean Residence** |
| | List the contract number of any government contract | | **4001 South Ocean Dr** |
| | | | **Hollywood, FL 33019** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Energy** |
| | List the contract number of any government contract | | **1335 Ridgeland Pkwy** |
| | | | **Alpharetta, GA 30004** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Sierra Pines Apts** |
| | List the contract number of any government contract | | **9410 N 31st Ave** |
| | | | **Phoenix, AZ 85051** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Smart Snacks LLC.** | |
|---|---|---|---|
| | State the term remaining | | **Silverton Health Hospital** |
| | List the contract number of any government contract | | **342 Fairview St** |
| | | | **Portland, OR 97381** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | **SK College SNO** |
| | List the contract number of any government contract | | **58138 US 93** |
| | | | **Pablo, MT 59855** |

Debtor 1 **Refreshing USA, LLC**
First Name        Middle Name        Last Name

Case number *(if known)* **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Robert's Coffee and Vending Service.** | |
|---|---|---|---|
| | State the term remaining | | **Skeeter Boats**<br>**One Skeeter Rd**<br>**Kilgore, TX 75662** |
| | List the contract number of any government contract | | |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Sleep Inn**<br>**3420 Dore Lane**<br>**Missoula, MT 59801** |
| | List the contract number of any government contract | | |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | **Snohmish Public Utility Dist.**<br>**PO Box 1107**<br>**Everett, WA 98206** |
| | List the contract number of any government contract | | |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Solano Village Apartments**<br>**5220 W Northern Ave**<br>**Glendale, AZ 85301** |
| | List the contract number of any government contract | | |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Snack-pro vending.** | |
|---|---|---|---|
| | State the term remaining | | **South Commons Condos**<br>**3001 S Michigan Ave**<br>**Chicago, IL 60616** |
| | List the contract number of any government contract | | |

Debtor 1   **Refreshing USA, LLC**                                     Case number *(if known)*   **24-01863-11**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.220.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Spectra West Apts
6033 W Bethany Home Rd
Phoenix, AZ 85301**

---

**2.221.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Refreshing USA.**

State the term remaining

List the contract number of any government contract

**Spokane Community College
1810 N Greene St
Spokane, WA 99217**

---

**2.222.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Spring Meadows Apts
10030 N 43rd Ave
Glendale, AZ 85302**

---

**2.223.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Valley Vending.**

State the term remaining

List the contract number of any government contract

**St Ignatius HS
76 3rd Ave
St Ignatius, MT 59865**

---

**2.224.** State what the contract or lease is for and the nature of the debtor's interest — **Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Stadio Apts
6012 W Oregon Ave
Chandler, AZ 85301**

---

Debtor 1 **Refreshing USA, LLC**

First Name      Middle Name      Last Name

Case number (*if known*)    **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Stony Brook Apts**<br>**6441 W McDowell Rd**<br>**Phoenix, AZ 85035** |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sumitomo Demag**<br>**410 Horizon Dr**<br>**Suwanee, GA 30024** |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Summer Hill Place Apartments**<br>**6801 W Ocotillo Rd**<br>**Glendale, AZ 85303** |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Midwest.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sunrise Health Center**<br>**1320 East 5th St**<br>**Dayton, OH 45402** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tacoma School District**<br>**601 S 8th Street**<br>**Tacoma, WA 98401** |

24-01863-FPC11    Doc 664    Filed 03/11/25    Entered 03/11/25 16:34:24    Pg 108 of 117

Debtor 1   **Refreshing USA, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **24-01863-11**
_____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Top Priority and Markets and Vending.** | |
|---|---|---|---|
| | State the term remaining | | **TBC Corporation**<br>**4260 Design Center Drive**<br>**Palm Beach Gardens, FL 33410** |
| | List the contract number of any government contract | | |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Avanti Market.** | |
|---|---|---|---|
| | State the term remaining | | **TempurPedic**<br>**12907 Tempur Pedic Pkwy**<br>**Albuquerque, NM 87121** |
| | List the contract number of any government contract | | |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **The Courtyard Joint Venture**<br>**3802 N 27th St**<br>**Phoenix, AZ 85015** |
| | List the contract number of any government contract | | |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Texas.** | |
|---|---|---|---|
| | State the term remaining | | **The Crosby Group**<br>**2414 Crosby Way**<br>**Longview, TX 75602** |
| | List the contract number of any government contract | | |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **The Olympus Association Inc**<br>**500 Three Islands Blvd**<br>**Hallandale, FL 33009** |
| | List the contract number of any government contract | | |

Debtor 1  **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Parts House aka White Brothers Auto**<br>**5530 E Ponce De Leon**<br>**Decatur, GA 30083** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Venue on Camelback Apts**<br>**1930 E Camelback Rd**<br>**Phoenix, AZ 85016** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was GW Services of SWFL.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Three Oaks Middle School**<br>**18500 Three Oaks Pkwy**<br>**Fort Meyers, FL 33967** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tides @ Downtown Chandler**<br>**868 S Arizona Ave**<br>**Chandler, AZ 85225** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tides @ Papago Apts**<br>**1010 N 48th St**<br>**Phoenix, AZ 85008** |

Debtor 1  **Refreshing USA, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Tides on 25th Apts** |
| | List the contract number of any government contract | | **15620 N 25th Ave**<br>**Phoenix, AZ 85023** |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Tides on 7th Apts** |
| | List the contract number of any government contract | | **17625 N 7th St**<br>**Phoenix, AZ 85022** |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Tides on Dunlap Apts** |
| | List the contract number of any government contract | | **4221 W Dunlap Ave**<br>**Phoenix, AZ 85051** |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Toyota of Hollywood** |
| | List the contract number of any government contract | | **1841 W State Rd 7**<br>**Hollywood, FL 33021** |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was GW Services of SWFL.** | |
|---|---|---|---|
| | State the term remaining | | **Trafalgar Elementary School** |
| | List the contract number of any government contract | | **1850 SW 20th Ave**<br>**Cape, FL 33991** |

24-01863-FPC11　　　Doc 664　　　Filed 03/11/25　　　Entered 03/11/25 16:34:24　　　Pg 111 of 117

Debtor 1 **Refreshing USA, LLC**

Case number (*if known*) **24-01863-11**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.245.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

**Trucker High School**
**5036 Lavista Rd**
**Tucker, GA 30084**

---

**2.246.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Metro Vending.**

State the term remaining

List the contract number of any government contract

**Tuscany Point Apts**
**14830 N Black Cnyn Frwy**
**Phoenix, AZ 85023**

---

**2.247.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Robert's Coffee and Vending Service.**

State the term remaining

List the contract number of any government contract

**TX State Technical College**
**2650 East End Blvd. South**
**Marshall, TX 75672**

---

**2.248.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

**UGA Gwinnett Campus**
**2530 Sever Rd NW**
**Lawrenceville, GA 30043**

---

**2.249.** State what the contract or lease is for and the nature of the debtor's interest

**Vending agreement, lessor party was Refreshing Georgia.**

State the term remaining

List the contract number of any government contract

**UniPro Foodservice Inc**
**2500 Cumberland pkwy**
**Atlanta, GA 30339**

---

Debtor 1  **Refreshing USA, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Golden Brew Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Univ of Texas - Permian Basin**<br>**4901 E University Blvd**<br>**Odessa, TX 79762** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **University of Montana**<br>**32 Campus Dr**<br>**Missoula, MT 59812** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **USG**<br>**3001 NW 125th St**<br>**Miami, FL 33167** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Golden Brew Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **UTPB**<br>**4901 E University Blvd**<br>**Odessa, TX 79762** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was EliteVend.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Veterans Elementary**<br>**15960 Veterans Memorial Blvd**<br>**Naples, FL 34110** |

Debtor 1   **Refreshing USA, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **24-01863-11**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **VI Aventura**<br>**19333 Westcountry Dr**<br>**Aventura, FL 33180** |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Victor High School**<br>**425 4th Avenue**<br>**Victor, MT 59875** |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Village of Park & Rec**<br>**10 Village Green Way**<br>**Key Biscayne, FL 33149** |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Metro Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Villas on 35th Apts**<br>**8135 N 35th Ave**<br>**Phoenix, AZ 85051** |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Washington Corp**<br>**101 International Dr**<br>**Missoula, MT 59808** |

24-01863-FPC11     Doc 664     Filed 03/11/25     Entered 03/11/25 16:34:24     Pg 114 of 117

Debtor 1 **Refreshing USA, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **24-01863-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Westlake Preparatory School & Academy** |
| | List the contract number of any government contract | | **8950 Stirling Rd Cooper, FL 33024** |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Valley Vending.** | |
|---|---|---|---|
| | State the term remaining | | **Westside Lanes** |
| | List the contract number of any government contract | | **1615 Wyoming Missoula, MT 59801** |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **World Courier** |
| | List the contract number of any government contract | | **4429-4439 NW 97th Ave Miami, FL 33178** |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Georgia.** | |
|---|---|---|---|
| | State the term remaining | | **World Emblem** |
| | List the contract number of any government contract | | **4250 International Blvd Norcross, GA 30093** |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Perfect Choice Vending.** | |
|---|---|---|---|
| | State the term remaining | | **World Media** |
| | List the contract number of any government contract | | **3401 N Miami Ave Miami, FL 33127** |

Debtor 1   **Refreshing USA, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **24-01863-11**
_____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Vending agreement, lessor party was Refreshing Florida.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Yana Club House**<br>**1185 Lake McGregor Dr**<br>**Fort Meyers, FL 33919** |

**Fill in this information to identify the case:**

Debtor name    **Refreshing USA, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)   **24-01863-11**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **2nd Supplemental F and 1st Supplemental G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2025**   X **/s/ Brian Weiss**
Signature of individual signing on behalf of debtor

**Brian Weiss**
Printed name

**Chief Restructuring Officer (Force Ten Partners, LLC)**
Position or relationship to debtor

Official Form 202           Declaration Under Penalty of Perjury for Non-Individual Debtors