■ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................   $     **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................   $     **Unknown**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..........................................................................   $     **Unknown**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **2,888,316.34**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................   $     **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............   +$     **24,103,386.25**

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                          $     **26,991,702.59**

■ Check if this is an amended filing

## Official Form 206E/F
# 3rd Supplemental Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **100 Academy of Excellence**<br>**2341 Comstock Dr. N**<br>**Las Vegas, NV 89032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC. | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **365 Retail Mark/Parlevel**<br>**1743 Maplelawn Drive**<br>**Troy, MI 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C.. | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **365 Retail Markets, LLC**<br>**PO Box 7410976**<br>**Chicago, IL 60647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC. | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **365 RETAILMARKETS**<br>**PO Box 7410976**<br>**Chicago, IL 60647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC. | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.5**

Nonpriority creditor's name and mailing address
**449Recovery**
**26010 Acero**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address
**7 Springs Inn & Suites**
**950 N Canyon Dr.**
**Palm Springs, CA 92262**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

Nonpriority creditor's name and mailing address
**91 Express Lanes**
**301 Corporate Terrace Cir.**
**Corona, CA 92879**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.8**

Nonpriority creditor's name and mailing address
**Academy Hair Commissions**
**5191 W Charleston Blvd**
**Las Vegas, NV 89146**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**

Nonpriority creditor's name and mailing address
**All Trades**
**4262 Blue Diamond Rd. Ste #102-315**
**Las Vegas, NV 89139**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**

Nonpriority creditor's name and mailing address
**All Vend Management**
**530729 Grand**
**Prairie, TX 75053**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**3.11**   Nonpriority creditor's name and mailing address

**Allen Distribution**
**1532 Commerce Ave.**
**Carlisle, PA 17015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12**   Nonpriority creditor's name and mailing address

**American Instants Inc**
**PO Box 817**
**Flanders, NJ 07836**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13**   Nonpriority creditor's name and mailing address

**Amtrust**
**15333 N Puma Rd.**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**   Nonpriority creditor's name and mailing address

**ANTHONY CHAPIN**
**7803 E Vernon Ave.**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15**   Nonpriority creditor's name and mailing address

**Apffels**
**2506 Santa Fe**
**SpringsFe Springs, CA 90670**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16**   Nonpriority creditor's name and mailing address

**APS-YUMA**
**PO Box 37812**
**Boone, IA 50037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ardella**
**12435 N. 28th Dr.**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arizona Department of Revenue**
**POB 29085**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AT&T**
**POB 5025**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Australian Swim School**
**3120 Marigold Circle**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aventerra at Dobson Ranch**
**1960 W Keating Ave.**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Best Western Boulder City**
**704 Nevada Way**
**Boulder City, NV 89005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Best Western Pahrump Commissions**
**1101 S Highway 160**
**Pahrump, NV 89048**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Big O Tires/My Fleet**
**PO Box 620130**
**Middleton, WI 53562**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Biltmore On The Lake**
**11050 N. Biltmore Dr.**
**Phoenix, AZ 85029**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blue Triton Brands Inc,**
**PO Box 277015**
**Atlanta, GA 30384**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bonanza High School**
**6665 Del Rey Ave.**
**Las Vegas, NV 89146**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boulder City High School**
**1101 5th St**
**Boulder City, NV 89005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**3.29**
Nonpriority creditor's name and mailing address
**BriteVision VBG**
**550 Coney Island Dr #100**
**Sparks, NV 89431**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30**
Nonpriority creditor's name and mailing address
**Bunn-OMatic Corp**
**PO Box 713352**
**Chicago, Il 60677**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31**
Nonpriority creditor's name and mailing address
**Cable One**
**210 E Earl Dr**
**Phoenix, AZ 85012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32**
Nonpriority creditor's name and mailing address
**Cabrillo College**
**District 10479**
**Newport Beach, CA 92658**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33**
Nonpriority creditor's name and mailing address
**Cahlan Elementary School**
**2801 Fort Sumter Dr N**
**Las Vegas, NV 89030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34**
Nonpriority creditor's name and mailing address
**California Dept. of Tax and Fee Admin.**
**3321 Power Inn Rd. Ste 130**
**Sacramento, CA 95826**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ☑ No ☐ Yes

---

---

**3.35**

**Nonpriority creditor's name and mailing address**

**California Nursing and Rehab**
**2299 N Indian Canyon Dr.**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Canteen One**
**700 N 5th St.**
**Minneapolis, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Canyon Springs High School**
**350 E Alexander Rd. N**
**Las Vegas, NV 89032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**

**CBS2**
**31276 Dunham Way**
**Thousand Palms, CA 92276**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Central Arizona College**
**8470 N Overfield Rd.**
**Coolidge, AZ 85128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**

**CHAPMAN CHEVROLET**
**775 E. 32nd St.**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**CHAPMAN DODGE**
**349 E 32nd ST**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**Chavez Buick GMC**
**78960 Varner Rd.**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**City of Elk Grove**
**8401 Laguna Palms Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**City of Escondido**
**201 N Broadway**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**City of Irvine**
**PO Box 19575**
**Ref: 3rd Floor**
**Irvine, CA 92623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**City of Palm Desert**
**73-510 Fred Waring Dr.**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Phoenix Water**
**PO Box 29100**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Riverside**
**PO Box 10479**
**Newport, CA 92658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Tucson**
**PO BOX 27320**
**Tucson, AZ 85726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Yuma Utilities**
**One City Plaza**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**College of the Desert**
**43500 Monterey Ave.**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Connect On Missouri/Sienna Village**
**1737 W Missouri**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**3.53** Nonpriority creditor's name and mailing address
**COUNTRY CREEK APTS.**
**7111 N. 75th Ave.**
**Glendale, AZ 85303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

**3.54** Nonpriority creditor's name and mailing address
**County of El Dorado**
**330 Fair Lane**
**Placerville, CA 95667**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

**3.55** Nonpriority creditor's name and mailing address
**COWABUNGA BAY.**
**900 Galleria Dr.**
**Henderson, NV 89011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

**3.56** Nonpriority creditor's name and mailing address
**Cox Communictions, Inc.**
**6205-B Peachtree Dunwoody Road NE**
**Atlanta, GA 30328**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

**3.57** Nonpriority creditor's name and mailing address
**CP-Carillo**
**1902 McGaw Ave.**
**Irvine, CA 92614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

**3.58** Nonpriority creditor's name and mailing address
**Crane Merchandising Systems**
**PO Box 945037**
**Atlanta, GA 30394**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Crane Payment Innovations, Inc.**
**PO Box 932780**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Crown Equipment Corp.**
**PO Box 641173**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Cummins Allison Corp.**
**PO Box 931958**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Danone US LLC**
**PO Box 736080**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Desert Wind Apartments**
**4140 W McDowell Rd.**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**DIGINTY HEALTH-REHAB**
**2930 Siena Heights Dr**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**DMV Renewal**
**PO BOX 942897**
**Sacramento, CA 94257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Doctors Company**
**185 Greenwood Dr**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**DOLE**
**3725 S Ave. 3 1/2 E**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Du's Sherman Holding LLC**
**25 S Campina Flores Dr**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**East Career & Technical Academy**
**6705 Vegas Valley Dr.**
**Las Vegas, NV 89142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Ehrenberg Rest Area**
**6521 N 2nd St**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Elk Grove Dodge**
**8575 Laguna Grove Dr**
**Elk Grove, CA 95757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Ellis Midtown**
**3117 N 7th Ave.**
**Phoenix, AZ 85013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Enigmatic Networks**
**9668 Milliken Ave. Suite 104-192**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Equinox on Country Club**
**645 N Country Club Dr.**
**ATTN: Leasing Office**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**F. Gavina & Sons Inc**
**2700 Fruitland Ave.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Fireline Broadband**
**9911 Norwalk Blvd.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Florida Food Products**
**Javo Beverage Co. / Dept 593**
**PO Box 4458**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**FOUNTAIN PLACE APARTMENTS**
**8513 & 8721 N. 69th Ave.**
**Phoenix, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Four Queens**
**202 E Fremont**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Freezing Point LLC**
**3560 W Ninigret Dr**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Friendly HIlls Elementary**
**7252 Sunny Vista Rd.**
**Joshua Tree, CA 92252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**G & R Auto & Truck Repair**
**1335 Simpson Way**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GALLERIA  APARTMENTS**
**10654 N 60TH Ave.**
**Glendale, AZ 85304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Goodfellas Pest Control**
**11509 N 123rd Lane**
**El Mirage, AZ 85335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Goodwest Industries LLC**
**Dept. 284**
**PO Box 4458**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gourmet Coffee Solutions**
**28312 Industrial Blvd Suite H**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Graphics That Pop**
**1620 E State Hwy 121**
**Bldg A, Suite 100**
**Lewisville, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GRAYBRIAR**
**950 W Elliot Rd. #101**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Great Basin College**
**551 E Calvada Blvd**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greyhound Phx**
**2115 E Buckeye Rd.**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Guardian Refresh**
**5795 S. Sandhill Rd. #D**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Guardian Refresh**
**5795 S. Sandhill Rd. #D**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hal Smith Elementary School**
**5150 E Desert Inn Rd.**
**Las Vegas, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hallmark Assisted Living**
**344 N Sunrise Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Highland Unity Center**<br>**480 W Tramview Rd.**<br>**Palm Springs, CA 92262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **ICON ON CENTRAL**<br>**77 W COOLIDGE ST**<br>**Phoenix, AZ 85013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Inland Janitor Supply**<br>**PO Box 78266**<br>**Corona, CA 92877** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jasmine Terrace**<br>**55425 Santa Fe Trail**<br>**Attn: Rafa**<br>**Yucca Valley, CA 92284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jefferson Platinum Triangle**<br>**1781 S Campton Ave.**<br>**Attn: Janna**<br>**Anaheim, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jessup Auto Plaza**<br>**68111 E Palm Canyon Dr.**<br>**Cathedral City, CA 92234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John & Judy Goolsby Elementary School**
**11175 W Desert Inn Rd.**
**Las Vegas, NV 89135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 |
|---|

**Nonpriority creditor's name and mailing address**
**Kore Refrigeration**
**PO Box 701398**
**West Valley City, UT 84170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 |
|---|

**Nonpriority creditor's name and mailing address**
**L-Makeup Institute**
**440 S Rampart Blvd Suite B-130**
**Las Vegas, NV 89145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 |
|---|

**Nonpriority creditor's name and mailing address**
**LA Fitness**
**4240 N 1st Ave.**
**Tucson, AZ 85719**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 |
|---|

**Nonpriority creditor's name and mailing address**
**Las Vegas Convention & Visitor Authority**
**3150 Paradise Rd. Las**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 |
|---|

**Nonpriority creditor's name and mailing address**
**Las Vegas Pest Control**
**2057 Pabco Rd.**
**Henderson, NV 89011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lavazza North America Inc.**
**PO Box 411447**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lighthouse Transportation Services LLC**
**PO Box 631416**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Liliam Lujan Hickey Elementary School**
**2450 N Hollywood Blvd**
**Las Vegas, NV 89156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Los Vecinos Apartments**
**1950 N 43rd Ave.**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lucille Rogers Elementary School**
**5535 South Riley St**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lucille Rogers Elementary School**
**5535 South Riley St**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

**3.113**

**Nonpriority creditor's name and mailing address**
**Lucky Cab Commissions**
**4195 W Diablo Dr**
**Las Vegas, NV 89118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114**

**Nonpriority creditor's name and mailing address**
**LYNNWOOD APTS.**
**ATTN: Leasing Office**
**5535 W MCDOWELL RD**
**Phoenix, AZ 85035**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115**

**Nonpriority creditor's name and mailing address**
**Marine Corps Community Svc. 0270**
**PO Box 277160**
**Atlanta, GA 30384**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**
**Marriott Grand Chateau**
**75 E Harmon Ave.**
**Las Vegas, NV 89109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**

**Nonpriority creditor's name and mailing address**
**Mater Bonanza Academy Charter School**
**4760 E Bonanza Rd.**
**Las Vegas, NV 89110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118**

**Nonpriority creditor's name and mailing address**
**Matter Business Park**
**7930 W Warm Springs Rd.**
**Bldg. Mngmnt.**
**Las Vegas, NV 89113**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.            **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MELROSE VILLAS**
**5627 N 16TH ST**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Precautionary. Creditor of merged subsidiary_
_Refreshing Arizona, LLC._

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Meridian at Laguna Hills**
**24552 Paseo De Valencia Laguna**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Precautionary. Creditor of merged subsidiary_
_Refreshing California L.L.C.._

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mesa Station**
**111 N Gilbert Rd.**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Precautionary. Creditor of merged subsidiary_
_Refreshing Arizona, LLC._

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Miracle Springs Resort**
**10625 Palm Dr**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Precautionary. Creditor of merged subsidiary_
_Refreshing California L.L.C.._

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MISSOURI CROSSING**
**5530 N 17th Ave.**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Precautionary. Creditor of merged subsidiary_
_Refreshing Arizona, LLC._

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mohammed K. Ghods**
**2100 N Broadway Ste 210**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Precautionary. Creditor of merged subsidiary_
_Refreshing California L.L.C.._

Is the claim subject to offset? ■ No  ☐ Yes

---

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohawk Rest Area**
**1216 E Pebble Beach Dr**
**Tempe, AZ 85282**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Precautionary. Creditor of merged subsidiary__
__Refreshing Arizona, LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mountain Vista**
**340 E Roeser Rd.**
**Phoenix, AZ 85040**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Precautionary. Creditor of merged subsidiary__
__Refreshing Arizona, LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MRC Smart Technology Solutions**
**PO Box 843760**
**Los Angeles, CA 90084**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Precautionary. Creditor of merged subsidiary__
__Refreshing California L.L.C..__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mtn View Care Center**
**601 Adams Blvd.**
**Boulder City, NV 89005**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Precautionary. Creditor of merged subsidiary__
__Refreshing Las Vegas LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**National Vending**
**PO Box 9152**
**Des Moines, IA 50306**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Precautionary. Creditor of merged subsidiary__
__Refreshing California L.L.C..__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nellis Army and Air Force Exchange**
**5930 Rickenbacker Rd.**
**Nellis AFB, NV 89191**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Precautionary. Creditor of merged subsidiary__
__Refreshing Las Vegas LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nevada Beverage**
**2309 1801 W Olympic Blvd**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicole Nguyen Ontario Post Office**
**1555 E Holt Blvd**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NIGHTINGALE ON 25TH AVE.**
**ATTN: Leasing Office**
**15620 N 25TH AVE**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NY LIFE**
**5310 E High St., Ste. 200**
**Phoenix, AZ 85054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nye County Transportation**
**1900 S Woodchips Rd.**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ocotillo Apartments**
**1740 W Missouri**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Orkin Pest Control**
**357 E Arrow Hwy Suite 205**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pacific Computer Holdings**
**27068 La Paz Rd.**
**PMB 231**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pahrump Chevrolet**
**2060 E Charleston Park Ave.**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pahrump Rehabilitation Center**
**4501 N Blagg Rd.**
**Pahrump, NV 89060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Palisades Park**
**3001 N Black Canyon Hwy**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Palm Springs Convention Center**
**277 N Ave.nida Caballeros**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Palm Springs Tennis Club**
**701 W Baristo Rd.**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Paloma Village Apartments**
**2627 N 51st Ave.**
**Phoenix, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**PAM Health Speciality of LV**
**Complex Care**
**2500 N Tenaya Way**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Papago Gardens**
**1025 N. 48th St.**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Paradise Casino Resort**
**525 Algodones Rd.**
**Winterhaven, CA 92283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**PARK ALTA APTS.**
**8135 N 35th Ave.**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PARK TERRACE**
**4715 N BLACK CANYON HWY**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Park Terrace**
**24962 Calle Aragon**
**Laguna Hills, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Park Vista / Pointe Metro**
**3221 W El Camino Dr.**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Parkview Pro Center**
**PO Box 2727**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Parlevel**
**1743 Maplelawn Drive**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Partstown**
**27787 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paymentech, LLC**
**14221 Dallas Parkway**
**Dallas, TX 75254**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paymentech, LLC**
**14221 Dallas Parkway**
**Dallas, TX 75254**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pennytree Apartments**
**232 S Mac Donald St.**
**Mesa, AZ 85210**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pepsi-Cola**
**4242 East Raymond St**
**Phoenix, AZ 85040**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pitt Fitness**
**2150 E Germann Rd. Suite 4**
**Chandler, AZ 85286**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Plaza Resort and Spa**
**2601 Golf Club Dr**
**Palm Springs, CA 92264**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Portola**
**Obsidian on Ocotillo**
**6801 W Ocotillo Rd.**
**Glendale, AZ 85303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Postal Office Ontario**
**123 W Holt Ave.**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Power in Industrial Park/Jackson propert**
**155 Cadillac Dr Suite 100**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Preferred RV Resort**
**1801 CRAWFORD WAY**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Premier Care Center**
**2990 Ramon Rd.**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Presidio North Apartments**
**17031 N 11th Ave.**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Purcell Tire**
**371 OXBOW Ave.**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Quechan Casino Resort**
**525 Algodones Rd.**
**Winterhaven, CA 92283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**R3 ReDistribution**
**3 Cerritos 15959 Piuma Ave.**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ready Refresh**
**Attn: Lillian Rocha**
**P.O. Box  856158**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Red Bull Distribution Company, Inc.**
**PO Box 204750**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Refreshing USA**
**2732 Grand Ave. Ste 122**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Republic Services-Yuma**
**PO Box 78829**
**Phoenix, AZ 85062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rise Lakeside**
**11459 N. 28th Dr.**
**Phoenix, AZ 85029**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RISE SKY VIEW**
**5601 W MCDOWELL Rd.**
**Phoenix, AZ 85035**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RJ Schinner**
**3050 Horseless Carriage Dr**
**Norco, CA 92860**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RM Towing**
**3740 W BUCKEYE Rd.**
**Phoenix, AZ 85009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronnoco Beverage**
**PO Box 797029**
**St. Louis, MO 63179**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roosevelt School Dist.**
**1030 E. Baseline Rd.**
**Phoenix, AZ 85042**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rose Villa Healthcare Center**
**9028 Rose St**
**Bellflower, CA 90706**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Royal Plaza Inn**
**82347 CA-111**
**Indio, CA 92201**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rush Truck Centers**
**4120 Donovan Way North**
**Las Vegas, NV 89030**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**S&D Coffee Inc**
**PO Box 752010**
**Charlotte, NC 28275**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saddle West Casino**
**1220 S Highway 160**
**Pahrump, NV 89048**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address**<br>**Saitta Trudeau Chrysler Jeep Dodge**<br>**1541 Wahkiakum Ave.**<br>**Pahrump, NV 89048** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary. Creditor of merged subsidiary__
__Refreshing Las Vegas LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address**<br>**San Diego Gas & Electric**<br>**PO Box 25111**<br>**Santa Ana, CA 92799** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary. Creditor of merged subsidiary__
__Refreshing California L.L.C..__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address**<br>**Sanctuary On 22nd**<br>**8530 N 22nd Ave.**<br>**Phoenix, AZ 85201** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary. Creditor of merged subsidiary__
__Refreshing Arizona, LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address**<br>**Sandstone Apartments**<br>**1727 W Emelita Ave.**<br>**Mesa, AZ 85202** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary. Creditor of merged subsidiary__
__Refreshing Arizona, LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address**<br>**Sanmar Investments**<br>**6830 W Oquendo Rd. Ste 304**<br>**Las Vegas, NV 89119** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary. Creditor of merged subsidiary__
__Refreshing Las Vegas LLC.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address**<br>**Schneider Trucking**<br>**2567 Paysphere Circle**<br>**Chicago, Il 60674** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Precautionary. Creditor of merged subsidiary__
__Refreshing California L.L.C..__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sentinel Rest Area**
**8 Milepost 85**
**Sentinel, AZ 85333**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shorty's Sandwich Shop**
**3767 E Broadway Rd.**
**Phoenix, AZ 85040**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SIERRA PINES APARTMENTS**
**9410 N 31ST Ave.**
**Phoenix, AZ 85051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SKY CONDOS**
**2700 Las Vegas Blvd South**
**Las Vegas, NV 89109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SMUD**
**PO BOX 15830**
**Sacramento, CA 95852**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southern Nevada Health District**
**280 S Decatur Blvd**
**Las Vegas, NV 89107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address<br>**Spectra West**<br>**6033 W Bethany Home Rd.**<br>**Glendale, AZ 85301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address<br>**Spectrum Internet**<br>**Attn: Bankruptcy**<br>**400 Washington Blvd.**<br>**Stamford, CT 06902** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address<br>**SPRING MEADOWS APARTMENTS**<br>**10300 N 43rd Ave.**<br>**Glendale, AZ 85302** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address<br>**Stonebridge at Paradise Valley**<br>**4315 E THUNDERBIRD Rd.**<br>**Phoenix, AZ 85032** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address<br>**Sugar Foods Corporation/Bilateral Credit**<br>**24799 Network Pl**<br>**Chicago, IL 60673** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address<br>**Sunny Sky Products - Frozen 101**<br>**101 PO Box 4458**<br>**Houston, TX 77210** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Swire Coca-cola**
**PO Box 842545**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tahquitz Canyon Investments**
**2045 E Tahquitz Canyon Way**
**Palm Springs, Ca 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TECH 2 SUCCESS LLC**
**78-43 78th St.**
**Glendale, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ted Wiens Tire & Auto**
**5720 Arville St Ste 115**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THE ARCHES**
**6240 N 63rd Ave.**
**Glendale, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**The Bronte East/Parkside**
**325 W 5th St.**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Coffee Bean & Tea Leaf**
**2355 1801 W Olympic Blvd**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The District at Fiesta Park**
**1033 S Longmore St.**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Map Sport Facility**
**12552 Western Ave.**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Radius**
**2925 N Greenfield Rd.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Vending Group**
**3867 Holcomb Bridge Rd.**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Vending Group**
**3865 Holcomb Bridge Rd.**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Vending Group**
3866 Holcomb Bridge Rd.
Norcross, GA 30092

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Venue On Camelback**
1930 E Camelback Rd.
Phoenix, AZ 85014

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Westin Lake Las Vegas Resort**
101 Montelago Blvd
Henderson, NV 89011

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Wilkinson Group Commissions**
PO Box 3295
Harker Heights, TX 76548

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tides At Deer Valley**
17425 N 19th Ave.
Phoenix, AZ 85023

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TIDES AT DOWNTOWN CHANDLER**
868 S Arizona Ave.
Chandler, AZ 85225

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tides at Papago TT LLC**
**1025 N. 48th St.**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TIDES ON 7TH STREET**
**Leasing Office**
**17625 N 7th St**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TIDES ON BROADWAY**
**1865 E Broadway Rd.**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TIDES ON MCDOWELL**
**4620 W McDowell Rd. #2134**
**Phoenix, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tides On Osborn**
**1502 E Osborn Rd.**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tides on West Dunlap TIC 1 LLC**
**4221 W Dunlap Ave.**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TLEA**
**5900 Folsom Blvd**
**Sacramento, CA 95819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Top Hat Productions**
**17382 Eastman St**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tortoise Rock Casino**
**73829 Baseline Rd.**
**Twentynine Palms, CA 92277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Toyota of the Desert**
**68-1056 Kyle Rd.**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travelodge CC**
**67495 E Palm Canyon Dr**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Treasure Island Hotel Casino**
**3300 Las Vegas Blvd South**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Refreshing USA, LLC**                                   Case number (if known)   **24-01863-11**
Name

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.233**
Nonpriority creditor's name and mailing address
**Trinity Resort**
**815 Pilot Rd.**
**Las Vegas, NV 89119**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Las Vegas LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234**
Nonpriority creditor's name and mailing address
**Tuscany Pointe Apts.**
**14830 N Black Canyon Freeway**
**Phoenix, AZ 85023**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235**
Nonpriority creditor's name and mailing address
**United Food Group**
**1925 Holmes Rd. Suite 100**
**Elgin, IL 60123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236**
Nonpriority creditor's name and mailing address
**Universal Vending Management**
**425 North Ave. East**
**Ref: Dillard**
**Westfield, NJ 07090**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237**
Nonpriority creditor's name and mailing address
**URBAN WALK APARTMENTS**
**3802 N 27TH ST**
**Phoenix, AZ 85015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238**
Nonpriority creditor's name and mailing address
**Urban 148**
**1609 W Glendale Ave.**
**Phoenix, AZ 85015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**USA Waste of California, Inc.**
**Sac Val Disposal**
**P.O. BOX 43530**
**Phoenix, AZ 85080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vanguard University**
**55 Fair Dr.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vending Management**
**2336 Concorde Highway**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vending One, Inc.**
**PO Box 8387**
**Van Nuys, CA 91409**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vendmart of Sacramento**
**6945 Power Inn Rd. Ste E**
**Sacramento, CA 95828**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary**
**Refreshing California L.L.C..**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Victoria Healthcare Center**
340 Victoria
Costa Mesa, CA 92627

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**VILLAS DE AZUL APARTMENTS**
7032 W Angela Dr.
Glendale, AZ 85308

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vista Senior Living**
2814 N MacDonald
Mesa, AZ 85201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vistar**
POB 951080
Dallas, TX 75395

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vittoria Coffee USA**
46956 Liberty Dr
Wixom, MI 48393

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Waste Management**
3060 S. 27th Ave.
Phoenix, AZ 85009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.251**

Nonpriority creditor's name and mailing address

**Wellsys Quench, USA**
**PO Box 735803**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252**

Nonpriority creditor's name and mailing address

**West Coast Coffee, Inc**
**9120 NE Alderwood Rd.**
**Portland, OR 97220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**

Nonpriority creditor's name and mailing address

**Wilbur Curtis Co., Inc.**
**PO Box 894415**
**Los Angeles, CA 90189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254**

Nonpriority creditor's name and mailing address

**Xerox Financial Svcs.**
**PO Box 202882**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing California L.L.C..**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255**

Nonpriority creditor's name and mailing address

**Yuma Honda**
**190 E 32nd St.**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**

Nonpriority creditor's name and mailing address

**Yuma International Airport**
**2191 E 32nd St Ste 218**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Creditor of merged subsidiary Refreshing Arizona, LLC.**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **Refreshing USA, LLC** | Case number *(if known)* | **24-01863-11** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

<table>
<tr><td colspan="2">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>**Refreshing USA, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF WASHINGTON</td></tr>
<tr><td>Case number (if known)</td><td>**24-01863-11**</td></tr>
</table>

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*     **3rd Supplemental F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 18, 2025**          X **/s/ Brian Weiss**
                                          Signature of individual signing on behalf of debtor

                                          **Brian Weiss**
                                          Printed name

                                          **Chief Restructuring Officer (Force Ten Partners, LLC)**
                                          Position or relationship to debtor