**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>REFRESHING USA, LLC, with joint administration of Water Station Management, LLC and Creative Technologies, LLC,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-01863-FPC11<br><br>Jointly Administered with 24-01864 and 24-01866<br><br>**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF NOVEMBER 25, 2024** |

The Court having considered the Committee's Application for Order Authorizing Employment and Retention of B. Riley Advisory Services as Financial Advisory Services as Financial Advisor for the Official Committee of Unsecured Creditors, Effective as of November 25, 2024 (the "Application") and the Declaration of Seth R. Freeman in Support of the Application;

509385466.1
ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR - 1

**K&L GATES LLP**
**925 FOURTH AVENUE, SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE:  +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

24-01863-FPC11    Doc 962    Filed 06/02/25    Entered 06/02/25 08:00:03    Pg 1 of 2

the Court having reviewed the Application and the disclosures set forth therein; it appearing that the B. Riley Advisory Services (a) do not hold any interest adverse to the interest of the Debtors or estate and (b) are disinterested persons as defined in 11 U.S.C. § 101(14); and the Court having determined that the employment of B. Riley Advisory Services by the Committee is in the best interests of the estate; NOW, THEREFORE, it is ORDERED that,

1. The Committee is authorized to employ B. Riley Advisory Services as its financial advisor herein to perform the services set forth in the Application.

2. This Order is effective of November 25, 2024.

///END OF ORDER///

Presented by:,
K&L GATES LLP

*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA # 20982
John T. Bender, WSBA # 49658
Michael W. Meredith, WSBA #45264
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
john.bender@klgates.com
michael.mereidth@klgates.com

*Attorneys for the Official Committee of Unsecured Creditors*

509385466.1
ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

24-01863-FPC11    Doc 962    Filed 06/02/25    Entered 06/02/25 08:00:03    Pg 2 of 2