Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

REFRESHING USA, LLC,

        Debtors.[1]

Bankr. Case No. 24-01863-11

**DECLARATION OF JOHN T. BENDER IN SUPPORT OF MEMORANDUM IN SUPPORT OF PONZI SCHEME FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION**

I, John T. Bender, hereby declares as follows:

1. I am a partner in the law firm of K&L Gates LLP ("K&L Gates"), counsel of record for the Official Committee of Unsecured Creditors (the "Committee") of Refreshing USA, LLC, Water Station Management LLC, Creative Technologies, LLC, Ideal Property Investments, LLC (collectively, the "Bankruptcy Debtors"). I am over

---

[1] Debtors in these Chapter 11 cases: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81012-2716) ("WSM"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station Management, "Opco Debtors"), Case No. 24-01866-11. Ideal Property Investments, LLC ("Ideal") is a related Debtor ("Ideal," together with Opco Debtors and Debtors' related affiliates defined in the Becky Yang O'Malley Report, ¶ 2, Appendix C, are referred to herein as "Debtors" or "WST Enterprise").

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
MEMORANDUM IN SUPPORT OF PONZI SCHEME
FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - 1
509382462.3

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11   Doc 1159   Filed 08/01/25   Entered 08/01/25 21:18:57   Pg 1 of 3

18 years of age, make this declaration based on my own personal knowledge, and am competent to testify to the matters stated herein.

2. The Washington State Department of Financial Institutions ("DFI") conducted an investigation of Ryan Wear and affiliated entities and individuals. On May 16, 2025, DFI issues a Statement of Charges for this matter (Order No. S-21-3226-25-SC01). Attached hereto as Exhibit 1 is a copy of the Statement of Charges.

3. DFI has produced documents to K&L Gates, which are titled WA_DFI_00000001–WA_DFI_00007933.

4. During the DFI investigation, Ryan Wear was deposed on November 14 and 15, 2023. Attached hereto Exhibits 2 and 3 are true and correct copies of Ryan Wear's DFI deposition transcripts in *In the Matter of: Ryan Wear, et al*. that DFI produced to K&L Gates. DFI also produced to my firm all exhibits for this deposition.

5. Attached to the Weiss Decl. as Exhibit 4 is a true and correct copy of Exhibit 45 to Ryan Wear's DFI deposition, which provides a list of water station machine locations. DFI produced this document to in response to my request.

6. Attached hereto as Exhibit 5 is a true and correct copy of an example of a Purchase Order Agreement with WaterStation Technology, which DFI produced.

7. Attached hereto as Exhibit 6 are true and correct copies of DFI interviews, discussing promised return on investments ("ROIs"), which DFI produced.

DECLARATION OF JOHN T. BENDER IN SUPPORT OF
MEMORANDUM IN SUPPORT OF PONZI SCHEME
FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - 2
509382462.3

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1159    Filed 08/01/25    Entered 08/01/25 21:18:57    Pg 2 of 3

8. Attached hereto as Exhibits 7–11 are true and correct copies of materials Debtors used for marketing their business, which DFI produced.

9. Attached hereto as Exhibits 12–15 are a true and correct copies of the Declaration of Brett Karol (signed on April 25, 2024) and the exhibits to his declaration (Exhibits A–C), which were filed in Washington Superior Court, Snohomish County, *Pacific Water Technology, LLC, et al., v. Ryan R. Wear et al.*, Case No. 24-2-02887-31. Exhibit 14 consists of 17 subparts (Exhibits 14.1–14.17).

10. Attached hereto as Exhibit 16 is a true and correct copy of a declaration that Jeremy Briggs provided in connection with a civil litigation in New York federal court. This declaration was produced to my office pursuant to a subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 1, 2025, at Seattle, Washington.

*/s/ John T. Bender*
JOHN T. BENDER

DECLARATION OF JOHN T. BENDER IN SUPPORT OF MEMORANDUM IN SUPPORT OF PONZI SCHEME FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - 3
509382462.3

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1159    Filed 08/01/25    Entered 08/01/25 21:18:57    Pg 3 of 3