Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

REFRESHING USA, LLC,

Debtors.[1]

Bankr. Case No. 24-01863-11

**DECLARATION OF BECKY YANG O'MALLEY IN SUPPORT OF MEMORANDUM IN SUPPORT OF PONZI SCHEME FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION**

I, Becky Yang O'Malley, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1. I have been engaged by counsel for the above-captioned Debtors and Debtors-in-Possession to provide expert testimony in the above-captioned jointly

---

[1] Debtors in these Chapter 11 cases: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81012-2716) ("WSM"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station Management, "Opco Debtors"), Case No. 24-01866-11. Ideal Property Investments, LLC ("Ideal") is a related Debtor ("Ideal," together with Opco Debtors and Debtors' related affiliates defined in the Becky Yang O'Malley Report, ¶ 2, Appendix C, are referred to herein as "Debtors" or "WST Enterprise").

DECLARATION OF BECKY YANG O'MALLEY ISO
MEMORANDUM ISO PONZI FINDING - 1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1160    Filed 08/01/25    Entered 08/01/25 21:44:51    Pg 1 of 6

administered bankruptcy cases. Specifically, I have been asked to provide an opinion as to whether the Debtors' prepetition transactions with their investors have the economic and financial indicia of a Ponzi scheme.

2. As an expert consultant, I am providing my written report in compliance with Federal Rules of Civil Procedure 26(a)(2)(B) and Bankruptcy Rule 7026.

3. The opinions contained in my report are based on materials reviewed or considered as of the date of my report. I reserve the right to supplement my opinions or express additional opinions should additional and/or presently unknown information about this matter become known to me at or before trial.

4. I am a Certified Fraud Examiner, with over 20 years of consulting experience in providing forensic accounting, finance and economic analyses in civil and criminal litigation matters, complex fraud investigations, and internal investigations on behalf of law firms, corporations, individuals, government agencies, and non-profit organizations.

5. I am a Managing Director in the Los Angeles office of GlassRatner Advisory Services ("GlassRatner"). Prior to working at GlassRatner, I held leadership positions in several national public accounting firms. I have also developed and presented various learning events on forensic accounting and fraud issues. I am

DECLARATION OF BECKY YANG O'MALLEY ISO
MEMORANDUM ISO PONZI FINDING - 2

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1160    Filed 08/01/25    Entered 08/01/25 21:44:51    Pg 2 of 6

currently the President and on the Board of Directors of the Los Angeles Chapter of the Association of Certified Fraud Examiners.

6. Attached hereto as **Exhibit A** is a true and correct copy of a Stock Purchase Agreement dated April 5, 2023, which was executed by representatives of KGBH Enterprises, Inc. and Ryan Wear.

7. Attached hereto as **Exhibit B** is a true and correct copy of a letter sent to John T. Bender by the Washington Department of Financial Institutions Securities Division ("DFI"), dated July 17, 2024.

8. Attached hereto as **Exhibit C** is a true and correct copy of DFI's Statement of Charges, dated May 16, 2025.

9. Attached hereto as **Exhibit D-1** through **Exhibit D-15** are true and correct copies of documents related to real estate transactions. These include the Declaration of Eric Camm, filed on September 9, 2024; the supplemental declaration of Eric Camm, dated September 10, 2024; as well as settlement statements and disbursement reports for various properties.

10. Attached hereto as **Exhibit E-1** through **Exhibit E-5** are true and correct copies of four bank signature cards and an email from Wear to Jason Naylor dated August 16, 2021.

DECLARATION OF BECKY YANG O'MALLEY ISO
MEMORANDUM ISO PONZI FINDING - 3

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11   Doc 1160   Filed 08/01/25   Entered 08/01/25 21:44:51   Pg 3 of 6

11. Attached hereto as **Exhibit F** is a true and correct copy of an email from Wear to Jeremy Briggs, dated September 29, 2022, which was Exhibit 57 to Mr. Briggs' declaration, dated May 29, 2025.

12. Attached hereto as **Exhibit G-1** through **Exhibit G-5** are true and correct copies of marketing materials, including investor decks, private placement memoranda, as well as an email from Bryce Froberg to Karl Oules on November 18, 2020.

13. Attached hereto as **Exhibit H-1** through **Exhibit H-4** are true and correct copies of agreements related to the "ramp up" identified in the O'Malley Report. These include (1) a Service and Management Agreement between Water Station Management, LLC and Pure Water Vending, LLC, dated June 24, 2020; (2) a Service and Management Agreement between Water Station Management, LLC and Placid LLC, dated May 9, 2019; (3) a Service and Management Agreement between Water Station Management, LLC and Steve and Stana Ciric, dated September 16, 2020; and (4) an addendum to the WSM Service Agreement with Steve and Stana Ciric, executed by Wear, Steve Ciric, and Stana Ciric, dated September 27, 2020.

14. Attached hereto as **Exhibit I** is a true and correct copy of an email from Wear to Jeremy Briggs, dated September 29, 2022, which was Exhibit 58 to Mr. Briggs' declaration, dated May 29, 2025.

DECLARATION OF BECKY YANG O'MALLEY ISO
MEMORANDUM ISO PONZI FINDING - 4

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1160    Filed 08/01/25    Entered 08/01/25 21:44:51    Pg 4 of 6

15. Attached hereto as **Exhibit J** is a true and correct copy of emails sent by Investors to Wear, which are identified in Table 4 of the O'Malley Report.

16. Attached hereto as **Exhibit K** is a true and correct copy of a Creative Technologies, LLC Transaction Detail for January 2022 through December 2024, which includes journal entries regarding bond payments.

17. Attached hereto as **Exhibit L** are true and correct copies of emails between Wear and employees discussing cash flow issues, which are identified in Table 20 of the O'Malley Report.

18. Attached hereto as **Exhibit M** is a true and correct copy of a Creative Technologies, LLC Transaction Journal from December 31, 2020.

19. Attached hereto as **Exhibit N** is a true and correct copy of an email from Kasi O'Leary to Ryan Wear, dated May 1, 2023.

20. Attached hereto as **Exhibit O** is a true and correct copy of a Refund Payment Agreement, dated October 3, 2021, between Waterstation Technology, Creative Technologies LLC and Laputan LLC.

21. Attached hereto as **Exhibit P-1** through **Exhibit P-12** are true and correct copies of Merchant Credit Agreements, Revenue Purchase Agreements, Future Receivables Purchase Agreements, and similarly titled agreements, as well as related addenda.

DECLARATION OF BECKY YANG O'MALLEY ISO
MEMORANDUM ISO PONZI FINDING - 5

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1160    Filed 08/01/25    Entered 08/01/25 21:44:51    Pg 5 of 6

22. Attached hereto as **Exhibit Q** is a true and correct copy of the Expert Report and accompanying appendices and schedules of Becky Yang O'Malley, dated August 1, 2025. Exhibit Q includes a copy of my curriculum vitae and a list of materials I considered in formulating my opinions in this matter.

I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct and that this declaration is executed on August 1, 2025, in Los Angeles, California.

*/s/ Becky Y. O'Malley*
Becky Yang O'Malley

DECLARATION OF BECKY YANG O'MALLEY ISO
MEMORANDUM ISO PONZI FINDING - 6

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1160    Filed 08/01/25    Entered 08/01/25 21:44:51    Pg 6 of 6