UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC,<br><br>Debtors[1], | Lead Case No. 24-01863-11<br>(Jointly Administered)<br><br>**DECLARATION OF NEAL SHERMAN IN SUPPORT OF MEMORANDUM IN SUPPORT OF PONZI SCHEME FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION** |

I, Neal Sherman, being duly sworn, state the following under penalty of perjury:

1. I am the Chief Executive Officer of TAGeX Brands ("TAGeX"), headquartered at 200 Canal View Blvd Suite 302, Rochester, New York 14623. TAGeX operates an after-marketplace for restaurant and food related equipment and supplies. TAGeX focuses on providing restaurant and food service liquidation services to companies in financial distress and bankruptcy.

2. My statements below are based on reports from employees in the field with direct personal knowledge, my review of business records created and

---

[1] Debtors in these Chapter 11 cases: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81012-2716) ("WSM"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station Management, "Opco Debtors"), Case No. 24-01866-11. Ideal Property Investments, LLC ("Ideal") is a related Debtor ("Ideal," together with Opco Debtors and Debtors' related affiliates defined in the Becky Yang O'Malley Report, ¶ 2, Appendix C, are referred to herein as "Debtors" or "WST Enterprise").

DECLARATION OF NEAL SHERMAN IN SUPPORT OF PONZI FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - Page 1

maintained in the ordinary course of business, and my own personal knowledge. I am over the age of 18, and I am competent to testify.

3. The Debtors engaged us to survey, secure and relocate as necessary, inventory, market, and liquidate their personal property assets. **Exhibit A**, attached hereto, is a true and correct copy of our engagement agreement with Debtors. In short, TAGeX is paid a percentage commission on property sold.

4. In November 2024, we began conducting field surveys to locate, inventory, and secure Debtors' assets. The assets were primarily located in 40 warehouses throughout the country. To ultimately auction the assets and maximize value, TAGeX inventoried the warehouses.

5. TAGeX has a standard practice to inventory warehouses. We catalogue the inventory using our proprietary, in-house app. We document what assets are in the warehouse, and where it is located in the warehouse. Attached here as **Exhibit B** is a true and correct copy of records generated by our app showing the non-water machine inventory found at 24 warehouses.

6. The general state of the warehouses was exceptionally poor. In the after-marketplace industry, we are accustomed to getting involved in situations where businesses are in distress and conditions are not ideal. Indeed, in 2024 alone, TAGeX inventoried approximately 400 locations (restaurants, retail, and warehouse). But Debtors' warehouses stand out as among the most disorganized warehouses I have encountered in my 38-year career. **Exhibit C**, attached hereto, is a true and correct copy of a presentation we prepared for the Debtors to report on the situation at the warehouse in Houston, Texas, which stores a significant number of vending machines and water filtration machines. The situation presented in this report is typical of what we found at the 40 warehouses across the country.

7. TAGeX hired locksmiths to rekey most of the warehouses to secure them. This was also necessary to gain access to many warehouses because Ryan Wear did not turn over the keys. Rekeying the warehouses also allowed Hilco Real Estate to obtain access to the facility via a lockbox with the key to the building.

8. Multiple warehouses had been vandalized or stolen from. In my industry we refer to removing and salvaging parts as "harvesting." In every warehouse, there were machines and vehicles that had already been harvested. I do not know whether the individuals who broke into the warehouses who harvested the machines and vehicles. In multiple warehouses, the copper and other wiring in the walls had also been harvested. Damage to the warehouses needed to be repaired and cost hundreds of thousands of dollars. Attached hereto as **Exhibit D** is a true and correct copy of pictures showing the state of a warehouse located in Pheonix Magnolia warehouse and Columbus Georgia warehouse when TAGeX arrived.

9. Not only were the warehouses physically disorganized, but Debtors had little-to-no records of what inventory was in which warehouse. TAGeX went through each warehouse and inventoried each item to determine what assets Debtors had, and where those assets were located, because Debtors simply lacked those ordinary business records.

10. Based on that work, we determined that the assets fall into three basic categories: (i) vending machines, (ii) water filtration machines, and (iii) motor vehicles. There were also miscellaneous other items, including coffee machine equipment, tools, etc.

11. The first of the three categories is vending machines. This category includes things like food service equipment and parts. Across the 40 warehouses,

there were approximately 2,750 vending machines. There were no records showing what machines were in which warehouse, so TAGeX manually inspected each machine to catalog its serial number and location.

12. TAGeX also routinely found bulk, unopened packages of food. Unfortunately, the food attracted rats, so the packages were often rat-infested. Ryan Wear did not turn over the keys (and TAGeX could not locate the keys) to many vending machines in warehouses.

13. It turned out that many of the vending machines were "branded" meaning they had logos like "Coke" or "Pepsi" on the machine. These branded machines were owned by the bottlers instead of the Debtors. TAGeX worked with Debtors' counsel to contact the bottlers to have them pick up or abandon their vending machines. Bottlers picked up approximately 408 vending machines, which correspondingly reduced the stock available for sale by Debtors. Despite working with Debtors to encourage bottlers to pick up their branded machines, some bottlers did not pick up their vending machines.

14. The second of the three asset categories was water filtration machines. TAGeX found approximately 4,323 water machines. Again, there were poor records, so TAGeX manually inspected each machine to catalog its serial number and location.

15. The water machines were in poor condition and were poorly made. For example, the machines did not have insulation inside. In warehouses outside of warm climates, pipes often burst inside the water machines, so the water machines could not be harvested, let alone sold to a buyer who did any due diligence. It is also my understanding from conversations I had with industry experts and competitors while attempting to sell the water machines that Debtors'

water machines were sub-par, and water machines in the field required maintenance much more frequently than standard.

16. The third and final asset category is vehicles. I reviewed a list of vehicles by warehouse location sent to me by Brian Weiss, the court-appointed Chief Restructuring Office for Debtors. It is my understanding Ryan Wear and Catherine Rhodes provided the list to Mr. Weiss. The list showed approximately 283 vehicles owned by Debtors. A true and correct copy of the list is attached as **Exhibit E**.

17. At each location on the list numerous vehicles were missing. Some were in the possession of Debtors' former employees, who oftentimes informed me that Ryan Wear had told them to take their company vehicles home, and Debtors would pay the employees $50 per day to store the vehicles. TAGeX successfully located and recovered approximately 20 missing vehicles, but the location of around 80 vehicles remains unknown.

18. TAGeX could not locate keys for many vehicles, which required TAGeX to rekey all of the vehicles. Of them, approximately 80% were inoperable for other reasons, such as dead batteries or mechanical issues. TAGeX had to perform repairs on the vehicles just to remove them from the warehouses. TAGeX did not received title to all vehicles. Thus, TAGeX had to hire multiple firms to do VIN and title searches to determine which vehicles Debtors owned, and if there were any liens on the vehicles.

19. Ryan Wear's list and company records did not include that around 60 vehicles were leased to the Debtors. Debtors leased vehicles from Enterprise, Mercedes, Ally, Stelantis, and others. TAGeX learned that information from VIN and title searches on the vehicles. For all of the leased vehicles, lease payments

were past due. I worked with Debtors' counsel who notified the lessor so they could pick up the vehicles.

20. For the vehicles TAGeX located, we performed physical inspections and an inventory. We used Florida Fast Titles, and TAGeX agency professionals who used a national database to determine the owner of each vehicle, and whether it was leased or owned. TAGeX retitled all vehicle still owned by Debtors or their subsidiaries into Refreshing's name. I understand that this was necessary for Debtors to be able to sell the vehicles. The sales also required the Debtors to file motions with the Court to transfer ownership to Refreshing. We then prepared the vehicles for auction and sold them.

21. After we inventoried the assets, we began to market them for sale. We launched them on our marketplace, and also reached out to individuals who may be interested in bulk purchase of the assets.

22. TAGeX could not find a bulk buyer for the water machines, in part, because of Ryan Wear's reputation in that industry. Potential buyers wanted nothing to do with water machines being sold from Ryan Wear's company because of his poor reputation and notoriety for failing to properly maintain his equipment.

23. After collecting all of Debtors' assets described above, TAGeX held an auction on June 30, 2025. Because the value of the assets were so low, the goal with the auctions was to cover the expenses of moving out of the warehouses. As of June 30, 2025, the gross auction proceeds are $1,679,487.62. The commissions earned by TAGeX are $335,897.52. And TAGeX's out-of-pocket expenses are $1,227,876.09.

24. There were 46 warehouses, of which 40 contained equipment and inventory. The equipment and inventory in 36 warehouses have been sold and the warehouses have been cleaned out. There are another four warehouses where the

equipment has been sold, and TAGeX is working to clean out. There are an additional six warehouses where there is no equipment, which have been cleaned out.

25. Due to poor record keeping prior to the bankruptcy case, TAGeX is still learning about assets owned by Debtors, updating the inventory, and selling assets.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED: August 1, 2025.

By: */s/ Neal Sherman*
Neal Sherman

044904\00001\18612133v8