Michael J. Gearin, WSBA # 20982
John T. Bender, WSBA # 49658
Michael W. Meredith, WSBA #45264
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

REFRESHING USA, LLC, with joint administration of Water Station Management, LLC and Creative Technologies, LLC,

Debtors.

Chapter 11

Case No. 24-01863-FPC11

Jointly Administered with 24-01864 and 24-01866

**PROOF OF SERVICE**

I, Denise A. Lentz declare as follows:

1. I am a citizen of the United States and of the State of Washington, living and residing in Snohomish County, over the age of 21 years, not a party to the above-entitled action and competent to be a witness.

2. On August 1, 2025, I caused to be electronically filed the following pleadings with the Clerk of the Court using CM/ECF system:

- Second Notice of Monthly Fee Statements of K&L Gates LLP for Interim Compensation and Reimbursement of Expenses for the Periods of May 2025 through June 2025 (Dkt 1157) ("Fee Statement");

which, pursuant to Local Rule 5005-1(c)(1), caused parties who are registered ECF participants to be served by electronic means.

PROOF OF SERVICE - 1
1601109538.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

24-01863-FPC11    Doc 1164    Filed 08/03/25    Entered 08/03/25 18:40:53    Pg 1 of 6

3. On August 1, 2025, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the Fee Statement to the parties shown on the mailing matrix attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that the foregoing Declaration is true and correct.

DATED this 3rd day of August, 2025, at Lynnwood, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

PROOF OF SERVICE - 2
1601109538.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

24-01863-FPC11    Doc 1164    Filed 08/03/25    Entered 08/03/25 18:40:53    Pg 2 of 6

# EXHIBIT A

| | | |
|---|---|---|
| **Ally Bank c/o AIS Portfolio Services, LLC**<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **Scott Sonny Balber**<br>Herbert Smith Freehills New York LLP<br>200 Park Avenue<br>16th Floor<br>New York, NY 10166 | **Paul A Barrera**<br>North City Law, PC<br>17713 15th Ave NE<br>Ste 101<br>Shoreline, WA 98155 |
| **Peter J. Behmke**<br>c/o Herbert Smith Freehills New York LLP<br>200 Park Avenue<br>New York, NY 10166 | **Peter John Behmke**<br>Herbert Smith Freehills New York LLP<br>200 Park Avenue<br>16th Floor<br>New York, NY 10166 | **Alaina King Benford**<br>King Benford Law Firm PLLC<br>1980 Post Oak Boulevard, Suite 2300<br>Houston, TX 77056 |
| **Corinne Samler Brennan**<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Ste 1400<br>Philadelphia, PA 19103 | **Victoria H. Buter**<br>Kutak Rock LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE 68102-2104 | **Joseph Caneco**<br>c/o Fishman Haygood, LLP<br>201 St. Charles Ave., Floor 46<br>New Orleans, LA 70170 |
| **Jamie S Cassel**<br>Reno & Zahm LLP<br>2902 McFarland Road<br>Suite 400<br>Rockford, IL 61107-6050 | **James E Cuellar**<br>Wells Cuellar PC<br>440 Louisiana<br>Ste 718<br>Houston, TX 77002 | **Cypress-Fairbanks ISD**<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| **Jamie P. Dreher**<br>Downey Brand LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | **Dennis A Dressler**<br>Dressler Peters LLC<br>101 W. Grand Ave., Ste. 404<br>Chicago, IL 60654 | **Dennis A Dressler**<br>Dressler Peters LLC<br>70 West Hubbard St<br>Ste 200<br>Chicago, IL 60654 |
| **William J. Easley**<br>Bryan Cave Leighton Paisner LLP<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105 | **David Robert Eastlake**<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 6700<br>Houston, TX 77002 | **Terrence Todd Egland**<br>CSD Attorneys at Law P.S.<br>1500 Railroad Ave<br>Bellingham, WA 98225 |
| **Michael B. Fisco**<br>Greenberg Taurig, LLP<br>90 South Seventh Street<br>Suite 3500<br>Minneapolis, MN 55402 | **Bennett Greg Fisher**<br>Lewis Brisbois Bisgaard & Smith<br>24 Greenway Plaza<br>Suite 1400<br>Houston, TX 77046 | **Paulina Garga-Chmiel**<br>Dykema Gossett PLLC<br>10 S Wacker Drive<br>Ste 2300<br>Chicago, IL 60606 |
| **Galen M. Gentry**<br>Downey Brand LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | **Gold Capital USA**<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122 | **Harris Co ESD #09**<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3046 |
| **Colleen Hayes**<br>1641 Emerald Ridge<br>Marietta, GA 30062 | **Kyle S. Hirsch**<br>c/o Bryan Cave Leighton Paisner LLP<br>Dallas Arts Tower<br>2200 Ross Avenue, Suite 4200W<br>Dallas, TX 75201 | **Kyle S. Hirsch**<br>c/o Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ 85004 |

509386272.3

| | | |
|---|---|---|
| **Andrew Jimenez**<br>U.S. Department of Justice<br>United States Trustee Program<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002 | **Ericka Johnson**<br>Bayard, P.A.<br>600 North King Street<br>Suite 400<br>Wilmington, DE 19801 | **Michael P. Jones**<br>c/o Herbert Smith Freehills New York LLP<br>200 Park Avenue<br>New York, NY 10166 |
| **Michael Paul Jones**<br>Herbert Smith Freehills New York LLP<br>200 Park Avenue<br>16th Floor<br>New York, NY 10166 | **Jason Kathman**<br>c/o Spencer Fane<br>5700 Granite Parkway, Suite 650<br>Plano, TX 75024 | **Lone Star College System**<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3046 |
| **Tristan Manthey**<br>Fishman Haygood, LLP<br>201 St. Charles Ave., Floor 46<br>New Orleans, LA 70170 | **Jacquelyn Diane McAnelly**<br>Cersonsky & McAnelly, P.C.<br>1770 St. James Place Suite 150<br>TX<br>Houston, TX 77056 | **Lorraine McGowen**<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019 |
| **Alexander Melton**<br>1641 Emerald Ridge<br>Marietta, GA 30062 | **J. Seth Moore**<br>Snell & Wilmer<br>2501 North Harwood St.<br>Ste 1850<br>Dallas, TX 75201 | **Daniel Forest Newman**<br>Tonkon Torp LLP<br>888 SW 6th Ave<br>Suite 1600<br>Portland, OR 97204 |
| **Randy Nussbaum**<br>The Cavanagh Law Firm, P.A.<br>1850 N. Central Ave., #1900<br>Phoenix, AZ 85004 | Jennifer Oswald<br>Buchalter, A Professional Corporation<br>1420 5th Avenue<br>Ste 3100<br>Seattle, WA 98101 | **Steven Marlow Palmer**<br>Karr Tuttle Campbell<br>701 Fifth Ave.<br>Ste 3300<br>98014<br>Seattle, WA 98104 |
| **Julie Anne Parsons**<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680 | **Alyssa M. Radovanovich**<br>Klehr Harrison Harvey Branzburg LLP<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801 | **Michael R Rethinger**<br>Burke Moore Law Group, LLP<br>235 Peachtree St. NE<br>Suite 1900<br>Atlanta, GA 30303 |
| **Ava L Schoen**<br>Tonkon Torp LLP<br>888 SW Fifth Avenue<br>Suite 1600<br>Portland, OR 97204 | **Joseph Sell**<br>Sell Water LLC<br>808 S. River Road<br>Naperville, IL 60540 | **Steven Douglas Shurn**<br>HughesWattersAskanase<br>1201 Louisiana<br>Ste 28th Floor<br>Houston, TX 77002 |
| **Don Stecker**<br>c/o Linebarger Goggan Blair & Sampson, L<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio, TX 78205 | **Craig S Sternberg**<br>Sternberg Thomson Okrent & Scher, PLLC<br>520 Pike Street, Ste 2250<br>P O Box 655<br>Seattle, WA 989101-4013 | **Christine M. Tobin-Presser**<br>Bush Kornfeld LLP<br>601 Union Street #5000<br>Seattle, WA 98101-2373 |
| **Michael Trentin**<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019 | **John Kendrick Turner**<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | **John J. Wiles**<br>Wiles & Wiles, LLP<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, GA 30060-7946 |

509386272.3

| | | |
|---|---|---|
| Progressive Partners LLC<br>c/o Srinivasulu Nathi<br>13780 Lowe Street<br>Chantilly, VA 20151 | Andrew R. Lunn<br>Sub-G Water, LLC<br>6780 Kenton Ridge Circle<br>Chattanooga, TN 37421 | Timothy Fry<br>10 Timberwood Lane<br>Springboro, OH 45066 |
| FacTS Property Services LLC<br>7227 E. Baseline Rd, Ste 104<br>Mesa, AZ 85209 | Adam C. Rogoff<br>HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Natan Hamerman<br>HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Jennifer Sharret<br>HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | | |