# AMENDED EXHIBIT 34

# SCHEDULE 2.b
## Water Station Owners

1. 210 SA Holdings, LLC (Marc Hildebrand)
2. 2450 Properties LLC (James and Rayne Osborne)
3. 352 Capital ABS Master Fund
4. 5161 LLC (Simon Fry)
5. A&R Water Supply
6. Aarana Water Vending LLC
7. Abby Wyatt Group (Mark Fleming)
8. Adventure Done Right LLC (Sean Done)
9. Afe X, Inc. (David Akhamie)
10. Aiden Waterworks LLC (Bo Yang)
11. Alkaline Water Holdings, LLC
12. Andrew Lunn, DDS
13. Aqualux TX LLC (Gary & Heidi Young)
14. AquaSpero LLC (Jerod Chirico)
15. Aquastation LLC (Tanguy Le Talaer)
16. Aquatica Technica, LLC (Jacob Barros)
17. Arravend LLC (Ash Sheanh)
18. ASH Vending, LLC (Robert Scott Hoery)
19. Axial Tilt LLC (James Matthew Ansley)
20. Be of Service LLC
21. BFC Vend LLC (Laura Blackmore)
22. Big Boy Tools LLC (Sterling A. Davis)
23. Biyaya LLC (Paul Talosig)
24. Brown Family Enterprises LLC
25. C&C Investment Holdings, LLC (Charles Coggins)
26. ChugIt LLC (Helmut Giewat, James Vilt II)
27. CLI West LLC (Alan Leichtle)
28. Coldwater Vending LLC
29. Covalent Holdings LLC & Rise Franchise Solutions LLC (Patrick McKee)
30. Culminate Water Technology LLC (Padma Kandikonda)
31. Cum Laude Enterprises LLC (David Hull)
32. Cyborg Holdings LLC (Timothy Dailey)
33. D & J Water, LLC (John Forrey)
34. D Alkapure Water, LLC (Brenda Hildreth)
35. Daniel Panzarella
36. DDWS Tech (Dennis Demirjian)

37. DN2LA LLC (Dat Nguyen)
38. Dos Cocos, Inc. (Chet Beeton)
39. DOS Legacy Holdings LLC dba Aqua Rental Machines (Dalton Souders)
40. Dr. Scott Runnels Orthodontics & Dentofacial Orthopedics (Scott Runnels)
41. Driftless Water Ventures (Zac Scherrman)
42. Eco Responsible LLC (Cedric Pantanella)
43. Emmatoine LLC (Galia Biegle)
44. Etania LLC (Karthiga Jayaram)
45. Ethyan LLC
46. Ever Upward Inc. (David Beranek)
47. Facts Property Services
48. Facts Property Services, LLC (Aashish Parekh)
49. Flatlands Equipment LLC (Matt Fellows)
50. Flexible Industries
51. Francis Beauchamin, a Sole Proprietorship
52. Fresca41 LLC (Stéphane Deneux)
53. Fresh Water LLC
54. Freshwater Inc. / Natural Water LLC (Gabriel Vittori)
55. Granite Street Ventures, LLC (Cody and Jabez List)
56. Gray Family Enterprises, LLC (Don Gray)
57. Grayfin Ventures LLC (James Sartain, Jr.)
58. Great Oak Water LLC
59. Grier Aqua LLC (Terry Grier)
60. H2O Station Holdings, LLC
61. Half Full Vending LLC
62. Haller Investments, Inc. (Dean Haller)
63. Hawes Property and Investments, LLC (Gregory Hawes)
64. Horeb Water Solutions, LLC (Steven Wells)
65. HRS2 LLC (Romil Doctor)
66. Hydration for Health, LLC (Chance and Carrie McLemore) (Chancellor, a Sole Propietorship)
67. IML Sunshine, LLC (Karla Letourneau)
68. James Group International, LLC
69. JBF Consulting Services LLC (John Flack)
70. JDM2 Waterstations (Michael Jarrell)
71. Jeffrey Brooke
72. JK Seven LLC (William Kyle White)
73. JLE Enterprises LLC (James Estes)
74. Johnson Lux Group LLC (Jason Lux)
75. Jung J. Lee WaterStation LLC (Jung Lee)

76. Kaizen Partners, LLC
77. Keystone Water Holdings, LLC
78. Kinetic Properties LLC (David Soltesz)
79. Kirk & Sherlyn Dunn
80. Klokkenga Helicopter Leasing, LLC (Mark Klokkenga)
81. Kmandy Investments LLC (Karthika Mandyam)
82. LGM Water LLC (Michael Gross)
83. LivingWater Station LLC (Karl Schoenleben)
84. Lucky Water LLC (Jonathan and Leslie Echols)
85. Lucrum Sky, LLC (Craig Simmons)
86. MAJI 8377 LLC (Jim Walker)
87. MBK IT Services, LLC (Trey Foster)
88. Meridian Advisors, LLC
89. Michael Assad/TMDAZ
90. Richard Buys (Mike and Jason Crandall)
91. Mod Holdings LLC (Patrick Modlin)
92. Natural Water LLC
93. Nira Enterprises LLC (Archan Tikoti)
94. NS Square Eco Waters LLC (Navaneeth Kumar Vankadari Ramprasad)
95. NTMK Corporation (Nate Wehunt)
96. Oaks Waterstation LLC (Duane and Linda Okamoto)
97. Oed Properties LLC (Joshua Oed)
98. Optionary LLC (Kristi Humphrey)
99. Penny Rentals LLC (Joel Campbell)
100. Pitus Holdings LLC (German Perry)
101. Prasiti Water Investments (Nirupa Keskar)
102. Premium Water Services, LLC (Dick Humphrey)
103. Progressive Partners LLC
104. Pure H2O LLC (William Spencer Bryant)
105. Pure Lyfe Water, LLC (May Auerbach)
106. Pure Water Vending LLC (Stephen Stefanini)
107. Q & V LLC (Tan Quan Nguyen)
108. R4AZ, LLC (Brett Richardson)
109. RCWSTECH1157 LLC
110. RDWSTECH3594, LLC (Robert C. Dost, DDS)
111. Rex Ventures, LLC (Jill Di Rito)
112. REZ Investments LLC
113. Richland Real Estate, LLC (Traci and Brendan McCormick)
114. RL Futures LLC (Ryan Richard)
115. Roman Jarosiewicz

116. Rose Trail Ventures LLC & Rose Trail Ventures 2 LLC (Pravin J. Thakkar Jr.)
117. Rosewater Ventures LLC
118. Rumson Wellness LLC (Taylor Ross)
119. S&A Water Resources, LLC (Shahid Mansoor)
120. SDB H2O LLC (Scott D. Burau)
121. Sell, Joseph
122. Silver Oak H20, LLC (Dustin Braeger)
123. Siripi WST LLC (Radhika Siripireddy)
124. SL21 Drink Up Holdings LLC
125. SLM Lakeside, LLC (Stewart McCoy)
126. Spruce Waters Investments LLC (Thomas Andersen)
127. SS Water, LLC (Ken Schueller)
128. Starter Holdings LLC (Joshua A. Leykam)
129. Steve and Stana Ciric
130. Stillwater Ventures LLC & Rosewater Ventures LLC & Coldwater Vending LLC (David Grillo)
131. Sun A. Wy LLC (Susan Pinkerton)
132. Tanushka Water Vending LLC
133. TDMAZ, Inc. (Mike Assad)
134. Tre Fontane, LLC (Jacob Barton)
135. UpTowne Ventures, LLC
136. Upwell, through Water Vending Assets LLC
137. V2C2 (Venkita Sharma)
138. Vital Fluids and Land LLC
139. Wakanda Ventures LLC (Adrian West)
140. Water Dragon HMH LLC (Riley Heller)
141. Water for Commerce Fund Management
142. Waterstation Investments LLC (Debra A. Stewart)
143. Waterstation Machines REZ Investments LLC (Judd Standage)
144. WV Water Tech LLC (Jason Blough)

044904\00001\18582013v2