Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

REFRESHING USA, LLC,

           Debtors.[1]

Bankr. Case No. 24-01863-11

**SUPPLEMENTAL DECLARATION OF JOHN T. BENDER IN SUPPORT OF MEMORANDUM IN SUPPORT OF PONZI SCHEME FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION**

I, John T. Bender, hereby declares as follows:

1. I am a partner in the law firm of K&L Gates LLP ("K&L Gates"), counsel of record for the Official Committee of Unsecured Creditors (the "Committee") of Refreshing USA, LLC, Water Station Management LLC, Creative Technologies, LLC,

---

[1] Debtors in these Chapter 11 cases: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81012-2716) ("WSM"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station Management, "Opco Debtors"), Case No. 24-01866-11. Ideal Property Investments, LLC ("Ideal") is a related Debtor ("Ideal," together with Opco Debtors and Debtors' related affiliates defined in the Becky Yang O'Malley Report (Dkt. 1160, Ex. Q), ¶ 2, Appendix C, are referred to herein as "Debtors" or "WST Enterprise").

SUPPLEMENTAL DECLARATION OF JOHN T. BENDER IN SUPPORT OF
MEMORANDUM IN SUPPORT OF PONZI SCHEME
FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - 1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Ideal Property Investments, LLC (collectively, the "Bankruptcy Debtors"). I am over 18 years of age, make this declaration based on my own personal knowledge, and am competent to testify to the matters stated herein.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Exhibit 55 to a declaration that Jeremy Briggs provided in connection with a civil litigation in New York federal court ("Briggs Declaration"). This exhibit was produced to my office pursuant to a subpoena.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of Exhibit 56 to the Briggs Declaration. This exhibit was produced to my office pursuant to a subpoena.

4. Attached hereto as <u>Exhibit C</u> is a true and correct of an excerpt from an audio recording of a phone call from in or about January 2024 that includes Ryan Wear, Tyler Sadek, and Jordan Chirico. This recording is an excerpt of an audio file that was produced to our office by counsel for Sadek, Mercho Styrzynski LLP.

5. Attached as **Exhibit F** to the *Declaration of Becky Yang O'Malley in Support of Memorandum in Support of Ponzi Scheme Findings under Chapter 11 Plans of Liquidation*[2] ("**O'Malley Declaration**") is a true and correct copy of Exhibit 57 to the Briggs Declaration. This exhibit was produced to my office pursuant to a subpoena.

---

[2] Dkt. 1160, *In re Refreshing USA, LLC*, Case No. 24-011863-11; Dkt. 756, *In re Ideal Property Investments LLC*, Case No. 24-01421-FPC11.

SUPPLEMENTAL DECLARATION OF JOHN T. BENDER IN SUPPORT OF
MEMORANDUM IN SUPPORT OF PONZI SCHEME
FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - 2

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1243    Filed 09/04/25    Entered 09/04/25 19:53:47    Pg 2 of 4

6. Attached as **Exhibit I** to the **O'Malley Declaration** is a true and correct copy of Exhibit 58 to the Briggs Declaration. This exhibit was produced to my office pursuant to a subpoena.

7. Attached as **Exhibit B** to the **O'Malley Declaration** is a true and correct copy of a letter I received from the Washington Department of Financial Institutions Securities Division ("DFI"), dated July 17, 2024.

8. Attached as **Exhibit D-9** to the **O'Malley Declaration** is a true and correct copy of a buyer/borrowers settlement statement that DFI produced to K&L Gates as WA_DFI_0000067.

9. Attached as **Exhibit D-12** through **Exhibit D-15** to the **O'Malley Declaration** are true and correct copies of documents that were produced by Ryan Wear prior to his indictment.

10. Attached as **Exhibit E-5** to the **O'Malley Declaration** is a true and correct copy of an email with the subject line "portal issues" that were produced by Ryan Wear prior to his indictment.

11. Attached as **Exhibit G-1** to the **O'Malley Declaration** is a true and correct copy of investment contracts and exhibits that DFI produced to K&L Gates as WA_DFI_00001324.

12. Attached as **Exhibit G-2** to the **O'Malley Declaration** is a true and correct

SUPPLEMENTAL DECLARATION OF JOHN T. BENDER IN SUPPORT OF
MEMORANDUM IN SUPPORT OF PONZI SCHEME
FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - 3

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1243    Filed 09/04/25    Entered 09/04/25 19:53:47    Pg 3 of 4

copy of slides DFI produced to K&L Gates as WA_DFI_00004520.

13. Attached as **Exhibit G-3** and **Exhibit G-4** to the **O'Malley Declaration** are true and correct copies of Exhibits 1 and 2 to Ryan Wear's DFI deposition. DFI provided these documents to K&L Gates.

14. Attached as **Exhibit L** to the **O'Malley Declaration** contains true and correct copies of emails were produced by Ryan Wear prior to his indictment.

15. Attached as **Exhibit N** to the **O'Malley Declaration** is a true and correct copy of an email with the subject line "RE: April Payment Status?" that were produced by Ryan Wear prior to his indictment.

16. Attached as **Exhibit O** to the **O'Malley Declaration** is a true and correct copy of a Refund Payment Agreement that DFI produced to K&L Gates as WA_DFI_00005655.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 4, 2025, at Seattle, Washington.

*/s/ John T. Bender*
JOHN T. BENDER

SUPPLEMENTAL DECLARATION OF JOHN T. BENDER IN SUPPORT OF
MEMORANDUM IN SUPPORT OF PONZI SCHEME
FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION - 4

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1243    Filed 09/04/25    Entered 09/04/25 19:53:47    Pg 4 of 4