Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Refreshing USA, LLC,<br><br>Debtors.[1] | Bankr. Case No. 24-01863-11<br><br>**SUPPLEMENTAL DECLARATION OF BECKY YANG O'MALLEY IN SUPPORT OF MEMORANDUM IN SUPPORT OF PONZI SCHEME FINDINGS UNDER CHAPTER 11 PLANS OF LIQUIDATION** |

I, Becky Yang O'Malley, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I have been engaged by counsel for the above-captioned Debtors and Debtors-in-Possession to provide expert testimony in the above-captioned jointly administered bankruptcy cases. Specifically, I have been asked to provide an opinion

---

[1] Debtors in these Chapter 11 cases: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81012-2716) ("WSM"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station Management, "Opco Debtors"), Case No. 24-01866-11. Ideal Property Investments, LLC ("Ideal") is a related Debtor ("Ideal," together with Opco Debtors, "Debtors" or "WST Enterprise").

SUPPLEMENTAL DECLARATION OF BECKY YANG O'MALLEY
IN SUPPORT OF MEMORANDUM IN SUPPORT OF
PONZI SCHEME FINDINGS - 1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

as to whether the Debtors' prepetition transactions with their investors have the economic and financial indicia of a Ponzi scheme.

2. As an expert consultant, I provided a written report in compliance with Federal Rules of Civil Procedure 26(a)(2)(B) and Bankruptcy Rule 7026 on August 1, 2025.[2]

3. I am also providing a supplemental report pursuant to FRCP 26(a)(2)(B) and Bankruptcy Rule 7026.

4. The opinions contained in my reports are based on materials reviewed or considered as of the date of my report. I reserve the right to further supplement my opinions or express additional opinions should additional and/or presently unknown information about this matter become known to me at or before trial.

5. I am a Certified Fraud Examiner, with over 20 years of consulting experience in providing forensic accounting, finance and economic analyses in civil and criminal litigation matters, complex fraud investigations, and internal investigations on behalf of law firms, corporations, individuals, government agencies, and non-profit organizations.

6. I am a Managing Director in the Los Angeles office of GlassRatner Advisory Services ("GlassRatner"). Prior to working at GlassRatner, I held leadership

---

[2] *In re Ideal Property Investments LLC*, Bankr. Case No: 24-01421-FPC11, Dkt. No. 756; *In re Refreshing USA, LLC*, Bankr. Case No. 24-01863-11, Dkt. No. 1160.

SUPPLEMENTAL DECLARATION OF BECKY YANG O'MALLEY
IN SUPPORT OF MEMORANDUM IN SUPPORT OF
PONZI SCHEME FINDINGS - 2

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01863-FPC11    Doc 1244    Filed 09/04/25    Entered 09/04/25 20:00:24    Pg 2 of 3

positions in several national public accounting firms. I have also developed and presented various learning events on forensic accounting and fraud issues. I am currently the President and on the Board of Directors of the Los Angeles Chapter of the Association of Certified Fraud Examiners.

7. Attached hereto as **Exhibit A** is a true and correct copy of the Supplemental Expert Report and accompanying appendices and schedules of Becky Yang O'Malley, dated September 4, 2025.

8. Attached hereto as **Exhibit B** is a true and correct copy of a comparison of my Supplemental Expert Report and the Expert Report I submitted on August 1, 2025.[3]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on September 4, 2025, in Los Angeles, California.

_____
Becky Yang O'Malley

---

[3] This comparison document does not necessarily reflect all changes to tables containing data and does not include any redline of the reports' appendixes or schedules, as a redline of those charts did not readily reflect the changes that were made. All future references to tables, charts, schedules, and/or appendixes in my reports should be made to the data included in the Supplemental Report I am submitting herewith.

SUPPLEMENTAL DECLARATION OF BECKY YANG O'MALLEY IN SUPPORT OF MEMORANDUM IN SUPPORT OF PONZI SCHEME FINDINGS - 3

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022