Danny Newman, WSBA No. 61824
  Email: danny.newman@tonkon.com
  Direct: 503.802.2089
Christopher Pallanch, WSBA No. 45859
  Email: christopher.pallanch@tonkon.com
  Direct: 503.802.2104
Michael W. Fletcher, WSBA No. 52208
  Email: michael.fletcher@tonkon.com
  Direct: 503.802.2169
Eric Levine, *Admitted Pro Hac Vice*
  Email: eric.levine@tonkon.com
  Direct: 503.802.2072
Tonkon Torp LLP
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201
  Main: 503.221.1440
  Facsimile: 503.274.8779
    *Attorneys for Debtors and Debtors-in-Possession*

HONORABLE FREDERICK P. CORBIT

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC,<br><br>    Debtors[1], | Lead Case No. 24-01863-11<br>(Jointly Administered)<br><br>**NOTICE OF EFFECTIVE DATE OF CONFIRMED PLAN, AND VARIOUS RELATED CLAIMS BAR DATES** |

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-01866-11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

NOTICE OF EFFECTIVE DATE OF CONFIRMED PLAN, AND VARIOUS RELATED CLAIMS BAR DATES - Page 1

YOU ARE NOTIFIED that on September 9, 2025, the Court entered the Findings of Fact, Conclusions of Law, and Order Confirming Debtors' and Committee's Joint First Amended and Second Modified Chapter 11 Plan of Liquidation (July 16, 2025) [ECF No. 1259] (the "Confirmation Order") which confirmed the Debtors' and Committee's Joint First Amended and Second Modified Chapter 11 Plan of Liquidation (July 16, 2025) [ECF No. 1117] (as modified by the Confirmation Order, the "Plan").[2]

YOU ARE FURTHER NOTIFIED that the Effective Date of the Plan occurred on **October 1, 2025**. Each of the conditions precedent to the Effective Date as set forth in Article 15.A. of the Plan have been satisfied or waived.

YOU ARE FURTHER NOTIFIED that the release, exculpation, and injunction provisions in Article 14 of the Plan are now in full force and effect.

YOU ARE FURTHER NOTIFIED that on the Effective Date, Debtors and non-Debtor affiliates listed in Article 8 of the Plan are substantively consolidated. Claims of creditors of the substantively consolidated non-Debtor affiliates listed in Article 8 of the Plan, arising from the Petition Date through and including the Effective Date, must be filed no later 30 days after service of this Notice: October 31, 2025.

YOU ARE FURTHER NOTIFIED that the Administrative Claims Bar Date is October 31, 2025, which is 30 calendar days after service of this Notice. Furthermore, all final requests for payment of Professional Fee Claims for services rendered and expenses incurred prior to the Effective Date must be filed no later than 30 days after the Effective Date: October 31, 2025.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan. A copy of the Plan is attached to the Confirmation Order as Exhibit A.

YOU ARE FURTHER NOTIFIED that any claim asserted in connection with any executory contracts or unexpired leases rejected under the Plan must be filed no later than 30 days after the Effective Date: October 31, 2025.

YOU ARE FURTHER NOTIFIED that except as otherwise provided in the Plan or Confirmation Order, notice of all subsequent pleadings in these Chapter 11 Cases after the Effective Date shall be limited to the following parties; (a) the Liquidation Trustee; (b) the U.S. Trustee; and (c) any Person that filed a renewed request for notice under Bankruptcy Rule 2002 after the Effective Date.

DATED: October 1, 2025.

TONKON TORP LLP

By: */s/ Danny Newman*
Danny Newman, WSBA No. 61824
 Email: danny.newman@tonkon.com
 Direct: 503.802.2089
Christopher Pallanch, WSBA No. 45859
 Email: christopher.pallanch@tonkon.com
 Direct: 503.802.2104
Michael W. Fletcher, WSBA No. 52208
 Email: michael.fletcher@tonkon.com
 Direct: 503.802.2169
Eric Levine, *Admitted Pro Hac Vice*
 Email: eric.levine@tonkon.com
 Direct: 503.802.2072
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201
 *Attorneys for Debtors and Debtors-in-Possession*

044904\00001\18797213v2

NOTICE OF EFFECTIVE DATE OF CONFIRMED PLAN, AND VARIOUS RELATED CLAIMS BAR DATES - Page 3