**Refreshing USA & Related Debtors**
**December 31, 2025**
**Notes to Post-Confirmation Status Reports**

<u>Notes to Refreshing USA, LLC, Creative Technologies LLC, and WasterStation Management LLC Post-Confirmation Status Reports</u>

All assets of Refreshing USA, LLC, Creative Technologies LLC, and WaterStation Management LLC were consolidated into the Refreshing USA Liquidation Trust as of the confirmation date. Consequently, all activity has been reported on a single Post Confirmation Status Report for the trust.

The Liquidation Trust is working to complete analysis of all claims, including and audit of pre-petition payroll claims, and will include further claim information on future status reports upon completion of this analysis.

On December 31st, 2025, Ideal Property Management was also consolidated into the same Liquidation Trust. These reports include approx $6k of pre-confirmation fees approved for Ideal, however no payments have been made as of 12/31/25.