# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA LIQUIDATION TRUST,<br><br>Remaining Debtor[1], | Lead Case No. 24-01863-11<br>(Jointly Administered)<br><br>**ORDER GRANTING THE REFRESHING USA LIQUIDATION TRUST'S MOTION TO APPROVE SETTLEMENT WITH CANTALOUPE, INC. PURSUANT TO FED. R. BANKR. P. 9019** |

---

[1] The Refreshing USA Liquidation Trust (the "Liquidation Trust") is the successor-in-interest to the Former Debtors and Debtors-in-Possession (defined below). The Former Debtors and Debtors-in-Possession, along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (8945) ("Refreshing"); Water Station Management LLC (2716) ("Water Station"); Creative Technologies, LLC (1888) ("Creative" and, together with Refreshing and Water Station, the "Refreshing Debtors"); and Ideal Property Investments, LLC (1791) ("Ideal" and, together with the Refreshing Debtors, "Former Debtors"). The cases being jointly administered are Refreshing, Case No. 24-01863-11; Water Station, Case No. 24-01864-11; and Creative, Case No. 24-01866-11. Ideal, Case No. 24-01421, was not jointly administered and closed on January 8, 2026. The service address for the Liquidation Trust and Former Debtors, the purposes of these Chapter 11 cases only, is: 1300 SW 5th Avenue, Suite 2400, Portland, Oregon 97201.

ORDER GRANTING THE REFRESHING USA LIQUIDATION TRUST'S MOTION TO APPROVE SETTLEMENT WITH CANTALOUPE, INC. PURSUANT TO FED. R. BANKR. P. 9019 - Page 1

THIS MATTER having come before the court on the *Refreshing USA Liquidation Trust's Motion to Approve Settlement with Cantaloupe, Inc. Pursuant to Fed. R. Bankr. P. 9019* (the "Settlement Motion") [ECF No. ____], filed by the Refreshing USA Liquidation Trust (the "Liquidation Trust) and Cantaloupe, Inc. ("Cantaloupe").  The Settlement Motion requests the Liquidation Trust receive authority to enter into a settlement agreement with Cantaloupe (the "Settlement Agreement"), the terms of which are set forth in Settlement Motion.

The Settlement Motion was made pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 9019 (and any related local rules).  The Court considered the Settlement Motion, the responses, if any, filed by other parties in the case, and the representations of counsel.  Based on the foregoing, the Court hereby FINDS and DETERMINES that:

A.    The Court has jurisdiction over the Settlement Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N).  Venue is proper under 28 U.S.C. §§ 1408 and 1409.

B.    The Liquidation Trust provided proper, timely, adequate, and sufficient notice of the Settlement Motion.

C.    The Liquidation Trust has demonstrated a sufficient basis and the existence of exigent circumstances requiring it to settle and such actions are an appropriate exercise of the Liquidation Trust's business judgment.  Approval of the Settlement Motion and the terms set forth therein by and between the Liquidation Trust and Cantaloupe, and the consummation of the transactions contemplated thereby, are in the best interests of Liquidation Trust and its creditors.

**NOW, THEREFORE, it is hereby ORDERED that:**

1.    The Settlement Motion is GRANTED.

2.    Liquidation Trust may enter into the Settlement Agreement on the

terms set forth in the Settlement Motion.

3. The Settlement Agreement was negotiated, proposed, and entered into by the Liquidation Trust and Cantaloupe without collusion and in good faith.

4. All objections to the Settlement Motion, if any, that have not been withdrawn, waived, or settled, are hereby overruled on the merits.

5. As provided in FRBP 6004(h) and notwithstanding FRBP 7062, this Order shall be effective immediately upon entry. Therefore, the stay provided for under FRBP 6004(h) or 7062 shall not apply.

6. Notwithstanding the disposition of the above captioned proceeding, the Court retains jurisdiction and power with respect to all matters arising from or related to the implementation and interpretation of this Order. This retention of jurisdiction shall survive the entry of a Final Decree pursuant to 11 U.S.C. §350 or dismissal of the above captioned proceeding.

/// End of Order ///


Presented by:

*/s/*
Michael W. Fletcher, WSBA No. 52208
Tonkon Torp, LLP
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201
(503) 802-2169


044904\00001\19369070v4


ORDER GRANTING THE REFRESHING USA LIQUIDATION TRUST'S MOTION TO APPROVE SETTLEMENT WITH CANTALOUPE, INC. PURSUANT TO FED. R. BANKR. P. 9019 - Page 3